UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br> Defendants. | Civil Action No. 01-2094 (RCL) |
| JOSEPH AND MARIE BOULOS, Personal Representatives of the Estate of Jeffrey Joseph Boulos, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br> Defendants. | Civil Action No. 01-2684 (RCL) |

**FILED**

MAY 3 0 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

In accordance with the memorandum opinion issued this date, it is hereby

ORDERED that judgment be, and hereby is entered on behalf of the plaintiffs, Deborah D. Peterson, et al., and Joseph and Marie Boulos, et al., as to all issues of liability against the defendants, the Islamic Republic of Iran and the Iranian Ministry of Information and Security. It is further

ORDERED that all claims for damages in these actions be submitted to Special

1

Masters to be appointed by this Court. It is further

ORDERED that, following receipt by this Court of reports from the Special Masters, and in consideration of the findings and evidence presented in those proceedings, the Court will enter judgment as to each claim for compensatory damages. It is further

ORDERED that the Court will take under advisement the issue of imposing an amount in punitive damages against the defendants, pending the entry of judgment as to the amounts of compensatory damages.

SO ORDERED.

Date: 5-31-03

Royce C. Lamberth
United States District Judge