# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**DEBORAH D. PETERSON**
Personal Representative
Of The Estate Of
James C. Knipple (Deceased), et al.
        Plaintiffs

v.

Civil No.1:01CV02094
Judge Royce C. Lamberth

**THE ISLAMIC REPUBLIC OF IRAN, et al.**
        Defendants

**JOSEPH AND MARIE BOULOS**
Personal Representative
Of The Estate Of
Jeffrey Joseph Boulos (Deceased), et al.
        Plaintiffs

FILED

NOV 14 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

v.

Civil No.1:01CV02684
Judge Royce C. Lamberth

**THE ISLAMIC REPUBLIC OF IRAN, et al.**
        Defendants

## ORDER

Upon consideration of the qualifications as set forth in the attached curriculum vitae and the Acceptance of Appointment As Special Master, it is this _13th_ day of _November_, 2003, by the Court

**ORDERED**, that Colin M. Dunham, Esq., is hereby appointed a Special Master of this Court in accordance with the Amended Administrative Plan Governing Special Masters.

                                        Royce C. Lamberth
                                        United States District Judge

CC:
Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 – South Building
Washington, DC 20004

Steven R. Perles, Esq.
1615 New Hampshire Avenue, NW
Suite 200
Washington, DC 20009