# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DEBORAH D. PETERSON,
Personal Representative
Of The Estate Of
James C. Knipple (Deceased), et al.
                    Plaintiffs


                    v.                                      Civil Action#1:01CV02094(RCL)


THE ISLAMIC REPUBLIC OF IRAN, et al.
                    Defendants


### REPORT OF SPECIAL MASTER
### PURSUANT TO ORDER OF REFERENCE
### CONCERNING COUNTS CD TO CDIII


In accordance with the Order of Reference entered pursuant to the provisions of Federal

Rule 53, the Special Master has received evidence with regard to all issues of compensatory

damages from witnesses as below set forth. This is an action for wrongful death resulting from an

act of state-sponsored terrorism. The following findings of fact are based upon the sworn testimony

and documents entered into evidence in accordance with the Federal Rules of Evidence and have

been established by clear and convincing evidence.

## FINDINGS OF FACT

1. William Scott Sommerhof was born on January 13, 1958 in the United States of America and was at birth and remained until his death, a citizen of the United States. Soon after completing college in the NROTC program at the University of Illinois, Mr. William Scott Sommerhof joined the United States Marine Corps and on October 23, 1983 was a member of the 24th MAU, First Battalion, 8th Regiment.

2. On October 23, 1983, the building housing the Marine Battalion at Beirut was attacked by a suicide bomber operating a truck which penetrated to the center of the building where the operator detonated a large explosive charge completely collapsing the building resulting in the deaths of 241 American Service personnel, including this decedent.

3. As a result of the explosion, decedent, William Scott Sommerhof, suffered severe injuries which resulted in his death.

4. The official service death certificate, admitted as an official record, indicated that the death of the decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

5. There is no evidence from which the Special Master can make any finding that the decedent suffered bodily pain or suffering as a result of his injuries and death appears to have been instantaneous.

6. As a result of the death of William Scott Sommerhof, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life. These losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given by videotape. They have been reduced by Dr. Paige to present value in

accordance with <u>District of Columbia v. Barriteau</u>, 399 A.2d 563 (D.C. App. 1979). Based upon the foregoing, the amount of loss to the estate is in the amount of $1,361,062.

7. As the result of the death of William Scott Sommerhof, his parents and his surviving sibling have suffered and will continue to suffer severe mental anguish and the loss of society. The testimony established that William J. Sommerhof and Jocelyn J. Sommerhof, decedent's parents, have never recovered from the shock of their son's death, likewise his brother, John Sommerhof. Further the decedent's parents and brother suffered severe emotional trauma from William Scott Sommerhof's death in Beirut. The parents of the deceased have attended the dedication of the memorial and the event marking the twentieth anniversary of the bombing in Beirut, Lebanon. They have received some comfort in attending these events and communicating with other people that have experienced a similar loss. The Sommerhofs are not yet participants in any support programs for victims of the October 23, 1983 bombing but they are supporters of these programs. The emotional trauma is significant as to each person.

a. William J. Sommerhof, the decedent's father, testified he had a close parental and emotional relationship with his oldest son William Scott Sommerhof. Mr. Sommerhof enjoyed his son's athletics, including competitive wrestling, and participated with his son in camping, hunting, target shooting, and canoeing. Mr. Sommerhof, his son, William Scott, took, and other family members took pleasure in frequent visits to the decedent's grandparents' farm enjoying a host of activities there. As a father, a Korean War veteran, and member of a family of veterans, Mr. Sommerhof took great pride in his son's obtaining his Baccalaureate in economics from the University of Illinois with a scholarship from the NROTC program. Mr. Sommerhof believed his son's acceptance into the NROTC program was an honor based on ACT score and physical condition. He was proud his son

decided to join the Marine Corp, following in the tradition of many family members whom had joined the military including an uncle that died in Vietnam. He was proud that his son entered the Marines as a Second Lieutenant and soon became a First Lieutenant. Mr. Sommerhof believed his son would be safe as a Marine in that our country enjoyed peacetime during his tour of duty.

Mr. Sommerhof had three sons but was especially close with his oldest son William Scott. Mr. Sommerhof, having spent almost his entire career as a guidance dean in the Springfield, Illinois, public school system, was close with his son William Scott and admired his sensitivity and willingness to help his father, brothers, and others. William Scott even wanted to discuss and participate in his father's career problems because he cared and wanted to help him. If William Scott had not wanted to make the Marines his career Mr. Sommerhof believes he would have made a great guidance counselor.

