# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DEBORAH D. PETERSON,
Personal Representative
Of The Estate Of
James C. Knipple (Deceased), et al.
        Plaintiffs

v.                                        Civil Action#1:01CV02094(RCL)

THE ISLAMIC REPUBLIC OF IRAN, et al.
        Defendants

## REPORT OF SPECIAL MASTER
## PURSUANT TO ORDER OF REFERENCE
## CONCERNING COUNTS CLXI TO CLXIV

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as below set forth. This is an action for wrongful death resulting from an act of state-sponsored terrorism. The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear and convincing evidence.

## **FINDINGS OF FACT**

1. Mark Anthony Helms was born on May 16, 1964 in the United States of America and was at birth and remained until his death, a citizen of the United States. Soon after graduating from General William Mitchell High School in Colorado Springs, Mr. Mark A. Helms joined the United States Marine Corps and on October 23, 1983 was a member of the 24th MAU, First Battalion, 8th Regiment.

2. On October 23, 1983, the building housing the Marine Battalion at Beirut was attacked by a suicide bomber operating a truck which penetrated to the center of the building where the operator detonated a large explosive charge completely collapsing the building resulting in the deaths of 241 American Service personnel, including this decedent.

3. As a result of the explosion, decedent, Mark Anthony Helms, suffered severe injuries which resulted in his death.

4. The official service death certificate, admitted as an official record, indicated that the death of the decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

5. There is no evidence from which the Special Master can make any finding that the decedent suffered bodily pain or suffering as a result of his injuries and death appears to have been instantaneous.

6. As a result of the death of Mark Anthony Helms, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life. These losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given by videotape. They have been reduced by Dr. Paige to present value in

accordance with District of Columbia v. Barriteau, 399 A.2d 563 (D.C. App. 1979). Based upon the foregoing, the amount of loss to the estate is in the amount of $1,028,509.

7. As the result of the death of Mark A. Helms, his parents and his surviving siblings have suffered and will continue to suffer severe mental anguish and the loss of society. The testimony established that Marvin R. Helms and Mary Ann Turek, decedent's parents, have never recovered from the shock of their son's death, likewise his brother, Christopher Helms, and sister, Rebecca Gintonio. Further the decedent's parents and siblings suffered severe emotional trauma from Mark Anthony Helms' death in Beirut, Lebanon. The decedent's mother and sibling attended the fifteen and twenty year memorials marking the respective anniversaries of the 1983 bombing in Beirut, Lebanon. They have received some comfort in attending these events and communicating with other people that have experienced a similar loss. Mrs. Mary Ann Turek has participated with a group called the Beirut Connection and she is a supporter of these programs. The emotional trauma is significant as to each person.

    a. Mary Ann Turek is Mark Anthony Helms' mother. She has not experienced a normal day since the death of her son October 23, 1983. At least once a day she has flashbacks of her son Mark. She has been profoundly affected by the death of her son. She speaks of Mark in the present tense not the past tense because he is with her every day. "He will be 41 years old this year, she cannot even picture him like that." She received many letters from her son Mark. Mark was telling her about increased hostility in Beirut. He shared an increased anxiety and rise in concern and at the same time he told them not to worry. In one letter he even said "I hope to God I make it out of here in one piece." In August 1983 she received a letter from her son's commander telling the family not to worry. The Marines went to Beirut for a peacekeeping mission but it changed.

She learned about bombing in Beirut on October 23, 1983. It was a Sunday morning when the family was getting ready for church. Mrs. Turek remembers that her husband Marvin yelled, "Oh my God we have been hit." She sat down and listened to the radio and thought "Oh my God he is going to be the one that dies." She had been having dreams from May 1983 on until the bombing that Mark was going to die in Beirut. But she kept telling herself that this would not happen because it was a peacekeeping mission. They listened to the news and the casualty numbers kept rising. They sat there in disbelief. They were stiff and could not move. She told Marvin that they need to tell the other children but how do you tell them.

They knew Mark was in the BLT building that was bombed and he had the post until 6 AM and the bombing was at approximately 6:22 AM. Mark had sent the family a letter with a diagram showing his room in the building. Mrs. Turek felt from that moment on that her son was dead and there was nothing to convince her otherwise.

