# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**DEBORAH D. PETERSON,**
**Personal Representative**
**Of The Estate Of**
**Belmer (Deceased), et al.**
                              **Plaintiffs**


                **v.**                                    **Civil Action#1:01CV02094(RCL)**


**THE ISLAMIC REPUBLIC OF IRAN, et al.**
                    **Defendants**

### REPORT OF SPECIAL MASTER
### PURSUANT TO ORDER OF REFERENCE
### CONCERNING COUNTS XXV THROUGH XXVIII
### ALVIN BURTON BELMER, GYSGT USMC

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as below set forth. This is an action for wrongful death resulting from an act of state-sponsored terrorism. The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear and convincing evidence.

### FINDINGS OF FACT

(1) Alvin Burton Belmer was born on March 10, 1954 in the United States of America and was at birth and remained until his death, a citizen of the United States. Soon after

completing the eleventh grade at Austin High School in Chicago, Illinois, Mr. Alvin Burton Belmer joined the United States Marine Corps and on October 23, 1983 was a member of the 24th MAU, First Battalion, 8th Regiment.

(2) On October 23, 1983, the building housing the Marine Battalion at Beirut was attacked by a suicide bomber operating a truck which penetrated to the center of the building where the operator detonated a large explosive charge completely collapsing the building resulting in the deaths of 241 American Service personnel, including this decedent.

(3) As a result of the explosion, decedent, Alvin Burton Belmer, suffered severe injuries which resulted in his death after seven days and 20 hours of enduring his body processing painful stimuli. The evidence showed that Alvin Belmer suffered pain from his wounds and was responsive to pain for 7 days and 20 hours. Alvin Burton Belmer was removed from the building rubble two and one-half hours after the explosion and admitted to the American University Medical Center where he died from the wounds and complications from the wounds at 5:30 A.M. on October 30, 1983. The official death certificate, DD Form 1300 – Report of Casualty, admitted as Exhibit 1, indicates that Alvin Belmer survived the explosion but died from "cardiac arrest resulting from injuries sustained in the terrorist attack on the BLT Headquarters on 23OCT83."

(4) The official service death certificate, admitted as an official record, indicated that the death of the decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983. The evidence showed that at the time of the terrorist attack the decedent, Alvin Burton Belmer, was in the building, survived the explosion, suffered severe injuries in the explosion, was buried alive in the building rubble, was located and rescued and transported to the American University Medical Center in Beirut, Lebanon.

(5) The records available and the testimony of witnesses indicate that prior to death, the decedent endured bodily pain or suffering. The evidence of bodily pain and/or suffering includes medical records (Exhibit 14) and the testimony of a Board Certified Pathologist, Dr. Gregory Allen Threattle. The medical records were secured through the United States Department of State and the Navy Medical Service, and these governmental entities confirmed that Group Exhibit 14 is the actual medical records of Alvin Burton Belmer. The details contained in Group Exhibit 14 are in complete agreement with the official service death certificate, Exhibit 1. The testimony of Dr. Gregory Allen Threattle, a Board Certified Pathologist, indicated that he reviewed Group Exhibit 14, the medical records of Alvin Burton Belmer and he testified that those records clearly indicate that Alvin Burton Belmer's body processed painful stimuli, and that Alvin Burton Belmer "purposefully responded to pain" for 188 hours. The testimony of Dr. Threattle indicated that Alvin Belmer was fighting his respirator for the hours before his death. Dr. Threattle indicated that he has seen many similar and even some worse cranial injuries where with proper treatment the patient survived.

(6) As a result of the death of Alvin Burton Belmer, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life. These losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given by videotape. They have been reduced by Dr. Paige to present value in accordance with District of Columbia v. Barriteau, 399 A.2d 563 (D.C. App. 1979). Based upon the foregoing, the amount of loss to the estate is in the amount of $884,746.00.

        a) Specifically, Dr. Gregory Allen Threattle testimony which has been submitted as Disk 1, has qualified Dr. Threattle as an expert in these proceedings. Dr. Threattle has been Board Certified since 1979 and he has extensive experience in both anatomic and

clinical pathology. Dr. Threattle is a medical professor and supervises the pathology department in the Upstate Medical Center in Syracuse, New York. Dr. Threattle testified that the medical center processes over one million tests per year and that he has extensive experience and is qualified as an expert in both anatomic and clinical pathology.

b) Dr. Threattle reviewed Group Exhibit 14 and was able to provide an expert medical opinion on the wounds Alvin Burton Belmer received and the pain and suffering he experienced.

c) Dr. Threattle testified that Group Exhibit 14 evidences that Alvin Burton Belmer was approximately 30 years old at the time of his emergency admission and that he had multiple contusions to the head and face. His ear was torn off and his right eye was severely damaged, he had a skull fracture to the left side of his head and air was detected in his skull. Alvin Burton Belmer was unconscious but was purposefully responsive to pain. Dr. Threattle testified that Exhibit 14 evidences that Alvin Burton Belmer's brain was processing pain, fought or attempted to evade pain for 7 days and 20 hours (188 hours) until his death on October 30, 1983 at 5:30 A.M.

