# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DEBORAH D. PETERSON,
Personal Representative
Of The Estate Of
Thomas Alan Shipp (Deceased), et al.
        Plaintiffs

v.                                                  Civil Action#1:01CV02094(RCL)

THE ISLAMIC REPUBLIC OF IRAN, et al.
        Defendants

## REPORT OF SPECIAL MASTER
## PURSUANT TO ORDER OF REFERENCE
## CONCERNING COUNTS CCCLXXVII - CCCLXXX

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as below set forth. This is an action for wrongful death resulting from an act of state-sponsored terrorism. The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear and convincing evidence.

## FINDINGS OF FACT

(1) Lance Corporal Thomas Alan Shipp was born on September 24, 1955 in the United States of America and was at birth and remained until his death, a citizen of the United States. Soon after completing high school, Thomas Alan Shipp joined the U.S. Coast Guard, and was employed as a trucker, prior to joining the U.S. Marine Corps from February 1975 through

1979. He was a member of the U.S. Army Reserve from March 1979 through March 1982. On March 8, 1982, Thomas Alan Shipp joined the U.S. Marine Corps and on October 23, 1983 was a member of the 24th MAU, First Battalion, 8th Regiment.

(2) On October 23, 1983, the building housing the Marine Battalion at Beirut was attacked by a suicide bomber operating a truck which penetrated to the center of the building where the operator detonated a large explosive charge completely collapsing the building resulting in the deaths of 241 American Service personnel, including this decedent.

(3) As a result of the explosion, decedent, Lance Cpl. Thomas Alan Shipp, suffered severe injuries which resulted in his death.

(4) The official service death certificate, admitted as an official record, indicated that the death of the decedent, Lance Cpl. Thomas Alan Shipp, was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

(5) There is no evidence from which the Special Master can make any finding that the decedent suffered bodily pain or suffering as a result of his injuries and death appears to have been instantaneous.

(6) As a result of the death of Lance Cpl. Thomas Alan Shipp, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life. These losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given by videotape. They have been reduced by Dr. Paige to present value in accordance with *District of Columbia v. Barriteau*, 399 A.2d 563 (D.C. App. 1979). Based upon the foregoing, the amount of loss to the estate is in the amount of $738,895.00.

(7) As the result of the death of Lance Cpl. Thomas Alan Shipp, his mother (father predeceased) and his surviving siblings have suffered and will continue to suffer severe mental

anguish and the loss of society. The testimony established that the decedent's mother, Theresa Desjardins, has never recovered from the shock of her son's death in Beirut. Likewise, the decedent's siblings suffered severe emotional trauma due to their brother's death in Beirut. They have all been participants in various memorial programs for the victims of October 23, 1983 and are vigorous supporters of those programs. The emotional trauma is significant to each person:

(A) James David Shipp, brother of decedent Thomas Alan Shipp, was one year older than his brother, Thomas. Both James and Thomas were in the same foster home for a period of time in their youth as a result of their father being an alcoholic and beating the children. James relates that his brother Thomas would run away from the foster home and tell him how far he had gotten, and the next day would try to run away again. James and his brother Thomas were the last two that were in foster homes. When Thomas was about 11 or 12 years old, he rode his bike approximately 60 miles, running away from the foster and home back to his parents' home. The State, according to James, could not force Thomas back to the foster home. A week later, Thomas came back and got his brother James from the foster home. Both Thomas and James played football and baseball together, and were avid Miami Dolphins fans. Tom was known as the peacemaker in the family, and had a special relationship with his older sister Janice. When Thomas was in the Coast Guard he was involved in rescuing individuals from a ship that was on fire. Additionally, after the Coast Guard, Thomas was working as a truck driver in 1981 when he avoided causing serious injuries to others by deliberately driving off the roadway and down a 50-foot embankment. He suffered broken ribs, contusions and a concussion, but was hailed as a local hero again in Rhode Island. Siblings Russell,

Raymond, Karen, Dolores, and James were all at the funeral and memorial service, as well as their mother. The family has provided evidence indicating Rhode Island Governor Garahy officiated at a special memorial service for Thomas, President Ronald Reagan personally corresponded with Thomas Shipp's mother Theresa Desjardins, that Rhode Island Governor Thomas Garahy officiated at a specific memorial, that there is a plaque at the Providence Civic Center honoring Thomas Shipp as well as the other nine decedents from Rhode Island.

