# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DEBORAH D. PETERSON,
Personal Representative
Of The Estate Of
Eric Washington (Deceased), *et al.*
        Plaintiffs

v.                                              Civil Action# 1:01CV02094 (RCL)

THE ISLAMIC REPUBLIC OF IRAN, *et al.*
        Defendants

## REPORT OF SPECIAL MASTER
## PURSUANT TO ORDER OF REFERENCE
## CONCERNING COUNTS CDXLV – CDXLVIII

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as below set forth. This is an action for wrongful death resulting from an act of state-sponsored terrorism. The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear and convincing evidence.

## FINDINGS OF FACT

(1) Eric Glenn Washington was born on May 21, 1955 in the United States of America and was at birth and remained until his death, a citizen of the United States. Soon after completing high school, Mr. Washington joined the United States Marine Corps and on October 23, 1983 was a member of the 24th MAU, First Battalion, 8th Regiment.

(2) On October 23, 1983, the building housing the Marine Battalion at Beirut was attacked by a suicide bomber operating a truck which penetrated to the center of the building where the operator detonated a large explosive charge completely collapsing the building resulting in the deaths of 241 American Service personnel, including this decedent.

(3) As a result of the explosion, decedent, Eric Washington suffered severe injuries which resulted in his death.

(4) The official service death certificate, admitted as an official record, indicated that the death of the decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

(5) There is no evidence from which the Special Master can make any finding that the decedent suffered bodily pain or suffering as a result of his injuries and death appears to have been instantaneous.

(6) As a result of the death of Eric Washington, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life. These losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given by videotape. They have been reduced by Dr. Paige to present value in accordance with *District of Columbia v. Barriteau*, 399 A.2d 563 (D.C. App. 1979). Based upon the foregoing, the amount of loss to the estate is in the amount of $ 1,069, 270.

(7) As the result of the death of Eric Washington, his mother, Pearl Orlaniji, and his surviving siblings have suffered and will continue to suffer severe mental anguish and the loss of society. The testimony of Eric's sister, Vancine, established that Eric was the youngest of the children of Pearl Orlaniji. She described him as a sweet, kind person who had a deep affection form his family, and a devotion to his mother. He consistently sent her letters, cards and money when he was away form home.

Eight days after marrying Patricia Fitzgerald, he was assigned to the peace-keeping force in Beirut. Information received from the family indicates that Eric intended to enter the communications field after completing a career in the Marine Corps. He did plan to attend college.

Eric's mother is too weak and infirmed to testify on her own behalf, as she suffers form cardiac disease. Her daughters Blanche F. Corry, Diane Whitener, and Vancine Washington were deposed in this case, as well as her son-in-law, Charles Corry. A fourth daughter, Deborah, is deceased. A son, Gerald Foister, did not give deposition testimony. Eric's wife, Patrice Washington, did not participate in the litigation and did not give a deposition.

Eric Glenn Washington was the youngest of six children who completed Marine boot camp in 1979 at Paris Island. All of the witnesses described Eric as a sweet, unassuming, quiet man who was kind to his family and devoted to his friends. Every family member testified to a tremendous sorrow at the loss of Eric, and described the effect of his death on their mother as "devastating." They deeply resent that he was murdered while serving on a peace mission, a mission that Eric took on with a high level of motivation and dedication to the Marines. Collectively, they describe the bombing as "barbaric." Each testified that she or he continues to miss Eric every day.

## CONCLUSIONS OF LAW

(1) Wrongful Death.

The Plaintiffs produced comprehensive testimony from Dr. Jerome Paige detailing the loss of accretions to the estate of each person. These calculations are conservative and the amounts set forth in the report have been established without question. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the Estate of Eric Washington in the amount of $ 1,069,270.

(2) Survival Action – Pain and Suffering.

There is no evidence from which it could be concluded that the decedent endured bodily pain and suffering after the attack and prior to his death.

(3) Solatium.

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the decedent by the actions of the defendants and/or their agents. As the Court noted in the *Flatow* case, this is an item of damages which belongs to the individual heir personally for injury to the feelings and loss of decedent's comfort and society. The unexpected quality of a death may be taken into consideration in gauging the emotional impact to those left behind. In this case the impact upon the parents and siblings was devastating. The Special Master concludes as a matter of law that the following amounts are appropriate compensation for this element of damages: Pearl Olaniji (mother) $5,000,000.00; Vancine Washington, Diane Whitener and Blanche Corry (sisters) - $2,500,000.00 each; Gerald Foister (brother) – undetermined; Patrice Washington (wife) – undetermined; Charles Corry (brother-in-law) $100,000.

Date: 5/23/06

Karen J. Kruger
**Special Master**