When William Scott Sommerhof was killed in the bombing in 1983 it was just a year and one month after his younger brother was killed in a car accident. Mr. Sommerhof experienced the death of two of his three sons within a fourteen-month period. He was devastated by the loss of William Scott because he thought he was on a peacekeeping mission and not in danger. William Scott wrote almost daily letters to his family, many times including photographs. Mr. Sommerhof felt he knew what William Scott was doing in Beirut and did not fear for his safety. Mr. Sommerhof was proud that William Scott was a leader and respected by his senior officers and men alike. He was also a counselor to his men, a talent which Mr. Sommerhof appreciated.

It was Sunday morning when Mr. Sommerhof first heard about the bombing of the barracks in Beirut, Lebanon. He was watching television and saw it on the news. Just like

when he found out his middle son, Eric, died in a car accident, his wife, Jocelyn, was a church. Mr. Sommerhof turned off the television and went to the church to tell his wife. They immediately returned home to watch the news. They hoped and prayed their son survived the bombing but they knew where his room was in the barracks and deep down they knew it was unlikely he survived. Several days later they learned that their son had been killed. The Marines came to the house and Mr. Sommerhof does not remember much because he was in shock. He said it was like everyone has seen in the movies when the uniformed Marine came to the door and told them of their son's death.

The Marines, neighbors, friends, and family were all very supportive. Mr. Sommerhof was traumatized by the news of his son's death. The family had just experienced the tragedy of the loss of their middle son, Eric, and the loss of their oldest son, William Scott, was too much for Mr. Sommerhof to bear.

The Sommerhofs went to the airport to meet their son's body. There were many people there: friends, strangers, and the media. They saw their son's flag draped coffin accompanied by a young Marine friend. The funeral was very ceremonial and the burial was in the military cemetery in Springfield.

The Sommerhofs are, and were, a very close family. Mr. Sommerhof has never recovered from the death of his oldest son. He misses what certainly would have been an extremely close father-son relationship. Every holiday they talk about William Scott and cry over the loss. The more than twenty years since his death have not lessened the pain of the loss. Mr. Sommerhof has not handled his son's death

b. Jocelyn J. Sommerhof is William Scott Sommerhof's mother. Mrs. Sommerhof was said to be the strong one in the family. She was raised to face things head on and that is

what she did.  She is quite practical and stoic but it is obvious that the death of her oldest son William Scott was more than she could handle.  She was in church on Sunday, October 23, 1983, when her husband came into the church and she knew by the look on his face, the same look she had seen when he came to church to tell her that her middle son had died, that something happened to William Scott.

Much of what happened the next few hours and days is a blur to Mrs. Sommerhof. As soon as she returned home and saw the pictures of the bombing in Beirut on television she knew there was no hope for his survival.  They knew exactly where his room was from photographs he had sent home and from where the truck carrying the explosives entered the building she knew her son had died.  But they still tried to hold onto some hope because they had not heard anything from the Marines.

Mrs. Sommerhof had just lost her father in September 1983 and the middle son Eric a year and a month earlier.  She never thought that anything would happen to William Scott because the family had already experienced tragedy.  She thought the death of her middle son was enough tragedy for one family to cope with and never expected to be handed another tragedy that they could not handle.  Then her father died.  And then William Scott was killed.  The three deaths within fourteen months is something from which Mrs. Sommerhof will never recover.  As strong as she is the shocking loss of her oldest son devastated her.  There was never any indication that there was any danger in the almost daily letters from William Scott.  After all, her son was on a peacekeeping mission.  They did not even have bullets in their guns.

William Scott's was planning to get married.  His fiancé refused to believe that he was dead.  She came down and was with the family waiting for news.  The Sommerhof

family received news of William Scott when the Marines called to notify them that he was missing in action. Then in about four or five days the Marines came to the door with the news that he was killed. Waiting for word on her son the few days seemed like an eternity. After learning that William Scott had been killed they received letters he had written just days before the bombing. The receipt of the letters continued to exacerbate the incredible sadness of the loss.

Mrs. Sommerhof does not harbor any hatred for the Iranians. The loss cannot be made all right. He is gone to her, her only surviving son, and her grandchildren. The impact of it never stops. And it will go on because his name comes up at family gatherings and tears are shed and the little ones see this and it will always be a part of them. The impact never stops. The Marines meant a lot to Scott and he wanted to do this since he was a little kid. But Mrs. Sommerhof was not prepared for the sudden and unanticipated loss of her oldest son. William Scott was the steady one, the first son they would have always depended on, and they believed he was always going to be there for them. With all of her strength, Mrs. Sommerhof depended on William Scott, perhaps more than anyone else in the family.

c. John Sommerhof was William Scott Sommerhof's youngest brother. John was very close with his oldest brother even though there was an eight year age difference. As they got older they became even closer and John is sure that would have continued had his brother lived. In fact, the three Sommerhof sons were very close. All the Sommerhof boys were athletes. There was a tradition of Sommerhof wrestles in Springfield because William Scott got them into it. They would always do things together including going camping and canoeing with their father. William Scott was a great brother, a friend, and a role model.