Much later on and she learned that Mark's face was literally blown off from the bombing. And he was so riddled with shrapnel that they could do nothing but wrap him in a shroud and place his uniform in the casket with him. She could not believe it -- she looked at his picture just before the hearing and she weeps as she says that she cannot believe he died in such a fashion, he was born right here in Omaha. Mark Helms knew the "ropes" of the military being raised in a military family. Mrs. Turek is profoundly distraught with the loss of her son Mark and weeps uncontrollably as she tries to speak about it.

Their whole lives changed and none of them would be the same ever again. They are still like "zombies" walking around in disbelief. Mark's mother has participated in a group

called the Beirut Connection. The mother of one of the Marine's that had been Mark Helms' roommate started the group.

October 24th she was listening to the news and they said there were five men from the State of Nebraska serving in the Beirut or on a ship and that there were no casualties among them. She sat up on her bed and said, "You're lying, there is one, you just do not know it yet." About ten minutes later the doorbell rang and she ran from bedroom, her parents were there at the house, and there were two uniformed officers standing in front of her. She said, "don't tell me, you are wrong, you are wrong." They insisted and continued with the required speech. She heard her children screaming. The Marines were polite and nice and did everything they could to try to consol the family. Her priest came to the house soon after. She knew it was true when she heard the casualties rising. Mrs. Turek knew her son had been killed because she had a premonition about it. Mark had the nickname "Ace" but his luck had run out. Life was never the same after that day.

The family was officially notified at 10:30 AM on October 24th. Mark was one of the first thirty to be identified. At the time her son Christopher was 16 years old and her daughter Rebecca was 11 years old. Even though the Helms family lived in a town of 200 people the funeral was a huge public event with over one thousand people in attendance.

Her son Christopher wanted to join the military but she would not allow it; she felt the family had been experienced enough loss. Recently her nephew was in Iraq and the fear gripped her for eight months. It was like the fear she felt when Mark was in Beirut and she was scared of what might happen. She does not think her family could take another blow. She has seen her parents go downhill, and she has seen her children withdraw. Christopher could not even talk about Mark for years. She did not realize how bad it was at the time.

Rebecca would cry and she would try to block things out of her mind. Something died inside of her after her son Mark died; a part of her was not there anymore.

She had a very difficult pregnancy with Mark and she was so grateful that he was born healthy. "He came into the world with such a struggle and then look what happened." She went to the cemetery day and night. At nighttime when she visited the cemetery she would use the car headlights to illuminate his headstone. She still goes to the cemetery virtually every day except when she had surgery. She even went when the snow was so high she fell and when she looked up at his headstone she heard Mark laughing and saying "Mom I know you love me but you do not have to do this." She cannot buy him presents for his birthday so she prays for him and has mass said for him in the Catholic Church she attends. She tries to think of the happy times but then she realizes that he is gone now and there is numbness in her body.

Mark was 6'3" and graduated from high school at General William Mitchell High School in Colorado Springs. He played football and ran track. He went into the Marines immediately after high school graduation. He graduated May 28th and the next day, with his parent's approval, he went to Denver to sign up for the Air Force. Then he changed his mind and signed up for the Marine Corp. They picked him up at the bus station and Mark's father was angry with Mark for joining the Marines. They talked with him all night long but they could not change it. Mark promised everything was going to be fine. They did not feel right about it. He left for boot camp September 28, 1982 after the family moved to Nebraska. Boot camp was good for Mark, he returned home a changed person.

When Mark arrived in Beirut his mother started having dreams that he would be killed. She wrote him very often but never told him because she did not want to worry him. Mark

knew her premonitions were very accurate. So she kept praying. Almost weekly she would dream that Mark was lying in a casket in dress uniform. She dreamt about the services in the church. No one believed her. She told her husband and he did not want her to talk about it because he thought she was loosing her mind. She admits that in a sense she was loosing her mind. When Mark was very young they traveled to visit family in Europe and a family member told Mary Ann that one of her children would die before maturity.

Mark wrote letters to his family providing great detail of the situation in Beirut. His parents knew the conditions in Beirut were getting worse starting in August of 1983.

Mary Ann Turek has boxes of memorabilia which she looks through on Mark's birthdays and other occasions. Every time she writes a card to anyone she includes a heart with Mark's initials. She wears a discolored broach with his picture. It's her way of saying that Mark is with them.