(7) As the result of the death of Alvin Burton Belmer, his wife, his child, his parents and his surviving siblings have suffered and will continue to suffer severe mental anguish and the loss of society. The testimony established that Faye A. Belmer, decedent's wife, has never recovered from the shock of her husband's death. Likewise the decedent's parents, Luddie Belmer and Alue Belmer suffered severe emotional trauma their son's death in Beirut. They are participants in various memorial programs for the victims of October 23, 1983 and are vigorous supporters of those programs. They are joined in this undertaking by decedent's surviving siblings and child.

**ESTATE OF ALVIN BURTON BELMER** – Alvin Burton Belmer joined the United States Marine Corps at age 17. His brothers testified that Alvin met a friend of Clarence Belmer when Alvin was 15 or 16. This friend of Clarence Belmer was in the Army. Alvin Belmer decided then that he would join the military. Alvin Belmer completed High School through the 11th grade and subsequently earned his GED certificate. Alvin Belmer told his parents that his motivation for joining the Marines was to be able to travel and experience other things. His parents signed the required papers to allow their son to enlist at age 17. Alvin Belmer loved the Marines and he was promoted to the highest enlisted rank in the Marine Corps, Gunnery Sergeant. Alvin Belmer intended to retire from the Marine Corps and look into police work.

Every member of the Belmer family testified that Alvin Burton Belmer was a good, loving, thoughtful and caring person.

**FAYE A. BELMER**, decedent's widow, testified that she was married to Alvin Burton Belmer on July 25, 1975 in Jacksonville, North Carolina. Alvin and Faye Belmer had one son, Colby Keith Belmer. Faye Belmer said that Alvin Belmer planned to stay with the Marine Corp for twenty-five years and then retire. They planned to travel after he retired and talked of many things they would do. Faye Belmer was never married again.

Fay Belmer testified that Alvin was apprehensive about going to Beirut, Lebanon, but that he knew it was his job and he had to go. Alvin Belmer wrote letters every week and was able to call two times from Beirut. The telephone calls were difficult to hear and they got cut off during conversations. Alvin Belmer did not say much about what he was doing in Beirut, he did not want to worry his family.

Faye Belmer found out about the terrorist bombing in Beirut when she was awakened by a telephone call from Alvin's Aunt. Alvin's Aunt told Faye Belmer to turn on the television and that

was the first she heard of it. When she turned on the television she saw the building almost crumbled to the ground. That night a Marine came to the house and said they could not find Alvin Belmer but the building that was bombed was the building that he was sleeping in at the time. The next day or some days later a Marine Chaplin came to the house and told Faye Belmer they had found Alvin Belmer's body. Faye Belmer saw the building was a pile of rubble on the ground. One day later the Chaplain visited Faye Belmer and told her they found her husband. Faye told her son Colby what had happened to his father but it was hard to explain to the 13-year-old boy. Faye Belmer was too emotional to explain the devastating affect of Alvin's death on their son.

Faye Belmer was overcome with sadness when she was asked about her memory of the funeral, She was unable to testify about the funeral in detail but did mention that there was a viewing in Chicago and he is buried in Arlington National Cemetery. Faye Belmer only remembers these times as sad times. She thought it would be easier to move on but it hasn't been easy, and she hasn't moved on.

Faye Belmer did not work outside the home at the time of Alvin Belmer's death. Faye Belmer was unable work after Alvin's death for five years. After her husband's death, Faye Belmer and her son moved back to Virginia Beach, Virginia to be near her family. She testified that she was unable to "get out of the house for 5 years." Faye Belmer did finally seek employment and is currently employed. Colby Keith Belmer testified that after the death of his father his mother became an introvert, rarely leaving her room. Mrs. Belmer lives with her son in Virginia Beach, Virginia.

Faye Belmer did not attend the liability hearing in this case.

Faye Belmer described her husband's relationship with their son as good. When Alvin was not working he and his son would play ball and go places in the car together. Faye said that Alvin loved the Marines and he loved his job.

Faye Belmer testified that it has never gotten easier and she thought it would. She never joined or had contact with any support groups because she thought she could handle her husband's death. Faye Belmer wants to know "why did they do this?" She wishes she could get her husband back but she knows that is not going to happen. "They should pay for what they did."

**COLBY KEITH BELMER**, the decedent's son, was born on September 19, 1970 in Norfolk, Virginia. He testified that he was thirteen years old when his father died. Colby Belmer has an 11th grade education and has earned his GED certificate. Colby Belmer currently lives in Virginia Beach, Virginia, with his mother and his four children.