(B)  Theresa Desjardins, mother of Thomas Shipp, is presently residing at St. Joseph's Living Center, Providence, Rhode Island. Her date of birth is March 28, 1929, and she had eight children. Thomas was the fourth child. According to Mrs. Desjardins, Thomas was like a father to the other children, and was twice recognized publically as a hero. Thomas kept in touch with his mother after joining the Marines by numerous letters, some of which indicated that he was afraid of sleeping in the basement in Lebanon, indicating he was afraid the building was going to fall on him. She attended Thomas' funeral in Arlington Cemetery, where he was buried with full military honors. Since Thomas' death, she has resided in a psychiatric hospital due to depression and being suicidal. She suffers from Post-Traumatic Stress Disorder and has been in assisted living ever since.

(C)  Janice Shipp was born February 6, 1953 and is the eldest sibling. Janice was born in Woonsocket, Rhode Island, however, since her father was in the Navy they moved to Florida in 1957. The father was an alcoholic and would beat his children. Thomas would often attempt to sweet talk his father out of punishing the other children physically. Janice was close to Thomas because he was the peacekeeper,

and they had a special relationship that involved lots of teasing. Janice relates that Thomas always wanted to go into the service and was extremely patriotic. Thomas had discussed leaving his life insurance proceeds to Janice prior to leaving for Beirut, since Janice was basically taking care of her parents. Janice was traumatized by the fact that Thomas had married his wife Pauline in secret prior to leaving for Beirut, and that she had received a letter from a lawyer representing Pauline barring her from his funeral. To this day, she lives with the shame of not going to her brother's funeral. She did just recently go to the 20th anniversary celebration.

(D) Russell Edgar Shipp (brother) born August 7, 1962, he was six years younger than his brother Tom. All children were placed in foster homes because their mother wasn't able to care for them. At age five, Russell and Tommy lived approximately two miles away from each other, and their foster parents used to bring them together. Russell was approximately three years old when he first met his brother Tommy. He still remembers that first meeting. Russell came home at five years old to live with his mother and stepfather, they were a total of eight siblings. According to Russell, Tommy was twelve or thirteen when he came home. They were always close, talking about everything, talking about life with Tommy always saying you can have a good life, or a get by life. Tommy advised Russell to stay in school, to go to college and to try to get in the military, to do service and "do something for your country." When Tom would hear the National Anthem on t.v. he'd tell all of us siblings to stand for our forefathers, to stand out of respect. Russell tells the same thing now to his two sons. According to Russell, Tommy was always there for him, morally, physically, and financially. When Russell was thirteen he went to

reside with Tommy and his wife for about a year and a half. "Tommy would take me to school, and take me to the Coast Guard station." Tommy bought Russell his first car. They worked together for about a year and a half, with Tommy getting Russell his job. Both were avid baseball players and involved with working on cars and motorcycles. When Russell met his wife Tommy asked if he could be the godfather. Russell said absolutely. According to Russell, Tommy had a thing with kids, he'd do anything for anyone's child. Russell describes Tommy as probably more his father than his brother. Tommy was secretly married prior to leaving for Beirut, and his ex-wife decided Tommy was to be buried in Arlington Cemetery. The siblings received a letter from an attorney representing the ex-wife, indicating that her wishes were that no other family siblings attend Tommy's funeral. Russell would have none of that and many of the siblings went to Arlington Cemetery. All Russell could see was the coffin with the flag on it. He was told they were not opening the casket. He begged to have it opened, but was advised that parts of Tommy's body were missing. It's believed Tommy was killed instantly and parts of the building going through his head and body. A month after the Beirut bombing, the Marines found Tommy's dog tags. Russell states he's not even sure if it was Tommy in the casket or if it was his body in full or part, or part of someone else's body because there were body parts all over. He also dreams about it to this day.