John knew his brother always wanted to be in the military and make it his career. Neither John nor his parents were apprehensive about William Scott being in Beirut. His letters showed a sense of security and almost boredom of the day-to-day routine. He spoke about them not having loaded weapons. His death was a shock.

John was at home when learned of bombing attack. His mother came and woke him up and said the building that William Scott was staying in was blown up and they did not know if he is okay. They watched the news together. The news of the bombing and watching the coverage on television crushed his parents. The not knowing and thinking the worst was unbearable for the family. It was a very quiet kind of surreal day. People called. The worst was the waiting and not knowing.

It was two days before they got a call from Marines that his brother was missing and full five days before they came to the house and officially told the family that William Scott had died. In the first call the Marines told his parents the building was blown up by a truck bomb and a lot of Marines had died and that William Scott was missing.

John was devastated by his brother's death. No words can describe how he felt when he heard William Scott was killed even though they suspected he was dead before they received official notification. As odd as it may seem, John felt it was a relief when they learned he had died and the hope was gone. They could get on with the grieving. They did not have the answers as to who or why. At that time it was not commonplace like terrorism has become today.

When Marines came five days later to see his parents they called to say they were coming out. The car pulled up and they watched the Marine get out and come to the front door. It was very formal setting. He remembers his mother & father breaking down and he

too broke down. It was a very traumatic event. They were a mess. His brother's remains returned in over a week. The funeral services were filled with pomp and circumstance. The Marines flew the body into Capital Airport the media and people they did not know were there. John remembers how they rolled the casket containing his brother's the body out of the plane and into the hearse. His family and friends were around. Complete strangers came to the visitation to pay their respects to William Scott. The procession to the burial site was most surreal because people lined up on the streets. It was a very strange thing to experience because this was his bother but it was also a public and historic event in Springfield that the Sommerhof family was thrust into. Friends were devastated and many of then named their children after him: William Scott. His parents are strong people. His other brother Eric died a year before and they made it through it because they are strong, they have a lot of good friends, they have their faith in God and they are a really close family. His grandfather died and the family made it through it. But his family has not made it through the death of William Scott.

John took the death of his brother exceptionally hard. He tried to return to college but was unable to continue. It hurt his relationship with his parents at the time. John left college and joined the Coast Guard. The loss of his brother affected John deeply and he lost himself. Being in the Coast Guard gave John the time to try to make peace with the loss. He returned to school and graduated with honors.

Everyday John thinks of his brother and more so now since 911 and with other numerous terrorist acts around the world. His brother was a peacekeeper and wrote in his letters: "Blessed are the peacemakers."

John has three children and feels that they have been robbed of the love and joy of an older uncle to play with, to look up to, like most people have. They will not have a place to visit and cousins to visit and be good friends with.

## CONCLUSIONS OF LAW

(1) Wrongful Death.

The Plaintiffs produced comprehensive testimony from Dr. Jerome Paige detailing the loss of accretions to the estate of each person. These calculations are conservative and the amounts set forth in the report have been established without question. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the Estate of William Scott Sommerhof in the amount of $1,361,062.

(2) Survival Action – Pain And Suffering.

There is no evidence from which it could be concluded that the decedent endured bodily pain and suffering after the attack and prior to his death.

(3) Solatium.

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the decedent by the actions of the defendants and/or their agents. As the Court noted in the Flatow case, id., this is an item of damages which belongs to the individual heir personally for injury to the feelings and loss of decedent's comfort and society. The unexpected quality of a death may be taken into consideration in gauging the emotional impact to those left behind. In this case the impact upon the parents and siblings was

devastating. The Special Master concludes as a matter of law that the following amounts are appropriate compensation for this element of damages. To Mr. William Scott Sommerhof's mother Jocelyn J. Sommerhof, ten million dollars ($10,000,000); to Mr. William Scott Sommerhof's father, William J. Sommerhof, ten million dollars ($10,000,000); to Mr. William Scott Sommerhof's brother, John Sommerhof, five million Dollars ($5,000,000)

**Date:** July 26, 2005

Loraine A. Ray, Special Master
Wauconda, Illinois