Mary Ann Turek's health began to deteriorate after Mark died. She ran herself down working 16-hour days and still going to the cemetery everyday. The health of her parents and her mother-in-law deteriorated. To this day she does not sleep at night and lays awake and prays.

Marvin Helms and Mary Ann separated in 1984 and divorced in 1985. Her marriage to Marvin was affected by Mark's death because she is a changed person, very different from how she was before he died.

She hopes that this lawsuit will convince Iran that they cannot support terrorism. Terrorism is a violent death that innocent people are caught up in. The boys in Beirut were innocent; they were on a peacekeeping mission. They were not here to fight anybody.

Terrorism is prevalent now and the current events bring back everything that happened to her son Mark in 1983. She sees the photos in the newspaper of the people killed and if they are Marines she sees Mark's face first and then sees the other individual's face. "They are all so young." Each time she sees something about terrorism she relives what happened in Beirut and the terrorist act that killed her son.

She learned the specifics about how Mark died but it took a couple of years. She made phone calls to the Pentagon and demanded to find out about his death. At first she did not want to know the circumstances of his death but it later disturbed her that his casket was closed and the family was not allowed to open the casket and see him. Eventually she found out the circumstances of his death.

The entire family was severely impacted by the death of Mark Helms. Mary Ann Turek never sought counseling for herself or her children. She regrets that decision, especially for her children. Christopher and Rebecca still have a hard time dealing with Mark's death. Mary Ann and Marvin Helms' divorce was a result of Mark's death because she and her husband, Marvin, turned away from each other. It was an extremely difficult divorce. Mary Ann believes she and her ex-husband tried to solve their own problems coping with the death of their son and pulled away from each other.

b. Marvin Helms was the father of Mark Anthony Helms. Marvin and his son Mark were very close and did everything together. Marvin Helms describes his son as a very intense young fellow. He could pick and choose what he wanted to excel in at school. School studies were not easy for him. Music came naturally to Mark; he loved to play the viola. Mark Helms loved sports and played football and basketball. Mark went to high school in Colorado Springs and had many friends. Mark was killed at 19 years old.

Mark joined the Marines instead of the Air Force without consulting his father and because he did not follow in his father's footsteps having retired from twenty-one years in the Air Force. Mark wanted to further his education.

Mark was very dedicated to the family. At family holiday gatherings he was the life of the party. He was probably the "smoothest" kid his father had ever known. Mark loved life. Mark always ask for advice and always took advice.

Mark loved his mother and would do anything for her. His father was the authority figure and therefore there was more respect for his father. Mark and his brother Christopher were inseparable. Mark watched out for his brother and his sister and was sharing, loving, and giving with his siblings.

Mark's death directly and entirely contributed to his parent's divorce. Both parents changed after Mark died. Marvin Helms believes his ex-wife made the biggest change, she made a martyr out of Mark and that created friction.

Reviewing Mark's letters he expressed his feelings in his letters the whole time he was in Beirut. Reading the letters years later, and having been in the military, Marvin Helms believes that the Marines should have had more security. Mark was very concerned about the lack security in the Marines. Coming from a military family Mark understood security issues.

On October 23, 1983 Marvin Helms remembers that Mary Ann woke up in the early morning hours and heard about the bombing in Beirut, Lebanon on the radio. The Marines contacted the family later that day; the family received a phone call from the Marine Corps trying to locate the Helms residence in Dwight, Nebraska. It had been 12 to 14 hours since they first heard about the bombing and the Marines informed them that Mark had been

killed. When the Marines informed them that mark had been killed in the bombing Marvin Helms felt every emotion from love to hate to anger. Mary Ann took the news very bad, her mind changed that day, and she was never the same again. Christopher was a quiet child then. After he heard about Mark's death he went to his room and did not talk for hours. Christopher and Mark were extremely close. Marvin spoke to Christopher and he hated everything in the world at that time. Rebecca clung to her mother quite a bit. They had a great relationship and shared the sadness.