Colby Keith Belmer had a close relationship with his father and when his father was not working he spent time with his father playing ball and doing father son things. Colby Keith Belmer was proud of his father and proud that his father was a Marine. The decedent, Alvin Burton Belmer, took Colby Keith Belmer to cookouts with his Marine friends. Colby Keith Belmer saw that the Marines were a tight family and his father had many friends. Colby Keith Belmer knew that his father loved his job. Colby Keith Belmer shared early recollections about his father and testified that when he was 7 years old the family lived in South Carolina. His father loved the Marines and he was proud of his father. He remembers the Marines were a tight family and he remembers his father's unit visited their home often and he remembers going to his father's unit cookouts. Colby Keith Belmer testified that he met many men who served under his father and they loved him.

In October 1983, Colby Keith Belmer was in school, he remembers letters from his father from Beirut, sometimes with money. Colby Keith Belmer is sorry he never got to speak to his

father in Beirut, but he remembers his mother getting letters. His recalls that his father didn't discuss his Beirut assignment. Colby Keith Belmer knew this was different and he knew this assignment was different. He recalls that his father was quiet, before this deployment to Beirut, and his father spent extra time with his wife prior to this deployment.

When Colby Keith Belmer's father left for Beirut Colby knew it was different than when his father had gone on trips in the past. His father was quiet and spent a lot of time with his mother before he left. In retrospect Colby thinks his father maybe knew he was not coming back.

At age 13, Colby Keith Belmer knew about Lebanon but he didn't know how serious it was, he didn't know what was happening. He remembers October 23, 1983; he remembers the news stories and how his teachers were always asking him "how are you doing". Colby Keith Belmer was apprehensive about his father's deployment to Beirut, and he recalls "totally different vibes" and now thinks that it was an indication that his father was not coming back from this assignment; "it was different."

Colby Keith Belmer remembers when the Marine came to the house to tell his mother that his father was killed. He was in his bedroom but he heard his mother crying, she "lost it, totally lost it." Colby's mother was close to taking her own life. Colby Keith Belmer first learned of the attack from television, his mother, and from teachers at school. Teachers repeatedly asked how he was doing and gave him more attention than they normally did.

Before Alvin Burton Belmer died he and Colby's mother went out often and were a fun loving couple. Colby Belmer recalls the Belmer house as the place where many friends and family visited. The death of his father changed his mother and their lives forever. After his father died his mother became an introvert, she became a whole different person. Colby Keith Belmer's mother

was on medication and "you wouldn't know it was the same lady." Colby's mother never really recovered.

Colby Keith Belmer went to his father's funeral and burial at Arlington National Cemetery. Colby had been strong up until that point but he could not hold back anymore and he lost it at the funeral. Colby Keith Belmer has gone through life "like in a tunnel and you can see the light but can't get to it." He thinks of his father every day and how different life would have been for his mother had his father lived.

With his father gone and his mother an introvert, Colby Keith Belmer had to watch out for his mother. Without a father he admits he probably got into things that he would not have gotten into had his father been alive. His friends all had fathers that they trained with and he did not. His mother never left the house so Colby Keith Belmer did things on his own.

Colby Keith Belmer has four children that will never know their grandfather. Colby wishes his father were here to see his grandchildren.

Colby Keith Belmer wants to send a message that the terrorists hurt he and his mother "real bad." He has been through a lot of pain and he is still going through pain. The terrorists do not care about human life and Colby Keith Belmer is angry. He feels Iran hurt him and the Belmer family, caused him pain, and it is still causing him pain. After father passed, he feels the military forgot about the Belmer family. He had a scholarship from the Marines, but the Marines wouldn't help with the scholarship. He is sad that his father will never be able to visit with his four grandchildren. He feels this litigation is part of history and he wants to be a part of it.

**MRS. LUDDIE BELMER**, the decedent's mother, testified that she is retired and had been employed with Skychef at O'Hare Field, Chicago, Illinois. Luddie was married to Mr. Alue Belmer and they had six children. Son Alvin Belmer born in 1954 in Chicago, Illinois. Alvin was

a typical kid, very thoughtful and kind person. During his teenage years Alvin Belmer always held an after school job while attending Austin High School. Alvin never got into any trouble. Alvin Belmer's interests while growing up included basketball, and a little football in grade school. In high school he was on the swim team. Alvin did not graduate but finished the 11th grade. Alvin Belmer had a very close relationship with his brothers, Clarence and Kenneth, and she thought he had more honest conversations with them about his Marines experiences and the risks of the Beirut assignment.