(E) Karen Shipp Collard (sister), Thomas' baby sister, being born November 8, 1963. Tommy was nine years older and was the teaser of the family, according to Karen. Tommy would pick Karen up at school and then bring her to the Coast Guard station, he'd take her on the boats and helicopters. Tommy was her big brother who

would hold her hand and walk her to school, and right home after school. "Tommy always helped if you needed anything." When Karen started dating, Tommy used to give her advice, and was like a father. Karen's own father had died and the stepfather was abusive. Tommy protected Karen from the stepfather. Tommy talked to Karen about going into the Marines, and Karen advised that she wished he would not go because she had a feeling she would never see him again. The day of the bombings CNN News was on concerning the Beirut bombing. Karen states she heard tapping on her baseboard repeatedly. She felt Tommy perished in the bombing but was tapping on her baseboard. Tommy's death affects her to this day, she'll be going to the 20th anniversary. She misses him dearly, and tries to go to him when she has problems, but he's not there anymore.

(F) Maurice B. Shipp (brother) who is seven years younger than Tom, and two years older than Karen. According to Maurice, "Tom was in charge of all of us after we came home from foster homes." Maurice left home at seventeen and lived with Tommy for about a year. He was always there to help me and was a father figure to me. He shared a bedroom with Tommy when they were growing up and indicates Tommy was always very caring and very respectful. Maurice went to Arlington Cemetery and felt part of him was dying as well.

(G) Raymond Dennis Shipp, (brother). He was Born March 5, 1959, was the fourth and youngest brother of Thomas Shipp. Raymond remembers when he was sixteen that Thomas would help him get his driver's license, that he would take him out to Cape Judith, when Thomas was in the Coast Guard, and that they lived in the same household until Thomas left when Raymond was eighteen years old. There is a

twelve year difference between Thomas and Raymond. Raymond indicates that they never fought, but always helped each other, and he states that his brother always protected him when he was being picked on. Raymond indicates that Thomas came back to live in the family house after his initial divorce. When Raymond was approximately twenty years old, Thomas had met Pauline and moved out of the family home. He indicates that Thomas became totally different after meeting Pauline, that he wrote letters to Thomas but thinks Pauline withheld the letters, he was not invited to Thomas' wedding to Pauline, that it was a private wedding and none of Thomas' family were invited. Raymond remembers October 23, 1983, when a co-worker told him to look at the T.V., that they were digging out bodies in the Beirut blast. He did attend his brother's funeral at the Arlington Cemetery. However, Pauline, after the funeral called them all a bunch of hypocrites. Raymond has had no contact with Pauline since Thomas' funeral and does not know Pauline's son Brian, Raymond feels Thomas' death to this day and regrets that his two sons never met his older brother and indicates that he was particularly affected by the September 11 tragedy because it brought back all the feelings of Beirut and his brother's death.

(H) Pauline Shipp, second wife of Thomas Shipp, married January 3, 1983. Thomas shipped out May 10, 1983, Pauline was attending nursing school during that time. After Thomas shipped out she did receive two phone calls through ham radio operator and numerous letters, sometimes a bunch of them at a time. Thomas had told her that he had taken some shrapnel to his chest and that he didn't want to come home in a box, and then he asked about his little buddy, Brian, Pauline's son. On

October 23, 1983, she was watching T.V. "With Charles Karault," she states that she immediately knew that Thomas was in that building and figured that he was dead. She was contacted three days later and advised that Thomas was KIA. On the fourth day she remembers headlights in the driveway and was advised that Thomas was KIA. She indicates that there was a memorial service for Thomas at the Chapel in Arlington Cemetery. She indicated that she had loved Thomas Shipp for more than eight years since she first met him, and that she never remarried. She had her son Bryan's name changed legally to Shipp, and that Bryan suffered in his childhood with a chip on his shoulder since his real father did not want him and that he lost Thomas Shipp through his death in Beirut. Pauline indicates that she is thankful that at USC at Chapel Hill there is a scholarship in Thomas' name. Pauline indicates that she lost her best friend. When asked about a secret wedding and none of Thomas' family being invited, Pauline responds that it was not a secret wedding, but that Thomas was ashamed of his family and did not want them to be around. Pauline advises that extra security had to be added to Arlington Cemetery, and that she did have to contact a lawyer in order to deal with Thomas' family at the funeral. There has been no contact with her husband's family since his death.