Mark's body arrived over a week after the notification and it was approximately two weeks after he died that he was buried. The Helms family did not meet Mark's body at the airport because they were angry with the government. They asked for an open casket and they were told they could not have an open casket because of the extensive damage to his face and head. Marvin Helms understood that because of what he had seen in Vietnam and other military situations. During the time waiting for Mark's body to return home the family on both sides gathered. Dwight, Nebraska is a small town, 200 people. In order to keep their own sanity the Helms family spent the time awaiting the funeral cleaning up the town. They knew the funeral would be a pretty big ordeal but they never dreamed of what it became. Marvin Helms thought the funeral was beautiful and cried while describing the events. It is obviously hard for him to talk about it. The day of the funeral there were more flag bearers and military organizations in one place than he had ever seen before. Veterans groups came from Nebraska, South Dakota, and all around, there were thirty or forty different veteran's organizations that attended the funeral.

After the funeral Marvin Helms could not convince Mary Ann that their son died doing his duty and he would not want to be made a martyr. Mary Ann went into spells of total

silence for hours and days, or the opposite, she would talk incessantly. Marvin and Mary Ann separated within a year after Mark died and they divorced in 1985 after protracted litigation.

Mark wrote many letters to his family containing frank discussions of what was happening in Beirut. One letter contained a diagram of the building Mark lived in while in Beirut and indicating the proximity to enemy fire. He sent pictures depicting the damage from shells hitting. From June 1983 forward his letters described the rising intensity of the situation in Beirut. October 21st was the last letter Mark wrote, the Helms family received it and two other letters after the bombing. The letters Mark wrote his family were very graphic in their description of that was going on in Beirut. Mark was intense about whatever he was doing at the time. Mark wrote that he did not know how the people were going to react to the military being in Beirut and he believed it could turn into another Vietnam situation.

To this day it is hard for Marvin to talk about his son Mark. He has experienced post-traumatic stress syndrome since Mark's death, although he has never been treated for it. Mark was the finest young man that his father has ever known. Marvin has counseled thousands of young men, that was his background, and Mark is the finest young man he has ever known. It was a big loss.

Marvin would tell the Iranian people that are responsible for the bombing that they took away many more lives than the Marines that were killed. In the Helms Family the death of Mark took away three other lives and caused a divorce. Christopher and Rebecca are going to have problems in the years to come. This was all cause by the terrorist act that killed Mark.

Marvin thinks the cowards should be held accountable for their acts. When this litigation moves forward he knows that taking money from the Iran people is all that will help. He does not want any gain from it but he hopes his children will benefit from the litigation.

Marvin has not participated in any Beirut memorials over the years because he did not want to cause friction in the family. He cannot even walk through the Vietnam Wall because all the things in his past have festered since Mark was killed.

c. Christopher Todd Helms was 16 years old when his brother Mark was killed in Beirut, Lebanon. Mark and Christopher were extremely close. Chris admired his older brother. Mark was a big guy and played football, baseball, and ran track. Mark had a talent for music and played the viola. Mark and Christopher talked about everything and shared their secrets growing up.

Mark talked to Christopher about joining the military. "When you grow-up in the military it is expected that you will join the military." Christopher would have joined the military but his mother would not let him, she did not want to lose another child.

Chris is married with one stepchild and two boys of his own.

Chris felt the Marines where in Beirut to keep peace, kind of like a referee. He did not feel that his brother was in danger at the time. He thought his brother was invincible. At the time Christopher was an ordinary teenager and oblivious to the danger his brother was facing in Beirut.

Christopher Helms learned that there was an explosion in the barracks in Beirut, Lebanon while listening to the radio in the early morning hours of Sunday, October 23, 1983. He and Mark always shared a room and there was a radio between the twin beds.

About 4 AM he woke up and heard about the bombing on the radio. He did not think anything of it. He told his parents when they were getting ready for church that there had been an explosion in the headquarters. His parents got very worried and they were crying. Chris said everything was fine and they did not have to worry. The Helms family did not go to church. They were glued to the TV and the radio. Christopher recalls that they first heard from the Marines within several days when the dark blue car drove up in driveway and they knew then that Mark had died.

Chris describes the time then as like an out of body experience. The media wanted interviews with the family. All the family wanted was for the world to stop. Everyone went their separate ways and they did not know what to do.

The funeral was in Dwight, Nebraska, a small town. The church was completely packed. Christopher felt like he was out of his body just observing what was happening. He kept feeling that this should not be happening. He was in a state of shock all the time and could not believe his brother was killed. It was not supposed to happen. Christopher gets by day by day. He believes that his brother is still over in Beirut and he will be eventually coming home. He feels that Mark is still over in Beirut doing his job as a Marine and he eventually will get to see him.