Alvin first expressed some interest in joining the Marines about four months before he joined the Marine Corps. Alvin joined the Marine Corps so that he could travel and do different things, to give him a better prospect in life. Alvin joined the Marines in 1971, during the Vietnam War. Alvin Belmer did his basic training at Camp Pendleton, California. After basic training Alvin Belmer was a Drill Sergeant at Camp LeJune, North Carolina. Alvin was proud to be a Marine. Alvin Belmer was assigned to a base in South Carolina and overseas in Europe. In 1983 Alvin Belmer had obtained the rank of Gunnery Sergeant. Alvin spoke most to his brothers about what he did in the Marine Corps. Alvin wanted to stay in the Marines as a career.

Mrs. Luddie Belmer is the executor of Alvin Belmer's Estate and was granted such status by the Circuit Court of Cook County, Illinois. Alvin Belmer is buried in Arlington National Cemetery. Alvin Bulmer's funeral was held November 9, 1983.

Mrs. Luddie Belmer and the family received many letters from Alvin Bulmer expressing his love for the family and apologizing for not writing more letters. In a letter dated September 1983 Alvin described the bombings in Beirut, Lebanon. Alvin said that the television news media, including the Chicago Tribune, were doing interviews but that he did not want to speak to them because he would have had to lie and make it sound good. Alvin told of Marine friends that had

been killed. Alvin Belmer attempted to assure his family that nothing was going to happen to him but he did comment that his assignment in Beirut was not like they planned for and the combatants in Beirut were sick people. This letter was the last letter that Luddie Belmer received from Alvin. Mrs. Luddie Belmer was able to reach Alvin Belmer by telephone in the early part of October 1983, the Sunday before the bombing. During that conversation Alvin did not say too much about what was happening in Beirut, the telephone call was mostly small talk but they both said they loved each other. Alvin did not tell his mother what his exact job was in Beirut but Luddie Belmer learned he was out in the field. Mrs. Belmer felt Alvin was holding back information because he did not want to worry her or the family. This was the last conversation Mrs. Belmer had with her son.

When Luddie Belmer heard about the attack in Beirut it was about twelve o'clock, she woke up crying at the time of the bombing, she felt "real discomfort." She went back to sleep because nothing appeared to be wrong, she knows now that she awakened when the terrorists detonated the explosive truck. Mrs. Belmer went to work and her employer and co-workers did not mention the bombing. Luddie Belmer's sister called her family and told her family not to mention anything to her about it. The same request was made of her co-workers. Mrs. Belmer arrived home about 2:30 P.M. and that is when Mrs. Belmer heard about the bombing. Mrs. Belmer called her daughter-in-law, Faye Belmer, and they exchanged information on a daily basis. Kenneth Belmer testified that his mother was in contact with the Red Cross trying to get information. Each day a Marine came by the family to say the Alvin Bulmer was missing. During the week of uncertainty Luddie Belmer paced around the house. The children tried to keep their sorrow and emotions under control because they knew their mother was nervous.

On Monday, October 24th the Belmer family was told that Alvin Belmer was missing, they watched television and hoped every survivor they found was Alvin. On Wednesday the Marines said they had found Alvin, he survived the explosion and was in a hospital in Beirut in fair condition. The Belmer family was receiving information from several sources. Later in the week they learned that Alvin was unconscious, in a coma, and on life-support. On October 30th the Belmer family learned that Alvin had died. He never regained consciousness. Faye Belmer called Luddie Belmer as soon as the Marine and Marine Chaplin left her house. It was three o"clock in the morning on Sunday when told she that her husband was gone.

Losing Alvin was the "most hurting feeling you could ever have." First you do not believe it then the truth "comes in on you." Luddie Belmer said it shocked her body and everything. It was devastating. "The loss messed her family and her up." The hurt is all over your body and mind. Luddie Belmer said it changed her, you do not feel the same anymore, and she could not get it out of her mind. The years of hurt ruined her nerves and her mind. This was happening to all members of the family. Annette Belmer testified that Luddie Belmer suffered a nervous breakdown and was hospitalized and Luddie Belmer was unable to return to work for 8 or 9 months. Luddie Belmer was unable to speak to her children about her feelings, and for 4 or 5 years, she hid all the pictures of her son. Luddie Belmer's children didn't discuss Alvin's loss because neither their father nor mother was able to discuss their feelings. Since October 1983, Luddie Belmer has continuously seen doctors including a psychiatrist for treatment of her nerves. She is still, 21 years later, under professional care and takes medication to assist her to overcome the effects of the death of her son.

Alvin Belmer was brought to the United States on November 7th or 8th 1983 after he died on October 30, 1983. The service in Chicago was at a funeral home. The funeral was simple with people giving eulogies. The military honored Alvin Belmer outside of the funeral home with a

military drill. The next morning the family went to Washington and Alvin was buried in Arlington National Cemetery on November 10, 1983. At Arlington National Cemetery there was a salute and words said. Luddie Belmer was given the flag.