(I)  Bryan Richard Shipp, (stepson, name changed legally to Shipp). Was born July 30, 1977 and presently resides in Rocky Mountain, North Carolina. Bryan was born to Pauline and Michael Dubois. The two were divorced prior to Bryan's mother, Pauline marrying Thomas Shipp. Bryan relates that Thomas and his mother met years ago and fell in love when they worked at the Hasbro plant. Then met again in the late 1980s and started dating. Bryan at age four - five in 1982 remembers first

getting down on the floor and playing trucks with him. Over the next two years, Thomas Shipp spent a lot of time playing with Bryan, playing trucks, and trying to teach him how to play baseball. Bryan's mother, Pauline and Thomas were married in December of 1982 according to Bryan's earliest recollection. After Pauline and Thomas married they moved to Jacksonville, North Carolina, and Bryan remembers going to baseball games with Thomas Shipp and riding on his motorcycle. According to Bryan, Thomas requested that Bryan call him "Daddy." On the day Thomas shipped out in 1983, Bryan sates that Thomas told him to take care of his mother Pauline, while Thomas was gone, since he, Bryan, was now man of the house. Bryan remembers on October 23, 1983 when he was attending catholic schools and was called to Sister Ursula's office. He remembers distinctly he was offered a cupcake by Sister Ursula which he refused since he thought it was very weird that he was offered a cupcake thinking he was in some sort of trouble. Bryan remembers being told that his Dad would not be coming home. Bryan's reaction was to cry so hard that he fell out of the chair and was banging his head on the floor. When his mother came at the end of the day to pick him up at the end of the school day, he remembers being taken to a room full of candles and an enormous crucifix. He stated that Dad, (Thomas Shipp) wanted him to go to catholic school. He indicates he recalls other kids in school being very cruel and mocking the fact that he would not have a father. The other dads had gone to Vietnam and come back alive. **His mother became very solitary after Thomas Shipp's death.** Bryan indicates that he did not go to visit Thomas Shipp's grave in Arlington Cemetery on October 20, 2003. However, he went by himself invisibly and in solitude. Bryan

indicates that there was a big fight as to where Thomas should be buried, where his parents and siblings wanted him buried in Rhode Island, and his mother, Pauline, insisted he be buried where soldiers are buried Arlington Cemetery. Bryan does remember being asked if he wanted to be Thomas Shipp's son, and he replied, in the positive, his mother legally changed his name when Bryan was six years old. Bryan relates this only added to the difficult time growing up because there was no central male figure in his life after Thomas' death. He retreated into a fantasy world and did not like anyone. He indicated that he recently has been involved in counseling related to the lack of a father figure and control issues.

## CONCLUSIONS OF LAW

(1) Wrongful Death.

The Plaintiffs produced comprehensive testimony from Dr. Jerome Paige detailing the loss of accretions to the estate of each person. These calculations are conservative and the amounts set forth in the report have been established without question. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the Estate of Thomas Alan Shipp in the amount of **$738,895.00**.

(2) Survival Action – Pain And Suffering.

There is no evidence from which the Special Master can make any finding that the decedent suffered bodily pain or suffering as a result of his injuries and death appears to have been instantaneous.

(3) Solatium.

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the decedent by the actions of the defendants and/or their agents. As the Court noted in the *Barriteau* case, id., this is an item of damages which belongs to the individual heir personally for injury to the feelings and loss of decedent's comfort and society. The unexpected quality of a death may be taken into consideration in gauging the emotional impact to those left behind. In this case the impact upon the parent and siblings was devastating. The Special Master concludes as a matter of law that the following amounts are appropriate compensation for this element of damages: $5,000,000.00, Theresa Desjardins (mother), $3,000,000.00, James David Shipp (brother), $3,000,000.00, Janice Shipp (sister), Russell Shipp (brother), $3,000,000.00, Karen Shipp Collard (sister), $2,000,000.00, Maurice Shipp (brother), $2,000,000.00, Raymond Dennis Shipp (brother), $2,000,000.00, Pauline Shipp (wife) $1,000,000.00, Bryan Richard Shipp (stepson) $2,000,000.00.

**Date: May 26, 2006**

_____
Special Master