Christopher's mother is so devoted to his brother Mark. Everything she does she is always remembering him. She puts an "M" with a heart around it on every card and letter she writes. Christopher's mother cannot get the loss of her son off her mind. You are not supposed to lose a son or a daughter. His mother feels that she has been cheated out of life. And now his mother feels that she has to devote her life to Mark. She tries to make sure that the cemetery is beautiful for him. She is constantly thinking about Mark to this day.

Chris describes his sister Rebecca is just like his mom. He does not want to talk to them about his brother Mark because it is bringing up pain and he does not want to be hurt. So he would rather focus on the happy things. They were given this situation and there is nothing they can do about it. When they are together he will talk about the good times with his brother Mark. No one in the family has gone to grief counseling to help them cope with Mark's death.

He has spoken to his stepdaughter Courtney about his brother Mark and his death because it is history now that children are studying in school. He will speak to his sons when they are old enough to understand. His first son's middle name is Mark because they wanted to make sure that the name was passed on in the family.

Mark planned to stay in the military, they were supposed to do that. They were raised to go into the military and then retire.

Christopher was lucky that he got to share a room with his brother, he was his best friend. It was sad when Mark left to join the military. Retrospectively Chris wishes he had written his brother more, Mark wrote to him often. He always assumed Mark would be home for the holiday and then to stay with the family. He feels lucky to have the memories and he still has some of his brother's toys and keeps his GI Joes and trucks in a box in the basement. He still has the car in the garage that Mark and he were planning to restore. He doesn't have his brother anymore but he has pieces of him. No one understands, but he understands. Christopher is glad he can reflect on the good times. They really only had good times. They fought and he got beat up a lot but that is to be expected with boys. He learned to run faster. Mark taught him a lot. It was good to have him as a brother and it is a shame to loose him as a brother. He feels cheated because he has to explain to his boys

why they do not have an uncle and what happened. He is glad his brother was in the Marines because he helped this world. He just wishes he was still here to help the world because that is what he would have wanted to be doing.

Chris believes the United States is focused on terrorism now and acknowledges that no one focused on it when it was happening in 1983. "It is frustrating because that is when terrorism started happening. But it was just military people not civilians. If we could have prevented it then we could have prevented the terrorism that we are experiencing now. No one remembers what happened in 1983 and that is the disturbing thing about it."

The Helms family did not go on family vacations but instead they spent the summers working on the family home in Dwight, Nebraska. The family became a team through working on the family house. He would do anything for is brother and he felt Mark would do the same for him. His brother is buried in catholic cemetery in Dwight with his picture on the cross on the headstone. Chris does not go to the cemetery very much because it hurts too much. He cannot stand the pain of seeing his brother's eyes in the picture. He does go sometimes with his mother and he will take his sons there when they are older.

In the letters that Mark wrote to Chris he expressed concern for his parents. They were going to restore a 57 Chevy when he returned so they would write about cars. He still has the Chevy in the garage. They wrote about eventually getting their own band together. Chris played the drums but Mark had the musical talent and could easily pick up and play any musical instrument.

Chris Helms went to the fifteen year and twenty year Beirut memorials. He hated going there, it was very sad to see. At the twenty-year memorial they met a family whose son survived. He was glad that the person survived but it was not fair they should have been

there with his brother Mark sharing his survival. They just got to share their memories. They met Mark's commanding officer. He said that because Chris looks facially like Mark he could see Mark all over again when looking at Chris. Chris is glad he has a similar face as his brother even though they were built different physically.

d. Rebecca Gintonio is Mark Helms' little sister. Rebecca was born in Germany and obtained US citizenship when the Helms family moved to United States. Rebecca was eleven years old at the time Mark was killed in the Beirut bombing.

All three kids were close, life was not easy for the Helms family but they made the best of it as they were growing up. Most of her memories of Mark are from when the family lived in Colorado Springs. Mark was a big guy, played football, viola and the guitar. He would play songs for her. He took her to the Nutcracker when she was little and she can remember sitting on his lap. Rebecca remembers that her parents were not happy about him joining the Marine Corps. Mark came home for Christmas in 1982; he arrived at their Grandmothers house in his Marine's "greens." That was the last time she saw Mark, she was 10 years old.