Mrs. Luddie Belmer has not been not active with any memorial groups like "No Greater Love." She received invitations but she never responded even though she planned to do so.

The emotional affect is with Luddie Belmer and her family even today. "You do get a little better but it stays with you a long time, it will never go away." Luddie Belmer hopes that this litigation will bring justice and that they will be compensated for the pain and suffering they received. Mrs. Belmer would like the message to Iran to be that although you cannot bring them back it was such a horrendous thing that happened there and they want justice and want all the families to be compensated for all the pain they have suffered. This was a devastating thing to her and her family so much so that she has continued to see doctors and the medicine did not work. She had to go to a psychiatrist and get medicine to help her shattered nerves. She will never be the same and has to live with this, that is it. Mrs. Belmer continues to be under doctors' care and has been since 1992.

**MR. ALUE BELMER**, decedent's father, testified that he lives in Chicago Illinois and is married to Luddie Belmer. Mr. Alue Belmer is retired and a citizen of the United States. Mr. Belmer and Luddie Belmer had six children, including Alvin Belmer. Mr. Alue Belmer is a quiet man. He testified that talking about his son brings back difficult memories. He recalled his son as having no problems as a child and said that he liked swimming. Alue Belmer further testified that his sons had a very close relationship and that all his children looked up to Alvin.

Alvin Belmer was a good boy. He did not finish high school because he went into the Marines at age seventeen. Alvin loved the Marine Corps.

Alue Belmer recalled the last day of his son's leave before returning to North Carolina and his deployment to Lebanon. He stated that his son didn't want to go, but knew he had to go. That was the last time Alue Belmer ever spoke to his son.

Mr. Alue Belmer was watching television at a friend's house October 23, 1983 when he learned about the attack in Beirut, Lebanon. Mr. Belmer told his friend that that was where his son was stationed. The last time Mr. Belmer saw his son was when he left for North Carolina before going to Beirut.

Marines did not contact Mr. Belmer after the attack; they just contacted Alvin's wife. The next thing Mr. Belmer knew was when he was called at his job and told that his son was alive. Some days later Mr. Belmer was told that his son had died. The death of his son was terrible and affected him and his wife. "It says it all to see your son in a casket." Mr. Belmer never saw a doctor he just worked all he could instead of sitting around the house. Mr. Alue Belmer suffered a deep hurt with the loss of his eldest son but he knew that he just had to keep going. After the funeral he did not want to stay around the house and he went back to work. His wife, Luddie Belmer has never been the same. Alvin was the oldest son and a role model for the rest of the children. All the other children looked up to Alvin.

Mr. Alue Belmer would like to tell the leaders of Iran that, as his son Alvin said, they are all crazy, their children are crazy. There is not much that you can say to them because they are crazy. No one can bring Alvin back.

**MR. CLARENCE BELMER**, decedent's brother, testified that he lives in Chicago and was born February 2, 1956. Alvin Belmer was two years older than Clarence. Alvin Belmer was very close with Clarence, they played ball together, they did everything together. They were best

friends. Alvin decided to join the Marines because a cousin joined the Army. Clarence was very supportive of his brother joining the Marines.

Alvin Belmer always keeps his family informed on where he was posted. When he was sent to Beirut it was about a couple months before the bombing. Clarence spoke to Alvin regularly. Alvin said people were shooting and could not shoot back because it was a peace mission and they did not have any ammo.

The whole family was worried but believed Alvin could handle himself. Alvin was a real Marine. Clarence spoke to Alvin Belmer the Sunday before the explosion. Clarence told Alvin to take care of himself. "Do what you have to do."

Clarence was asleep and woke up at the moment of the bombing and turned the television on and saw the bombing. It took awhile to find out if Alvin Belmer was alive or dead. Clarence's mother, Luddie Belmer, was trying to find out what had happened to Alvin. Someone in the family even tried to call the President of the United States to find out information. The family was first told he was missing in action, then they were told he was in a hospital in Beirut, and then they were told Alvin was dead. Clarence was at work when he was told that his brother Alvin died. Clarence felt that his brother was dead from the moment he woke from sleep at the time of the bombing.

Clarence has four children, three of which knew their Uncle Alvin. He has told them about their uncle. Clarence discussed his brother, their Uncle Al, with his children as often as he can.

The funeral arrangements for Alvin Belmer were handled by his Aunt, Ruby Jackson, because his mother could not handle it. Clarence went to the visitation several times and on one occasion Clarence picked his brother up from the casket. He had to see what happened. It looked like his brains were gone, it looked like they were taken out. Clarence had to pull himself together

emotionally. The Marines gave Alvin a beautiful funeral. It was complete with twenty-one-gun salute. Alvin's friends were there as were lots of people.