Rebecca first learned about the bombing in Beirut on Sunday morning, October 23, 1983. Her brother Christopher heard it first on the radio. On the day of the bombing Rebecca remembers thinking "oh God please do not let it be him." She can remember her brother Christopher lying in bed petrified listening to the radio. They were in shock and they prayed that he made it. Rebecca recalls the family went to church and watched the news for days. They watched the news coverage and saw the body bags and wondered about Mark.

Mark Helms wrote very regularly to his family. The Helms family read every one of them. Rebecca remembers the family received letters from Mark after he was killed and they sat down and read them together.

The whole family deals with the loss of Mark Helms on a day-to-day basis. At family gatherings Mark is discussed all the time. She has told her eight-year-old son about her brother Mark. Rebecca feels her son is cheated by the loss of his uncle. Every time she and her son visit her mother they have a ritual that they write a letter to Uncle Mark and leave it on his grave at the cemetery.

She remembers the official notification of the death of her brother. She was in the kitchen and there was a light on at night. She remembers her mother screaming "No" when she opened the door. They kept the light on every night waiting. They all prayed Mark was okay. Rebecca cries when she speaks of Mark and her memories.

Rebecca went with her family to the twenty-year remembrance of the Beirut bombing in North Carolina. She discusses her brother Mark with her mother very frequently, it is a main focus of their lives.

Rebecca misses her brother tremendously. She is angry because someone murdered her brother and over two hundred others and they are getting away with it. The death of her brother was the beginning of the demise of her family. "It is not fair and it is not right." The anger has been a part of her life every day. Every day she thinks of Mark, what he would look like, if he would be married, if her family would still be together today instead of divorced. She has to explain to her son why she breaks out crying. She fells her brother Christopher is bitter and that is the reason he refuses to go to the cemetery. Mark's death started the Helms family's spiral down.

Rebecca remembers her brother's funeral and the drive with her family bringing his body from David City to Dwight, Nebraska. It was the longest drive she could ever remember. At the funeral there was a closed coffin and she remains deeply pained and affected by that. She found out years later why the family could not see the body of her brother, the image of him injured in such an extreme manner haunts her everyday. The loss of her brother will always have an affect on her life. It will never be resolved but whoever was involved and responsible for the terrorist murder of more than two hundred Marines needs to face the consequences of what they did.

Rebecca thinks often about how the entire Helms family has been cheated by the loss of her brother Mark. Mark was loved. There is a part missing all the time in their lives. The bombing has destroyed their family. Rebecca got married 1996 and divorced in 2003. She made some very bad choices in her life and attributes it to the dysfunction of her family after her brother was killed.

## CONCLUSIONS OF LAW

(1) Wrongful Death.

The Plaintiffs produced comprehensive testimony from Dr. Jerome Paige detailing the loss of accretions to the estate of each person. These calculations are conservative and the amounts set forth in the report have been established without question. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the Estate of Mark A. Helms in the amount of $1,028,509.

(2) Survival Action – Pain And Suffering.

There is no evidence from which it could be concluded that the decedent endured bodily pain and suffering after the attack and prior to his death.

(3) Solatium.

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the decedent by the actions of the defendants and/or their agents. As the Court noted in the Flatow case, id., this is an item of damages which belongs to the individual heir personally for injury to the feelings and loss of decedent's comfort and society. The unexpected quality of a death may be taken into consideration in gauging the emotional impact to those left behind. In this case the impact upon the parents and siblings was devastating. The Special Master concludes as a matter of law that the following amounts are appropriate compensation for this element of damages. To Mr. Mark Anthony Helms' mother, Mary Ann Turek, ten million dollars ($10,000,000); to Mr. Mark Anthony Helms' father, Marvin R. Helms, ten million dollars ($10,000,000); to Mr. Mark Anthony Helms' brother, Christopher Todd Helms, five million dollars ($5,000,000), and to Mark Anthony Helms' sister, Rebecca Gintonio, five million dollars ($5,000,000).

**Date:** August 8, 2005

_Loraine A. Ray_
**Loraine A. Ray, Special Master**
Wauconda, Illinois