Clarence tried to commit suicide twice. He does not know why. The first time was about a year after his brother's death. Clarence felt he did not have anything else to live for, Alvin was his "ace goom-boom." Clarence was hospitalized for twenty-one days. Clarence's children came to see him after he tried to committee suicide. Clarence went to a doctor and he has been on medication ever since. Clarence has not been able to work since his brother died. Clarence has been involved with drug abuse and not been able to do anything since his brother died. He would not have been involved with drugs if his brother were alive. Alvin was his strength.

Alvin would certainly have been a part of his niece's and nephew's lives. Alvin was there when three of them were born. If Alvin had lived Clarence's life and the lives of his children would have been very different.

If given the chance, Clarence would ask the Islamic Republic of Iran, "why?" Their terrorism affected many people's lives. People should be compensated. Even though they cannot punish the Islamic Republic of Iran they should still be compensated.

**MR. KENNETH BELMER**, the decedent's brother, testified that he lives in Chicago, Illinois. Mr. Belmer is unemployed at the time. Mr. Belmer has one son that is around 26 years old now so he would have been about five at the time of the bombing. Kenneth and Alvin Belmer are about two years apart.

Alvin Belmer was a loving brother and a caring brother. Alvin was a mentor to Kenneth. They would go bowling and shoot pool. Alvin loved to backyard BBQ. Alvin Belmer did pretty well in school. He was well liked. Alvin worked at Kentucky Fried Chicken when in high School. People that Alvin worked with really liked him. Alvin Belmer went into the Marines because he

had a friend who was in the Army and we wanted to join the military. Due to his young age, the Belmer parents had to sign for Alvin to join the Marines. They were very proud that Alvin was a Marine and proud that he had been promoted to Gunnery Sergeant, the highest enlisted rank in the Marine Corps.

Alvin Belmer told Kenneth that Marine boot camp was hell. Alvin was a Gunnery Sergeant in the Marines. Alvin was proud to be a Gunnery Sergeant. He described how he drilled his troops. Alvin Belmer would entertain the recruits he trained because he was proud of them. Alvin Belmer was the oldest in the family. Alvin was looked up to in the family and a role model. Alvin treated the Marines like a family. Alvin treated everyone fairly and nice, he did not give anyone special treatment.

In 1983, Alvin Belmer was training to be deployed. He was stationed at Camp LeJune in North Carolina at the time. Alvin was aware that he was being shipped out and described it as "going to war, going to fight."

When Alvin Belmer wrote his family from Beirut he said he could not wait to get back home to BBQ and relax. Alvin did not want to worry his mother so he may have held back information regarding the conditions in Beirut.

October 23, 1983, was a Sunday and Kenneth Belmer was at work at Jocelyn Steel in Franklin Park, Illinois. Kenneth worked long shifts. Kenneth was in the habit of visiting his Aunt in Maywood, Illinois, after work. That night Kenneth got word on the bombing from his Aunt. Kenneth stopped by his Aunt's house after work, other family members were there and the mood was very gloomy. Kenneth asked what was going on and was told that there was a bombing in his brother's Marine barracks. Everyone was devastated. Kenneth is still crying now. All the family was in shock. Luddie Belmer was in touch with the Red Cross trying to get information. They

heard Alvin was buried in the rubble and taken to a Beirut Hospital. At the memorial service at Midway Airport, Chicago, Illinois, the family spoke to a man that saw Alvin before the bombing and said he had gotten up to go to the bathroom.

Kenneth Belmer viewed the remains at the funeral home in Chicago, Illinois and Kenneth was present at the funeral service in Chicago. All family members and friends were at the funeral. The loss of his brother was hard to accept. Luddie Belmer nearly had a nervous breakdown. Kenneth's father found it hard to accept. Alue Belmer was very hurt and Kenneth saw him crying. Alue was very upset. Alue would walk around the house and swear asking why did this have to happen. Kenneth did not go to Arlington National Cemetery at the time because he could not handle it. Years later Kenneth went on a bus to visit Alvin's gravesite at Arlington National Cemetery. Kenneth brought flowers and an American flag. He went to the grave and sat down and talked to his brother for a long time before he returned to the hotel.

Alvin Belmer's death affected Kenneth deeply, his brother was his mentor. Kenneth still misses Alvin. The death put a lot of emotional strain on Kenneth. Kenneth still thinks of Alvin all the time. Kenneth tries to keep the loss of his brother from taking him down. The Belmer family is very close. The hurt from the loss of Alvin is still there inside Kenneth. Kenneth attended the twenty-year memorial service and it affected Kenneth so much he was crying. The loss will affect Kenneth for the rest of his life; that is how much he loves his brother. Kenneth is a very sensitive person so he shows his emotion. Other family members may be more guarded about showing their emotions.

Kenneth Belmer has one son. He was very young at the time of Alvin's death. He has seen pictures of his uncle. Kenneth's son spent four years in the Navy.

Kenneth Belmer would tell the Islamic Republic of Iran that he knows that you cannot bring his brother back so there is no "eye for an eye" but he wishes he could turn back the hands of time so that this never happened. Kenneth Belmer would like for he and his other family member to be compensated for the whole incident and for all the pain and suffering they have gone through as a result of the bombing.

**MS. ANNETTE BELMER,** the decedent's sister, testified that she lives in Maywood, Illinois, and was born April 15, 1958. She is currently employed with the Chicago Transit Authority as a bus driver. Annette completed the 11th grade. Annette and Alvin were pretty close. She even stayed with him for a while and they "got on very good."

The brothers were very close: Alvin, Clarence and Kenneth. They did a lot of thing and they went a lot of places together.

Annette knew Faye Belmer and they were close. Annette Belmer stayed with Faye and Alvin and babysat for their son Colby when they were living in Illinois. Annette lived with her brother for about one year when living in Maywood, Illinois. She knew first hand that Alvin and Faye were very close. At the time Annette Belmer had two children, when Alvin died Annette had three children and she went on to have a fourth child after Alvin died.

Annette Belmer spoke to Alvin Belmer about a week before the bombing. On the day of the bombing Annette was home, she was not paying attention. When she realized what was happening she prayed that he was not hurt. Annette then learned more information about her brother two days later. They heard he was in the explosion and that Alvin was in the hospital in Beirut, Lebanon, and still alive. Then Annette heard Alvin was in fair condition and still alive. Then the family was told he would be okay. Then they were told he was in a coma. All Annette's information came from her mother.

Annette Belmer then heard that her brother died from his injuries. Annette heard about her brother's death on October 30, 1983. Annette was grateful that when Alvin died he was in a coma and prayed that he did not suffer too much. The news of her brother's death affected her really bad. She is sorry that he had to go that way. Annette's mother had a nervous breakdown and never told anyone. Annette knew. The entire family was praying Alvin was alive. Annette was living at home at the time with her parents. The entire family took Alvin's death hard, especially Donna.

Annette thinks about it all the time and the things they used to do. When she was staying at his house her brother loved company and entertaining. Whenever Alvin was not working he liked to be around friends and family.

Annette's mother, Luddie, had a nervous breakdown and was in the hospital. Annette's father, Alue, just acts tough but he was really deeply affected by Alvin's death. Luddie Belmer put away all Alvin's pictures and the flag given to her at the funeral until Annette's Aunt told her to bring them back out.

Annette Belmer has four children, three of which were born while Alvin was alive. Annette Belmer's first two children where born when Annette lived with Alvin for the year in Maywood, Illinois. Alvin loved children and would have had a close relationship with Annette's children. Annette's oldest son Eric probably would have followed his uncle into the Marines.

Annette Belmer does not know what to say to the leaders of Iran today and she does not know what to tell them. The families need to be compensated because they have all had serious problems.

**MS. DONNA BELMER**, the decedent's sister, testified that she resides in Northlake, Illinois, and was born in 1959. Alvin Belmer was Donna's oldest brother. We would always help

everyone he could. Alvin loved the Marine Corps. Donna Belmer saw her brother shortly before he went to Beirut, Lebanon. The visit was at their parents' house.

Donna Belmer read the letters Alvin sent to their mother, Luddie. Donna was lucky to speak to her brother one week before he died. Donna remembers hearing that her brother was in the hospital and that they were first told he was in fair condition. Then they were told he was on life support and that they should all pray for him. Next she heard Alvin's wife, Faye, say that he had died.

Donna was living at home with her parents at the time of her brother's death. She knows first hand how the loss affected them and continues to until the present time. Denise was also living with their parents at the time. The death of Alvin took a terrible toll on Donna's mother for many years. Donna Belmer remembers her mother just pacing uncontrollably. Luddie Belmer did not sleep after the death of Alvin. Even though Donna's father is a man of few words the death of Alvin had a serious effect on her father. Donna had to keep her feelings inside to protect her parents. All the siblings tried to be strong because of how the death affected their mother. Her two brothers, Clarence and Kenneth, were closest to Alvin and most affected. Donna was also deeply affected by the loss. Donna Belmer became more and more quiet and withdrawn since the loss of her brother.

Donna went to view her brother's body in the casket with Faye Belmer and her Aunt but did not go to the funeral. Donna did go to view her brother's body two or three other times with other relatives.

Alvin Belmer's death deeply affected Donna. She is not outgoing and keeps to herself. She finds she has a hard time coping. She does not recall her parents ever talking about her brother's death.

Donna Belmer would like to tell Iran that you cannot bring a person back and that she does not believe that justice can ever be done here.

**MS. DENISE BELMER**, the decedent's sister, she was born May 5, 1960, she testified that she lives in Aurora, Illinois and is six years younger than Alvin Belmer, the youngest sister. Denise Belmer attended Austin High School. Denise Belmer has two Children. Denise Belmer is employed at Countrywide Home Loans. Denise Belmer did not finish high school but did obtain her GED years later.

Denise Belmer was the youngest child. Brother Clarence was the closest with Alvin. Alvin was fun and outgoing person. The family went to Adventureland often, the movies, and visited family. They played in the yard and spend much of the time together.

At the time of the bombing Denise had just moved out of the family home and was living in the neighborhood and visited her mother everyday. Her daughter was in school and she was four almost five months pregnant with her son. Denise heard on the television that there had been a bombing. Denise went to her mother's house and her mother said she received a phone call from Alvin's wife, Faye. Denise knew her brother Alvin was in the building. When Denise arrived at her mother's house and her mother, Luddie, was very quiet. The first they heard was from a telephone call saying that Alvin was missing. Denise was thinking Alvin was a tough guy and he was still alive. Luddie was having a tough time so the children did not speak of it with their mother. Denise and her siblings talked together. No one would say anything in the house. They were scared. They believed he was alive. Three or four days later they found Alvin and he was alive but unconscious. If anyone knew they did not tell Denise the extent of the injuries. After Alvin died they were told he had a fractured skull.

About the fourth day Denise recalls that she went to her mother's house and was told, "Alvin died today." Denise could not believe it. She wondered how he died. She wondered if he was all crushed up. Alvin Belmer always said Marines were tough guys. Denise Belmer was deeply affected because her unborn child would never see his Uncle.

Denise Belmer saw her brother's body for the first time at the funeral. Denise and her siblings were all trying to be strong for their mother and Alvin's wife, Faye. Her father, Alue Belmer, to this day, has never expressed how he felt about Alvin. Alue Belmer never even spoke to his wife, Luddie, about Alvin's death. Both parents still have a lot a grief inside because they never discussed it.

Denise attended the funeral. The pain is as strong today as when it happened. The family has finally discussed Alvin's death. At the time, Luddie Belmer had a nervous breakdown and was unable to work for about nine months. Luddie took down all Alvin's pictures. Denise and her siblings could not discuss things with Alvin's wife either. Everything is all bottled up after all these years.

Denise Belmer has discussed her brother, Alvin, with her children. Her daughter remembers her Uncle Alvin a little. Denise misses her brother all the time.

Denise attended the liability hearing in this case and some memorial services when she could afford to travel.

Denise's son never met his uncle. Her grandbabies will never know their uncle. Denise wonders what her life would be if he were here. He died at such an early age that they did not have time with him. In the last letter Alvin wrote to his mother he described his situation as that they were like sitting ducks. It was not a sad letter. He said he would be all right and coming home.

Denise Belmer wants to ask Iran "why?' By taking one person out of so many families you ruin all those families. They planned it and they just get away with it and they are still doing it. No one is holding them accountable. They need to pay for what they did. They planned it and must be held accountable. You cannot just take lives like they did and get away with it.

## CONCLUSIONS OF LAW

(1) Wrongful Death.

The Plaintiffs produced comprehensive testimony from Dr. Jerome Paige detailing the loss of accretions to the estate of each person. These calculations are conservative and the amounts set forth in the report have been established without question. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the Estate of Alvin Burton Belmer in the amount of $884.746.00.

(2) Survival Action – Pain And Suffering.

There is evidence of pain and suffering endured by the decedent from the point of injury to his death 7 days and 20 hours days (188 hours) later. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the Estate of Alvin Burton Belmer in the amount of $15,000,000.00.

(3) Solatium.

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the decedent by the actions of the defendants and/or their agents. As the Court noted in the Flatow case, id., this is an item of damages which belongs to the individual heir personally for injury to the feelings and loss of decedent's comfort

and society. The unexpected quality of a death may be taken into consideration in gauging the emotional impact to those left behind. In this case the impact upon the parents and siblings was devastating. The Special Master concludes as a matter of law that the following amounts are appropriate compensation for this element of damages: Alue Belmer (father) - $10,000,000.00; Luddie Belmer (mother) - $10,000,000.00; Annette Belmer (sister) - $5,000,000.00; Donna Belmer (sister) - $5,000,000.00; Denise Belmer - $5,000,000.00; Kenneth Belmer (brother) - $6,000,000.00; Clarence Belmer (brother) - $6,000,000.00; Faye Belmer (wife) - $10,000,000.00; and Colby Keith Belmer (son) - $10,000,000.00.

Date: May 25, 2006

**Loraine A. Ray,**
**Special Master**