# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**DEBORAH D. PETERSON,**
**Personal Representative**
**Of The Estate Of**
**James C. Knipple (Deceased), et al.**
                    **Plaintiffs**


                    **v.**                                   **Civil Action#1:01CV02094(RCL)**


**THE ISLAMIC REPUBLIC OF IRAN, et al.**
                    **Defendants**


<u>**REPORT OF SPECIAL MASTER**</u>
<u>**PURSUANT TO ORDER OF REFERENCE**</u>
<u>**CONCERNING COUNTS CDXXXVII THROUGH CDXL**</u>
<u>**THOMAS PAUL THORSTAD**</u>
<u>**STAFF SERGEANT USMC**</u>


In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as below set forth. This is an action for wrongful death resulting from an act of state-sponsored terrorism. The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear and convincing evidence.

**FINDINGS OF FACT**

(1) Thomas Paul Thorstad was born on July 18, 1956 in the United States of America and was at birth and remained until his death, a citizen of the United States. Mr. Thorstad entered the military on September 9, 1974, attended the U.S. Army Intelligence School, and on October 23, 1983 he held the rank of Staff Sergeant in the United States Marine Corps and was a member of the 24th MAU, First Battalion, 8th Regiment.

(2) On October 23, 1983, the building housing the Marine Battalion at Beirut was attacked by a suicide bomber operating a truck which penetrated to the center of the building where the operator detonated a large explosive charge completely collapsing the building resulting in the deaths of 241 American Service personnel, including this decedent.

(3) As a result of the explosion, decedent, Thomas P. Thorstad, suffered severe injuries, which resulted in his death.

(4) The official service death certificate, admitted as an official record, indicated that the death of the decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

(5) The records available and the testimony of witnesses indicate that prior to death, there is no evidence from which the Special Master can make any finding that the decedent suffered bodily pain or suffering as a result of his injuries and death appears to have been instantaneous.

(6) As a result of the death of Thomas Paul Thorstad's, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life. These losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given by videotape. They have been reduced by Dr. Paige to present value in accordance with <u>District of</u> Columbia v. <u>Barriteau</u>, 399 A.2d 563 (D.C. App.

1979). Based upon the foregoing, the amount of loss to the estate is in the amount of $1,921,086.00.

(7) As the result of the death of Thomas P. Thorstad, his widow, children, father, mother, and his surviving siblings have suffered and will continue to suffer severe mental anguish and the loss of society. The testimony established that his widow, children, father, mother, and siblings have never recovered from the shock and suffered severe emotional trauma from Thomas Thorstad's death in Beirut. They are participants in various memorial programs for the victims of October 23, 1983 and are vigorous supporters of those programs.

**OVERVIEW**

Through compelling, complete and consistent testimony and exhibits, the surviving heirs of Thomas Paul Thorstad, have clearly provided overwhelming facts which detailed the life of Thomas Paul Thorstad, including his schooling, parental and sibling relationships, home environment, marriages, births, health problems, tragedies of this large Irish Catholic family. The testimony provides a history how the Thorstad family evolved from child rearing to the extended family it is today. The inescapable conclusion of this testimony and evidence is that James Thorstad, Sr. and Barbara Thorstad, Tom's parents, recognized that each of their eight children had different personalities, different strengths and weaknesses. Tom's parents embraced these differences, and were able to maintain a cohesive family unit.

Every one of the Thomas Thorstad's sisters has retained the Thorstad name in their married family name. Kathleen Elizabeth Thorstad Hedge, "Kathleen Hedge" or "Kathy", Tom's widow has honored his memory by retaining the Thorstad name, after her re-marriage. All of Tom's brothers and sisters, except Barbara, live near their parents, and every Thorstad, remembers and honors the memory of Thomas Thorstad. Every Thorstad expressed a genuine love for Kathleen

Hedge, her husband and her new family.  Every Thorstad expressed genuine love and concern for both of Tom's children, and every Thorstad including Kathleen Hedge, Tom's parents and every one of Tom's surviving brothers and sister's expressed their love of Ryan Thorstad and a recognition that Ryan Thorstad has experienced and continues to experience profound emotional trauma from the death of his father.

This detailed Thorstad family summary is possible because only twelve years separated the oldest from the youngest Thorstad child.  As the "older kids" were going to college, getting married and having children, the "younger kids" came of age, knowing Tom, witnessing his humor and experiencing the Thorstad unity, passed down from the "older kids" to the "younger kids".  The Thorstad children always looked out for each other and all enjoyed a full and happy childhood.

The weight of this evidence paints a full, tragic, and compelling picture of both the immediate emotional and psychological devastation felt by Tom's family on October 23, 1983 and thereafter.  Today, twenty-one years after his death, Thomas Thorstad is remembered by every member of the Thorstad family, each honor his memory, remember his morality, celebrate his life, laugh at his humor, remember his passing, and all wonder how their lives and the lives of their current families would have been enriched had Thomas Thorstad survived.  Today the Thorstad family remains a loving family unit, embracing Kathleen Thorstad Hedge, her husband, and their children as an integral part of the Thorstad family.

**THOMAS PAUL THORSTAD ("Tom")**, was born on July 18, 1956, he was the fourth child of James Thorstad, Sr. and Barbara Thorstad's eight children.  Tom's parents, brothers, and surviving sisters each testified that throughout Tom's tragically short life he was a loving and caring person and was dedicated to his family.  Tom possessed high moral and patriotic ideals.  He

loved and respected his parents; and all testified that he brought humor, excitement, entertainment and fun to the Thorstad family.

Patricia Thorstad Zosso ("Patricia" Tom's youngest sister), summarized Tom's personality as follows: he had a great sense of humor, he clowned around all the time, he was funny, he was animated, he had collections of strange things, he was the type of person who loved stupid pet tricks.  She testified that Tom took the time to teach her his favorite funny tricks, including the rubber finger tick and the eyebrow trick.   Patricia also described Tom's attempt to teach her how to play baseball.  She described the time when he was teaching her how to catch a fly ball; she recalled how she moved under the ball but lost sight of the ball in the sun, how that fly ball hit her in the eye and knocked her unconscious, and how Tom carried her into the house, put her on the living room couch, and put an ice pack on her eye.  When Patricia regained consciousness, she found, to her horror that she was lying on the living room couch where the children were not allowed to play.

Janice Thorstad Edquist ("Janice" Tom's oldest surviving sister) testified that Tom knew every detail of both the Guinness Book of World Records, and Ripley's Believe It or Not. He told corny jokes, imitated animals and played practical jokes.  Janice testified that her brother Tom was everyone's favorite and Tom was great with kids.   Janice was protected from Tom's jokes and stunts because she knew that her brother was ticklish.   Janice described how Tom and his buddies would play in the swamp near the Thorstad home and Tom would bring back swamp critters to their mother.  Janice testified that Tom was great with their mother, and recalls that Tom's habit of following her around telling her jokes, even after his marriage and while visiting on leave.  Janice also testified that Tom could not stay mad at anyone long. James Thorstad, Jr. ("Jim" Tom's older brother) testified that one day the Thorstad family came home and found that Tom decorated the

house and made small funny hats and put these hats on the family pets to celebrate their cat's birthday.  Jim testified that his mother called Tom "Uncle Weird".  Kathryn Thorstad Wallace ("Kathryn") recalled her brother climbing to the top of a tree and swinging from treetop to treetop in their back yard, apparently a common event.  She recalls seeing him fall and hitting the ground and him loosing his wind.  She recalls her father going over to him on and picking Tom up by the back of his pants, checking on him, and then dropping him in anger.  Kathryn testified that her brother Tom was always up to something, he was a lot of fun around the house, and he was an active type of guy.

Every member of the Thorstad family testified that Thomas Thorstad was highly intelligent, and, had he lived, they believe he would have completed college and pursued a second career in law enforcement.  Thomas Thorstad graduated from high school in 1978, and began duty with the United States Marine Corps at age 19.  During high school, Thomas Thorstad expressed an interest in becoming a Chicago Police Officer but he was too young for the police academy. Thomas Thorstad then began to consider enlistment in the Marines in his junior year of high school.

Thomas Thorstad was always the top student in Marine training.  After boot camp Tom went to Military Police school.  His first assignment was to the military police detachment in Barstow, California.  Thomas Thorstad was then assigned to embassy training and was assigned to the U. S. Embassy in Luxemburg.  In 1978 Tom met Kathleen Elizabeth Thorstad Hedge, f/k/a Kathleen Elizabeth Thorstad "Kathy" or "Kathleen Hedge", his future wife.  They fell in love and were married in a private ceremony, in Luxemburg in May of 1979.  Tom, Kathy and Adam, their infant son returned to the United States in June 1979.  Thomas Thorstad's second son, Ryan, was born on February 15, 1982.

The Marines gave Thomas Thorstad a choice of assignments.  He was offered a slot in the Marine Officer Candidate School or an assignment and training in counter-intelligence.  Thomas Thorstad chose the counter-intelligence assignment.  Once he was assigned to counter-intelligence school, Thomas Thorstad's training and duties were secret and he did not discuss them with either his wife or family.  When Thomas Thorstad went on duty assignments, his wife did not know where he was going.  During those absences, his wife and children stayed with Thomas Thorstad's parents in Chestertown.

Janet testified that Tom did not have to deploy to Beirut because Ryan had health problems, Ryan was diagnosed with cystic fibrosis and was prone to infections.  Tom felt it was his duty to deploy.

Thomas Thorstad was killed, instantly on October 23, 1983 in Beirut from a terrorist explosion in the headquarters building.  Thomas Thorstad was 27 years of age at his death leaving his wife Kathleen E. Thorstad a widow at age 23 with two sons age 4 and 2.

Had Thomas Thorstad survived, he would have retired from the marines after 30 years, completed college and become a Chicago Police Officer, Indiana State Trooper, or other law enforcement officer.

When Thomas Thorstad fell in love and married Kathy, he embraced his new role as husband and father with dedication and enthusiasm.  He incorporated his new family into the ever expanding and maturing Thorstad family.  Kathleen Hedge and their two children were immediately accepted by every Thorstad, and they are loved today.

**KATHLEEN ELIZABETH THORSTAD HEDGE** (widow of the Deceased) "Kathleen Hedge" or "Kathy" was born March 2, 1960, and she met her future husband in Luxemburg in 1978 while she was a student in living with her mother.  Kathy was 19 when she married Thomas

Thorstad; she became a widow with two young children on October 23, 1983 at the age of 23. Kathleen Hedge remarried about two years after the death of Tom.  In 2005, Kathleen Hedge testified, in the presence of her husband Robert Hedge, "Thomas Thorstad was the love of her life."

Kathleen Hedge is also from a big family; her parents are separated, her father living in Canada and her mother living in Luxemburg.

Kathleen Hedge testified that her husband left for Beirut on May 8, 1983 for a six-month tour of duty.  He was scheduled to be home in early November and they planned to have a family Thanksgiving and were looking forward to celebrating Christmas with the Thorstad family.

Kathleen Hedge testified that her husband was able to call her three times; she recalls that he wanted to return home and he sounded tired.  His son Ryan was ill and Tom wanted to get home. They exchanged letters often and Kathleen testified that Tom did not discuss the danger; she was aware of the danger but she thinks he did not want to make her nervous.

Three weeks prior to October 23rd Kathleen Hedge and her two boys went to Luxemburg to visit her mother.  Kathleen Hedge and Tom were planning on Tom getting leave and visiting her and his sons in Luxemburg.  Tom was advised that his tour had been extended into November and he would not be getting leave.  Kathleen Hedge testified that on October 23, 1983, she had just returned from taking her boys to the park and James Thorstad, Sr. called to tell her of the bombing, She went to the U. S. Embassy in Luxemburg to make sure they had her correct address, and since her husband was a former embassy guard, the staff remembered her.  She received no notification for 3 or 4 days and was told that he was listed as MIA.  On October 30th U. S. Embassy called her and she was told to expect official notification, they were looking for a priest. She knew then that he had been killed.  She testified that she felt cold, alone and she had no idea what to do. Her mother took her sons out of the house for the official notification and the Marines and a priest

arrived and gave her official notification that her husband had been identified and was killed in action.

Kathleen Hedge testified that after this notification she did know how to tell her son's, age 4 and 2, that their father was killed. The boys went to bed that night not knowing the tragic news. Kathleen testified that both her sons woke up at 3 AM and told her that their father had spoken to them, that he was in "jungle clothes," and the clothes had blood on them. Both boys told their mother that their father told them "he was not coming back and to be good boys for their mother."

Kathleen Elizabeth Thorstad Hedge testified that her memory of the next days and weeks were a "blur" and she was "numb." She testified that she cried a lot, couldn't sleep, and didn't know what to do. Her mother helped with the boys and urged Kathy to return to the United States for the funeral. Kathy went to Germany and the military denied her military transport because she was no longer related to an active duty member of the military. She returned to the United States on a commercial flight arranged by Barbra Thorstad, who also arranged for special reception at the airport. They stayed with Tom's parents and Kathy remembers the media frenzy at the home. She recalls it took a long time for them to find her husbands body and return it to Chestertown for burial. She testified that she couldn't work and was greatly helped by her current husband Bob, when he returned from Beirut. She felt she was on autopilot and everything was a big blur. Kathleen spent a lot of time with Janice Thorstad. Both Susan and Janice were married and had started their own families with children approximately the same age as Kathleen's two children.

Kathleen Elizabeth Thorstad Hedge testified that she will never get over the loss of her husband Tom. She testified that she drank too much and contemplated suicide but reasoned that it served no purpose and her boys needed her. There is only so much a person can allow. She

recalled receiving a $3,000 government check at a military base and no one on the base would cash it.  She testified that it took 8 or 9 weeks to receive any money.

Kathleen testified her children have been robbed of their father.  She testified that Adam doesn't want to talk about "Daddy Tom" and that she tried to discuss it with him for two years but he doesn't want to talk about it to this day.  Ryan has trouble dealing with his father's death.  Kathy testified that her husband was murdered.

Every member of the Thorstad family embraced Kathleen Hedge.  Every member of the Thorstad family has embraced her new husband and their family.  All accept Kathleen and Robert Hedge and their children as part of the Thorstad family.

**ADAM THORSTAD** is the first son of Thomas Paul Thorstad (Deceased) and was born March 19, 1979 and he was four years of age when his father was killed in the bombing.  Adam Thorstad remembers his father but doesn't remember his last meeting with his father.   He remembers the funeral and visits with his grandparents.

Adam Thorstad testified that he has spoken to his mother about his father "a little bit."  He remembers his father trying to get his brother Ryan to climb a tree and while his father was showing Ryan how to climb, his father lost his balance and fell on Ryan and had to take Ryan to the hospital.

Adam Thorstad believes his father was fun person and a good man and he holds on to his few memories as best he can.  He has a sense of loss and he has not shared his loss for the last 21 years.  He is jealous of other children who have their fathers.  His mother remarried after his father's death and it was hard for him in high school to accept his step-dad.

Adam Thorstad testified that he has spoken to his brother Ryan Thorstad about their father and Ryan is upset because Adam has more memories of their father. Adam is sorry he doesn't remember his father voice.

Adam testified that on a very few occasions he has spoken to his grandparents about his father.  They talk about what sports his father liked, what he was like as a kid, and whether they have anything in common.  He has spoken to his Uncle Jim about his father.

After his father died, their family moved in with their grandparents.  Adam remembers being in a car at the cemetery.  He recalls hoping his father would come back.  He went to the fifteen-year remembrance and is trying to come to grips with his loss.  He wants to know more about Beirut but he does not want to know the details.

Everyone in the Thorstad family testified that Tom was very close to both his son's and spent a lot of time with Adam when he was home.  Adam is sad because he has few memories of his father.

**RYAN THORSTAD** is the second son of Thomas Paul Thorstad (Deceased) and was born April 15, 1981 in North Carolina.  Ryan Thorstad was 2 years of age when his father died.  Ryan Thorstad testified that he has no current memories of his father; he only has impressions from what other people have told him over the years. Ryan Thorstad knew his father was proud to be an American and that he loved the Marine Corps.  Ryan Thorstad has been told that he acts a lot like his father.

Adam is sympathetic to his brother and tells him when he is doing something wrong.  Ryan Thorstad has seen his father's family and knows they are a big family.

Ryan stated that his grandparents don't like to talk about his father because they know it is hard on him.  Ryan stated that he likes to talk about how his father lived but doesn't like to discuss how he died.

Ryan's mother, his grandparents and every one of his surviving aunts and uncles are concerned with Ryan.  Ryan is living with his mother's family and is marginally employed.  Ryan had a scholarship to college but is grades were so poor that he did not complete college.

John Thorstad (Tom's youngest brother) testified that he was told that Ryan Thorstad was not in contact with his mother or the rest of the Thorstad family.  John Thorstad contacted the college campus security and they located Ryan and John and Ryan spoke.  John told Ryan that he loved him.

**JAMES THORSTAD, SR.** is the father of Thomas Paul Thorstad (Deceased) and he is retired.  Mr. Thorstad had training in chemistry and bacteriology and worked at the Armor and Baxter labs.  James Thorstad, Sr. grew up in Chicago, Illinois and attended Loyola University where he graduated in 1951.  Mr. Thorstad was married to Barbara Thorstad for over 50 years.  Together they had eight children.

Mr. Thorstad remembers his son Tom and his brother, Jim, were very close.  They were almost like twins.  Tom was not the best student but was very smart and wanted to be a policeman.  He told all his kids to be what they want and be the best they could be.  Mr. Thorstad told his children to keep the Thorstad name up; all you have is your name.  From the time that Tom was 10 or 11 years old he said he wanted to be a Chicago Policeman.  When he got into the Marine Corps he said he wanted to be a State Policeman.

While the Thorstad family children were growing up the kids thought they could pull stuff over on the parents but they were good kids.  The Thorstad children grew up in a small town

atmosphere; they loved to go to the park in town and that was where there pool and sports fields were located.  Tom was a very good wrestler and he was never defeated.  Tom was generally a B and C student.  Tom liked facts, the Guinness Book of World Records was his favorite; he could even name every vice-president.

Tom discussed going into the Marine Corps in his Junior or Freshman year of high school when a recruiter came to his school.  His father sent him a Notre Dame hat and said could have seen him going there if he had not joined the Marine Corps.  Tom was well liked in high school, and everybody wanted him on their team.

In the Marines Tom became a leader.  While Tom was a slob growing up his brother Jim was neat.  Even the Marines did not make him neat.  James Thorstad approved of his son's decision to go into the Marines and admitted he was probably not college material at the time, suggesting that he should go to college afterward on the G.I. Bill.

When Tom first joined the Marines he was in Military Police.  Then he went to school for the embassy, only 2% or 3% qualified for that opportunity.  They visited him in California at Barstow, in Luxemburg for his wedding, and then in Norfolk at the U.S. Intelligence.  He was a Marine all the way through.  He would have been a career person.  Brother Jim went into Marines because he was proud of his brother Tom.  Jim felt bad after Tom died and that lorded over him as an officer.

When Tom was on assignment in Luxemburg he met his wife.  The family came to know Tom was serious about his fiancé early on when and Tom sent his family a picture.  Girls were always buddies before this one.  Tom had two boys and was devoted to sons and missed them when he was away.  Tom's son Ryan does not remember much about his father but his older son Adam does.

James Thorstad's daughter Susan died in a tragic accident.  The accident occurred after son Tom's death.  Tom and Susan were very close; she was the big sister.  James Thorstad cried as he explained Tom and Susan's relationship; "Susan grieved deeply over the loss of her brother, she was a big sister to all of them."

Tom was not much of a writer and wrote home very sparingly but he would call his family whenever he could to keep in touch.  Tom said that Beirut was a schizophrenic place at the time. Tom always said everything was fine, and told his family not to worry a bit, whatever you hear it is just the news.  They did not hear much from Tom during the last month before his death when things got hot in Beirut.  He was in counter-intelligence for the Marines, a spy.  Tom was tight mouthed about it and the family heard more information from his buddies after it was all over.

October 23, 1983 James Thorstad, Sr. was not feeling so good.  He was downstairs watching a movie and his wife listening to radio.  She came downstairs and they put CNN on the television.  The situation in Beirut just kept getting worse and worse.  Told the priest at the church the family attended and he brought it up at mass.  The protocol for the Marine Corp is that they notify the spouse first and because Tom's wife was in Luxemburg the Thorstad family were not notified and they could not get a hold of her.  The next weekend they got in touch with Tom's wife and then the Marines contacted the Thorstad family.  The family had been trying to get information. When the Marines came to the door they were surprised they knew about it.  They thought Tom was out on spy mission and after they thought he was helping to pickup the bodies of the wounded and killed.  Susan and family all got together on October 23rd and she was very worried.  The family cried for the other Marines because they did not think Tom was dead.  They took out the rosary and prayed.

Thomas Thorstad's body brought home about the 8th or 9th of November, a week and a half to two weeks before he was buried.  It was a beautiful ceremony.  The Major came and he and the priest gave a eulogy.  A singer sang the Marine hymn; the Marine Guard was there.  The wake was at the church because there were too many people in attendance to have it at the funeral home.  The community support made the Thorstad family realize that when people have problems you have to go to them and be supportive.  They always go to wakes now.

During the next year the Thorstad family was all devastated but they realized that life goes on.  Tom's wife, Kathy, lived with them for a while then she got her own place.  Eventually she moved east to marry.  Tom's sons missed their dad.  Kathy did not let them go to funeral because they were too young.  She did not know how to handle a death in family.  Tom's son Ryan never really knew his dad; Adam did to a degree.  At the time of the funeral the boys were with their cousins.  When Ryan went to Luxemburg he was really affected, it brought it home for him.  That is why he is a little different today about this incident.  Ryan was always a little different.  He was born ill and pampered a bit in some ways.  Ryan was never treated the same way that his mother treated his brother Adam.  He is now living in the basement and they have a five-bedroom house.  Why?  Kathy is different.  All the Thorstad grandchildren that were alive at the time of Tom's death are still affected by the experience.

Tom's grave is in the Thorstad's hometown and James Thorstad, Sr. visits it constantly, making sure that it is kept up.  The situation was made worse because Susan died shortly after Tom's death.  "Why?  It is the Lords way."  The holidays are rough for the Thorstad family.  Seeing Tom's children is great.  James feels they have something from Tom in the boys.  Adam has a great smile.  The hole from the loss of Tom will always be there as long as they are alive.

Tom wanted to go through the Marines and come out and then go through college.  All the other Thorstad children have gone through college.  Mr. Thorstad has no doubt that if Tom had lived he would have obtained a college degree.

The Thorstad family has been to quite a few memorials and anniversary ceremonies of the Beirut bombing.  It has been helpful for them to see people in the same situation and they have met some of their son's buddies from the Marines.  Barry Eulic, a friend of Tom's, is a member of family's church now.

James Thorstad, Sr. had no indication that Tom survived the initial explosion.  They thought it at first but they learned that the building crumbled on him.  The undertaker opened the casket enough to tell the family that Tom was all there.  Tom's friend that recovered his body said that Tom had already passed away when they found him.

James Thorstad, Sr. would like justice to come out of this case.  He is not a vindictive person, "you cannot get the guy who did it."  Mr. Thorstad would like some sort of retribution to let them know they are not very happy about this.  Tom's father would want to say that he cannot forgive, even though he is a Christian, because they are still doing it today.  "It just has to stop. Why?  They call it religion and it is not – it is just a vendetta."  They often think back what would Tom be doing if alive.  He would definitely enjoy his boys.  There is a hole in his heart and in his family.  They carry on but it is rough.

**BARBARA THORSTAD** is the mother of Thomas Paul Thorstad (Deceased).  Barbara Thorstad is married to James Thorstad, Sr. and they had eight children.  Two of their children have died.  Tom Thorstad was killed in a terrorist attack in 1983 and Susan died in a car accident on September 10, 1995.  Tom was one of her daring babies that grew up to be an honorable man.  Tom had a loving wife but he loved his mother too.  Tom had a sense of humor and enjoyed watching

other people enjoy his humor.  Tom and his father were devoted to each other.  His father taught him to be a man and a gentleman; they shared the most intimate concerns.  Susan mothered Tom a little bit.  She was always the big sister, not bossy.  Tom and Susan were close and loving.  They respected one another.  If any of the siblings were closest with Tom it was his brother Jim.  They were loving brothers.  They were both in the Marine Corps at the same time.  Tom was best man in Jim's wedding.

On October 22, 1983, a Saturday night, Barbara had the flu and was not feeling well and went to bed early.  She listens to radio with an earplug when she goes to sleep, after saying her prayers.  On that night she was awakened and shaken by a news conference regarding a bombing in a four-story building in Beirut.  Barbara went downstairs to tell husband to turn on CNN and get news because there had been a bombing.  They sat glued to television all night long.  The number of the dead kept climbing all the time.  The next morning, Sunday, they went to church in shifts to leave someone home to watch the news to see what heard.  They hoped for the best and feared the worst.  They worked as a family.

The Thorstad's took Tom to Virginia on Sunday May 9th 1983.  That was the last time they saw their son.  They spent the weekend and celebrated Barbara's birthday and mother's day.  They wanted Kathy and the boys to have as much time as possible with Tom so they drove him there in the early morning hours.  She received letters from Tom and the letters said how much he liked the people he met in Beirut.  The Marines went there as peacekeepers.  He went with the others as counterintelligence but he lived there with the rest of the Marines.  He was out with the Beirut people, sometimes in disguise.  Occasionally he would say that there was night fire, the sky was lit up, and it was kind of a common occurrence.  They had a phone number they could call to inquire about Tom's status after the bombing and they called everyday and they were told there was no

information.  One gentleman said he could not tell them anything officially but to call back at a certain time.  They could tell they were not going to hear good news.  Until then they could imagine he was digging with his hands to get everyone else out.  Son Jim, out of the Marines, said if he were alive he would have to report in to someone.  He was called missing.  Their daughter-in-law had to be informed first and she was in Luxemburg.  That next Saturday they were informed by someone from the Military coming to the house and telling them their son was killed.  When they were told that Tom was killed it was about five days after the phone call where they were told that they did not have official news.  He was the type of person that would have been trying to help others.  They were in contact with his wife, Kathleen.  They called her that Sunday the 23rd to ask if she had heard about the bombing.  They did not want to alarm her.  She had been out with the kids and knew nothing about the bombing.  She was visiting her parents for first time since Tom went on embassy duty.  Kathy would go over to Marine House every day to try to get information.  It was the next Saturday that she was officially notified.  After she was at Marine House the same fellow that said they knew nothing came to house and was in dress uniform to tell her officially that Tom had been killed.  Kathy was not given an escort.  She and the children flew United Airlines and arrangements where mad by Barbara's sister to have special privileges to meet the plane at O'Hare Airport in Chicago, Illinois.  Everyone had exited the plane and there was no sight of Kathy and the boys until finally they came off the plane alone.

Kathy handled Tom's death very stoically.  Kathy has occasionally discussed the loss of husband with her mother-in-law.  Barbara wanted to talk about it more and she thought the children should talk about it more.  Kathy was only 22 and no experience with death.  She did not know how she was expected to act.  She expected to live in their small town; because Tom loved the town and wanted to be there she thought she wanted to be there too.  Barbara loved Kathy like a daughter.

She fit in between two of theirs, "a perfect little niche." Kathy stayed with the Thorstad family for six months. They fixed up their family room in the basement as their own private quarters. There were no demands on Kathy; whatever she wanted to do was fine with Barbara. Barbara went back to work, she was teaching. She would gently park the vacuum cleaner in one of the rooms as a suggestion. Barbara felt sorry for her; she was just too young to have to go through such an experience.

Tom's son Ryan does not speak much, he asks questions. He would rather listen. He has always been very quiet. He is observant and listens. Barbara thinks Ryan would want to know more about his father. Kathy has remarried and her new husband is the only father Ryan knows. Ryan was Tom's pet. Tom's younger son Adam is more stable in his life. Barbara has spoken to him. He knows where he is going and has more goals in his life. Barbara has always had favorable conversations with Adam. Neither of Tom's sons has ever rejected conversation about their father.

Barbara and her husband have a large hole through their very being. Susan was one of the nicest young ladies you would ever meet. To think she had some influence on Susan was always a compliment to her. She was a nurse and has very caring qualities. Susan could put in a whole day in hospital and then she would check on others that were not doing well and report to her parents. She was so caring even though she was exhausted. She and her husband talk freely about Susan, sometimes teary eyed and sometimes cheery.

Barbara saw roof top surveillance in Beirut before the bombing. She knew they were unarmed and peacekeepers. She knew they did not have ammunition. They knew there was shooting and that it was dangerous. She even told Tom that she does not worry, she prays. She conserves her energy until she needed it. Tom was out among the people not just sitting around watching the bullets go by. He was not with the troops. She had no premonitions that this would

happen.  She did not sit and stew and worry.  She prays daily and puts her loved ones in Gods hands.  She saved her energy in order to be able to give support to all her family.  She was not exhausted from worrying.

She believes that Kathy is happily married and raising an extended family as she had three more children and those children call Barbara and James Thorstad "grandpa" and "grandma" too. They communicate with Adam and Ryan.  Adam has good direction.  Ryan seems to be floundering.  He was in college for three years.  He just cannot seem to find his niche.  Ryan stayed with her Daughter Janet and she would have a better feel for how Ryan is doing with his life.  Last March Ryan came along to Luxemburg for the dedication of the Marine memorial for Tom.  It was nice to be one-on-one with Ryan during that trip.  Ryan is living with his mother and stepfather.

As to the lawsuit, the family has had a great loss and Barbara does not know what will come of the entire situation.  Is it going to change matters?  Is anyone going to learn a lesson?  Will things continue?  Are things getting more violent and malicious?  Barbara worries what the children and grandchildren will have to face in this world.

**SUSAN THORSTAD HUGIS** was a sister of Thomas Paul Thorstad (Deceased) and was born on August 7, 1952.  Susan was killed helping others at an accident scene in 1995. Susan Thorstad was the oldest of the Thorstad children and went to nursing school and was a surgical nurse.  Most family members testified that Susan was the "Big Sister" to the Thorstad family and her brother Thomas.  She was "the quiet one" and served as a compass to her brothers and sisters. Susan was known for her big heart.

Susan Thorstad Hugis married and had three children; one of her children was autistic. Susan's autistic child was very difficult to control and created many problems for her and her family.  Susan also had to deal with serious marital problems and eventually she divorced her

husband.  Susan spent a great deal of time working on impact programs for families with autistic children.

Kathryn testified that the three older Thorstad sisters knew Kathy and Susan had a profound understanding of what Kathy was going through.  The entire Thorstad family testified that Susan was a very loving person who suffered greatly when her brother Tom died.

Susan Thorstad Hugis died when she stopped to help the injured in an auto accident.  Susan went to her car to make a call for an ambulance and after she got out of her car, while she was walking along the side of the road, she was killed by a fluke accident.  When another car drove towards the accident and tried to stop a wire got caught in vehicle bumper and as the wire was stretched it snapped the utility pole which fell on Susan killing her.  Susan was initially conscious; the medical staff induced a coma.  Susan used 65 units of blood in 2 days.  Susan survived for 2 weeks but brain damage became evident and the Thorstad family began to consider pulling the plug and Susan died before they had to make such a difficult decision.

**JANICE MARIE THORSTAD EDQUIST** is a sister of Thomas Paul Thorstad (Deceased) and was born on October 7, 1953.  Janice and her husband Daniel have seven children.

Janice is second oldest of the Thorstad children and Tom was the fourth born three years after Janice.  Janice was tomboy and participated with the boys.  The Thorstad children had lots of fun.  Tom was a good kid but not a good student.  The teachers liked him.  Tom wanted to become a policeman; it was his lifelong dream.  He brought his grades up so he could become a policeman.  Tom would recite from Guinness Book of World Records.  Tom was always good with kids, a practical joker.  They always felt he was their mom's favorite, but then he was everyone's favorite.

Tom joined the Marine Corps while still in high school.  At the time Janice was leaving home to go to nursing school.  It was post Vietnam and the Marines were not very popular but he wanted to join and then go into the police academy.  Janice followed Tom's Marine Corps career.

Tom and his dad were pretty close.  Their dad got a new job when the family moved to Chesterton, IN.  Their dad is congenial but not emotional.  Their dad was proud that Tom went into the service; he would like to have gone into the service himself.

Janice got word from Tom's wife that he going to Beirut.  Janice would see Tom's wife, Kathy, quite often when Tom was in various counter-intelligence training courses.  The family had not seen Tom in a while.

Kathy gave the family a lot of information from her phone calls with Tom.  The family knew it was dangerous but they believed the Marines went to Beirut as peacekeepers.  Tom was offered an opportunity to opt out of going to Beirut because of his son Ryan's illness but it was his duty as a Marine and he went to Beirut.

Tom and Kathy married and Kathy found stability with the Thorstad family.  Tom felt comfortable knowing that the Thorstad family would take care of Kathy and the children.

Janice last saw Tom two years before his death when he was on holiday with the family.

Janice's mother called Janice when she heard about the bombing on the radio.  She told Janice to start praying now and told her they had heard there were a lot of casualties.  After church the whole family went to the parents' house and prayed and stayed together.  The news was horrible.  The Marines visited her parents.  Janice had two children at the time of the bombing.

On Tuesday they heard that the survivors should have called home by now.  They heard Tom was out for the night.  Tom always escaped things, he seemed to have nine lives, and so they thought he was okay.  They even thought maybe he was captured.  On Friday the Marines notified

her parents that Tom was killed.  The Marines told Kathy first and then their parents.  It was an awful blow because they had never lost anyone before like that.  Janice's mother was devastated. She tried to be strong for the children and for the people who called.  She was always strong and gracious.  She would support others when they had a hard time talking or dealing with the loss. People came out of the woodwork to give support.  They were a large family that was very involved in a small town and the response from the townspeople evidenced that.  The funeral was in the church as well as the visitation because funeral home was too small.

Tom's widow Kathy moved in with the Thorstad family for a couple of months after the funeral.  Kathy never cried or talked about it and Janice's mother was concerned about that. Kathy's children were the same age as Janice's children and they spent a lot of time together.  They would stay up late and talk about Tom.  At night Kathy would cry alone, she did not cry around her children or anyone else.

Older sister Susan was the quieter one in the family.  She had a big heart and would have Kathy over to spend time at her house.  The family got to be with Susan when she died and it was helpful because they did not even get to see Tom's body when he died.  Janice got everyone together for a family picture at before Susan's accident and the family is so glad they did.

Tom wrote to Janice from Beirut.  Tom wrote that the sniper activity was increasing.  They had guns but no ammunition and then they had ammunition and they were not allowed to shoot it. He wrote that the CNN news people were in the way and did not understand that it was serious and they were getting shot at.  Kathy said Tom had said that something big was coming.  They knew there were several truck bombings at the time.  Tom did say he knew that there was violence there and something big coming and may not come home.

The whole family felt the same loss but some internalized it more. Sister Patty had drinking and marital problems, at least in part because of Tom's death. Patty went into a further downward spiral after Susan's death. Their mother had a collage of pictures of Tom and focused on Tom, Janice even said that the rest of the kids need her attention. Mother said, "You mean I should not grieve for my son?" Later they went to counseling. Father had drinking problem and went through the 12-step program. He went off the wagon a few times after Tom died. Father was alone working and he would drink and it made him sick. Mother is very organized and it is better for her when she is busy. Kathy was bothered a lot by Tom's death but she got remarried soon after to a Marine that looks like Tom and the family likes him. Nephew Ryan worries Janice. He failed out of college even though the Knights of Columbus paid for his tuition. Ryan never knew much about his dad because Kathy did not talk about him. Ryan wanted to make a connection with his family and find out about his dad and he knew Janice would talk about Tom.

Adam was good looking, did well in school, and was always healthy. Adam paid for his own college. Adam went to the twenty-year memorial with the Thorstad family. He was moved by the experience and the treatment of the situation by the Marines. Adam remembers his Dad. Adam knew it when his father died. At 4 ½ years old Adam told Janice that he talked to his dad last night and he said he probably would not be coming back. This was when Tom was in Beirut. Adam seemed accepting of his dad's death. Adam said he did not remember the story about talking with his father.

Janice wonders why Iran chose to do that since soldiers not there to cause trouble. It was not even in Iran. "Don't they have families that love and care for them? Wouldn't they be upset if this happened to their families?" Janice has forgiven the person who did it and forgiven the Iranians. "But why did they do it?" It is a devastating thing especially since they were there as a

peaceful presence.  "We lost a lot of good men including my brother; they could have done a lot for this country. A lot of people affected by this."

Janice's children have heard all the stories about Tom.  They do not understand what happened over in Beirut.  Something is missing in their lives and the Thorstad family and they know it.  Janice's daughter is just now starting to ask questions about Tom and others who died before she was born.  Janice's third son is named Benjamin Thomas, after his uncle, and he likes that.

**BARBARA THORSTAD WARWICK** is the sister of Thomas Paul Thorstad (Deceased) and was born on March 1, 1960.  She and her husband have three children.  Barbara Warwick works with her husband and is the bookkeeper for their engineering consulting company and they run a charity called Gift of Water.  She has degree in veterinary technology.

Barbara Warwick graduated from Chesterton high school and then attended Perdue University with the hope of becoming a veterinarian.  Barbara instead went into the veterinarian technician program.

Barbara is four years younger than Tom.  In high school Tom graduated before she went into high school.  From what she remembers, he enjoyed school but was not best student.  She was one of the little kids in the Thorstad family, they were grouped into the big kids and the little kids.  They would chase each other around.  Tom would dangle her dolls in the basement in front of the dog.  Susan was quiet and she and Tom got along well.  Susan was older than Tom and was at college.  Jan is a spitfire and would get right in with the guys and argue.  Jim and Tom in competition and Jim always tried to better Tom.  Tom was always just trying to do his best.  It hurt Tom when Jim graduated college and then went into the Marines.  Biggest disagreements were between Jim and Tom.  Tom was a good big brother to her and the others.

Tom discussed joining the Marines.  He joined the Marines after high school but had worked awhile before he actually went into the Marines.  He wanted to become a police officer after the Marines.

Barbara tried to keep in touch with Tom by corresponding with him.  He wrote nice letters and usually added something funny in the letters.  He would share what he could and ask questions about what they were going through at the time.  She and a friend visited him in Ayer, Massachusetts, about one hour outside of Boston.

Kathy and Tom married in 1978.  Barbara learned that there was a secret because Kathy was pregnant and they had a son.

She had heard about sniper fire in Beirut.  They were all trying to keep up with what was going on.  In one letter in particular, group Exhibit 41, dated July 24, 1983, Tom said he planned to see them at Christmas.  "Do not worry about the airport attack.  It was not meant for the Marines."  She knew he was in the close proximity to the airport.

October 23, 1983, Barbara's fiancé, Phil, had come to visit for the weekend and the night before they were watching a movie, Taps.  She went up to her room to sleep and Phil slept on the couch.  Her mother woke her up and she was crying.  She had heard about the bombing just after midnight but waited several hours until she woke the rest of the family up to tell them.  Their parents went to mass at 7:30 or 8:00 A.M. and the rest of the family took turns going to church, always trying to have someone home, Barbara and Phil went to mass later.  She was crying.

Everyone was distraught.  They saw the four-story building that went down.  On Tuesday they found out that Tom was missing.  Friday they found out it was a good possibility that he was in the building during the attack.  Saturday they got official word that he had been killed.  Most of the family was there at her parents' house when they got the news.  There were visitors at the house

all week.  Barbara remembers that she heard them pull up and saw the Marines at the door.  Not something that you want anyone to ever go through.  "Seeing uniformed men come up to the house, you know what is coming."  Almost two weeks later that body came home, even though he was one of the first pulled out.

She was pretty sad at the funeral she cried through most of it.  There were so many people; people that they did not even know were there to be with them and to respect his memory.  The procession to the cemetery was a couple miles long, they must have waited 45 minutes for everyone to get there.  They heard there were people standing outside the church.  The family felt bad that they were there to honor him and they could not get in the church.  Barbara did not believe Tom was killed and she sent Tom a letter on October 27th in the hopes of hearing something if he was still alive.

So many people came to the family home and wanted to show them how they cared and to be supportive.  They were overwhelmed and it helped them get through it.

Kathy was quiet and did not want to talk about it.  They were all crying and she was not.  Barbara wondered, "How do they help the precious little boys?"  Kathy had been in Luxemburg with her mother and she had stayed with the Thorstad family previously.  They knew Kathy but were not sure what to do to help her.

Adam says he remembers some things about his dad.  Ryan was only two years old and does not remember things.  He wishes he could remember.  He told them that he wanted to be around the Thorstad family because they do talk about it.  When Kathy cried 15 years later she apologized for crying and Barbara said that it's okay to cry because it shows that you loved our brother.

Barbara understands that you must go on with life and you cannot get stuck in sadness or pity. Even her friends wrote her lots of letters to be supportive. They were beautiful and caring letters. The loss has made her a more compassionate person. She was 23 years old when Tom was killed. She learned what it is all about to reach out to people. Some letters mention God and you just do not see that very much in this world.

Susan was quiet person and loving person that did a lot for others in her own little quiet way. At her funeral it was like a repeat of Tom's funeral in terms of the people reaching out.

Barbara's parish has a mass book and she has made a donation to have mass said in her brother's name. She has not been consistent with it but tries because she lives away from the family. She prays for him on his birthday. And he tries to talk to Kathy too.

Barbara and her husband have dedicated the charity, Save the Water, to brother Tom and sister Susan. Barbara's children know Adam pretty well because Adam lived in Melbourne, Florida for a while. Tom would have been in her wedding of he had been alive. It was hard on her parents, especially her mom, to plan her wedding. They were not in the mood but knew they had to go on. It was hard to be excited about anything. Adam was the ring bearer in their wedding. "You plan all through your life that your brother is going to be at your wedding and then he is gone."

They never got to see Tom's body so thought maybe it really was not him. It may be weird but she thought maybe he would just show up one day. "You know that it may not happen but you wish he would just be there." She lost 25 pounds after Tom died and it was scary to lose too much weight.

Barbara would ask Iranians "why?" "What causes people to hate other so much to cause them to do something like this?" She cannot understand it. Tom's loss is such that twenty-one years later they still all cry and feel so sad. It was a strange way for someone to die. Her parents

are strong people and have strong faith and that helped the children to be strong and look for what they could learn from tragedy.  For her and her siblings the thing they learned it is to reach out to other.  She does not dwell on it but just tries to do her best to make the world a better place.

She has gone to Jacksonville to the memorials and doing that is important to her.  Every five years there are more people that come to the remembrance ceremonies.  Many people that are attending the memorials lately are survivors and just could not come to the remembrances before.  She and others found themselves consoling them.  There was a Marine there that was present when they pulled Tom's body out and he said that he died instantly and did not suffer.  Survivors were there to take care of their buddies.  That Marine is now a minister in a church.

**PATRICIA MICHELLE THORSTAD ZOZZO** is a sister of Thomas Paul Thorstad (Deceased) and was born on May 12, 1962.  Patty was the seventh Thorstad child and Tom was the fourth.

Tom was a clown, real funny, real animated, like stupid pet tricks he would have created a show like that.  Tom was always fun; he was the big brother and protected the younger Thorstad children.  Once Tom was playing softball and ball hit Patty in the head and he carried her inside and put her on the couch and took care of her.  When she came to consciousness he said, "that is not how you do it."  Tom was playing with his team, the Wake Robin Weasels, and there was a storm coming and she yelled for him and he came running and stayed with her because she was scared.  Patricia knows Tom could not have heard her scream because he was too far away.

Tom taught Patty tricks.  Tom could wiggle his ears.  Tom had a lot of friends in school, mostly guy friends.  Tom dated in school but hung out with the guys more.  Tom had girlfriends but did not date a lot.

Tom is still remembered by the people in Chesterton, Indiana.  One particular friend, Kevin, will not talk about it much but his father just died this summer and after the funeral he said he wished Tom were there for him.

Tom and brother Jim were really close but with a lot of sibling rivalry.  They each wanted to do what the other did but better.  They were both in the same sports and Jim tried to show up Tom because he was the first-born.  Jim had a hard time after Tom died, he said he should have let Tom do things and not try to always better him.  Jim regretted that he felt he had to be an officer and Tom enlisted right out of high school.

Sister Susan was oldest.  She was the big sister that took care of everyone.  She always had something nice to say.  She did not pass judgment.  She and Tom were a lot alike in the way they cared for other people.  Susan was proud of Tom's boys.  She got Tom's boys all police uniforms.  Susan had three children.  Her daughter Julie just had a baby girl and named her after her mother Susan.  Son Doug is autistic and Susan had to put him in a home when he got too big to handle.  It never surprised anyone that Susan stopped to help the person in the car accident when the pole hit her causing her death.  Susan's and Tom's children are all loving people; they are how they were raised.

Tom went into the Marines because he wanted to be a police officer and he had a feeling for what was right and wanted to do what was right.  Tom was very patriotic.  Tom did very well in the Marines because it interested him; he liked it and put his heart and soul into it.  Susan's son is 16 years old and he wants to go into the Marines like his uncle Tom.

Tom went to Beirut to make peace.  He never mentioned it would be dangerous.  He said the media made it sound worse.  He was fully aware of what was going on in Beirut but he wanted to keep the families hearts and minds at ease.

Kathy and sons Adam and Ryan were with Thorstad family a lot.  She was happy-go-lucky like Tom.  Patty spent a lot of time with Kathy and the boys.  The boys meant so much to Tom.

In a July 24, 1983 letter from Tom to Patty, Tom mentioned recent attack but said it was not as bad a media made it to be.  "Everything is okay.  Planned to be home in plenty of time for Christmas.  I'm looking forward to that. …"  Tom would say that it was not safe but at the same time he would say it was okay.  He was trying not to upset anyone in the family.  You could sense in the letters that things were getting worse but he would then say how good the people were there in Beirut.

Patricia found out about the attack when she was in bed and their mother yelled Tom's building was bombed.  All the lights were on in the house.  Their mom slept with the radio, listening through headphones, she heard about the bombing and woke everyone up.  Patricia's memories of that morning and the next days are very vivid.  Within a few days after the bombing the family got word from the Marines.  The family knew it was Tom's unit.  There were lots of prayer vigils going on at church.  The family made sure there was always someone at home at all times for telephone calls and news.  The day they were told he was identified they went to church and Patty stayed home.  They got a call from the Marines that his body had been identified.  Patty took the call, she was home alone.  She called the church rectory and her parents were on their way home.  When they came in the door, her parents, brother & sister, Patty told them his body had been identified.  She vividly remembers her parents' faces.  They had been strong and positive.  But the longer it went the more they would come up with reasons for the time passing and not hearing about Tom.  Patty's mother just melted and her dad, who always finds the good in people, turned completely gray and fell to his knees and her mom was trying to comfort him.

The neighbors very supportive, they were everywhere.  It was constant visitors, telephone calls, and cards.  No one knew what to say they just knew that being there would make it better.  They all brought as much food as they possible could.  It went on for weeks and weeks.  Patty cannot remember that last time anyone in Chesterton had died in a war.  People came that wanted to meet the family and tell them they were proud.  Patty was in school at time and her professor said to take as much time as needed, school can wait.

The visitation at the church was two days long.  There were lots of tears but also lots of love.  It brought people in their town together patriotically and spiritually.  Tom is buried right behind the flag in the town cemetery.  Each year for the 4th of July celebration her father makes a speech and people come up and hug them.

As time has gone by the pain does not go away.  It got harder after her sister died.  Patty's husband knows she still gets sad whenever she hears "God Bless America" or Taps.  IT makes her cry.  Whenever Patty is having a hard time she goes to the cemetery.

Patty would like this litigation to make someone accountable and for the terrorism and senseless killing just to stop.  She does not really understand.  It does not make sense to her – a terrorist should write a book and explain it.  We were raised to believe "thou shalt not kill."  It should be said that they did not die in vain.  The family is disgusted.  And they have all agreed to participate in this litigation in memory of our brother and his children and the other families.  Patricia would want to ask the Iranian leaders that are still involved with government – "why?  It doesn't change anything.  It did not accomplish anything.  Why take innocent, loving human beings."  No one in the family is harboring hatred for what happened.  It is what God intended.  Tom and Sister Susan were both good Samaritans.

The Thorstad parents buried two children and a grandchild.  They will never get over the loss.  Brother Tom was a good man, loving person, father, brother, son, and uncle.  Her children never knew their uncle but they talk about it in their history classes to people that did not even know him or know about the bombing.  So many other men and women are losing their lives.  Her children want to be like their Uncle Tom because they know what a difference his memory has made in their lives.  There really is no way to deal with the loss.  Patty wishes there were more information available to the children and not just word of mouth from the families involved.

**JOHN THORSTAD** is a brother of Thomas Paul Thorstad and was born May 19, 1964.  In October, 1983, John was in college.  John was 8 years old when Tom joined the Marine Corps.  John testified that Tom was a wonderful man who was always joking.  John looked up to Tom, and knew Tom wanted to be a police officer and help people.

John remembers Tom's first leave after joining the Marines, riding with him with a shaved head and starched uniform.  When Tom was home he always had time to talk to John and often told him he loved him.  When John turned 17 years old he thought he wanted to go into the military.  John scored well on the military aptitude test but John's parents didn't want John to join.  John asked Tom for advice; Tom told John that if he really wanted to join he should go ahead but Tom recommended that John not enlist.  John chose not to enlist.

John was 16 years old when Tom's son Adam was born.  John was 18 when he last saw his brother Tom.  John saw his brother last when he went on a trip to pick up his mother in Virginia.  Their mother was staying with Tom and Kathy after the birth of Ryan.

John knew that Tom didn't have to go to Beirut but he went without hesitation.  Tom liked counter-intelligence.  Tom and John exchanged letters, John thinks about his brother every day.  At the 20th year Beirut reunion John spoke to veterans who knew his brother and Tom's friends were

proud of the Thorstad family.  John couldn't put his brother's death behind him until that 20th year anniversary.

John believes that Tom was his mother's favorite child.  Tom goal was to make his mother laugh; he brought spirit to the family.  John remembers Tom was interested in all his brothers and sisters, and Susan and Janice were the "mother hens" to Tom.  John believes that Tom, Susan, and Janice had a special bond.  John testified that his sister, Susan, was the most wonderful lady he has ever known. Tom and Susan were as close as you could get as brother and sister, and Tom and Susan regularly exchanged letters.  Tom's death crushed Susan, Susan had young children at the time and she offered to help Kathy.

John's father woke him up at 5:00 A.M. and told him about the Beirut bombing; his parents had been up since 2:00 A.M. listening and watching the news. John remembers the family just got cable television.  The new stories were amazing; the pictures showed a flattened building and John first thought that there were no survivors.

The family knew Tom was in counter-intelligence and thought he was probably on a spy mission.  The newscast reported that some Marines rode the roof down and survived.  The Thorstad family was hoping that Tom would call or that they would get notification that he survived.  For days the news reports said they thought there were still survivors in the building.  The Thorstad family watched CNN minute-by-minute and went to church every day and prayed for Tom.  John was so devastated by Tom's death that he was unable to return to school.

The newscasts showed the bodies of the Marines on the ground and John though he saw his brother Tom's body.  Tom had a distinctive chipped tooth which John though he saw.  The family received a call from the local Marine unit advising they were planning a visit.  John remembers his

father crying for the first time when Tom died.  The Thorstad family came together and rallied for the next two weeks through the funeral.

John didn't really know Kathy.  They had met only five times; Kathy was only one year older than John.  John knew that Tom adored Kathy.  Kathy lived in the Thorstad basement for five or six months and didn't talk about Tom.  Kathy became a real member of the Thorstad family. Tom's son Adam was light of Tom's life; he always had a smile and was a great kid

Tom's son Ryan was a different story.  About a year and a half ago, James Thorstad, Sr. called John and told him that Kathleen Hedge couldn't locate Ryan, he wasn't in contact with his family and Kathleen Hedge had asked for his help.  John called the school Ryan was enrolled in and then John called the chief of police and asked him to help him find Ryan.  About two hours latter Ryan called and John told him that he loved Ryan and that a lot of people were worried about him.  Ryan stayed with John for a few weeks and wanted to know about his father.  Ryan spent a lot of time asking questions and went to the gravesite.  Susan is buried next to Tom and both John and Ryan began to cry and they hugged each other.  Ryan has still not recovered from the affects of the loss of his father.

**JAMES ANTON THORSTAD, JR.** is a brother of Thomas Paul Thorstad and was born on July 7, 1955.  Jim is the third oldest Thorstad child and Tom was the fourth.

Every Thorstad testified that Jim and Tom were very close.  Jim and Tom shared the downstairs bedroom and they were known as the Felix and Oscar of the Thorstad children. James Thorstad, Jr. testified that they drove the same car, had the same friends, played the same sports, and went to the same school.  Jim testified that Tom had a great relationship with his parents and took special care of his sisters.

James Thorstad, Jr. testified that when his brother came home from boot camp, they expected him to have changed his ways, but they were mistaken, the room was a wreck. That changed when Tom was accepted into the military police and later into embassy duty. Jim visited his brother in Barstow before Jim went into the Marines.

James Thorstad, Jr. graduated from college, got married, and became an officer in the Marine Corps. Jim spent five years on active duty in the Marine Corps and another ten years in the Marine Corps Reserve. Tom was best man at Jim's wedding on January 14, 1978, and Jim testified that every person at his wedding was at Tom's funeral five years later.

James Thorstad, Jr. and his wife visited Thomas Thorstad and Kathleen Thorstad in Virginia prior to Tom's deployment to Beirut. At the end of the visit, Jim testified that his brother kissed him for the first time. Jim asked him if it was that bad and Tom said it was. Tom told his brother that he would be dealing with an unknown enemy, an enemy that could be everywhere, Tom's job was to deal with civilians every day and it was very difficult. Jim and Tom exchanged letters while Tom was in Beirut and Tom confided to Jim that conditions were getting worse. Jim was watching Nightline on Television and they discussed Beirut, Jim wrote Tom about the television program.

Their dad's relationship was as a weekend father. Dad was very loving to Jim and Tom and treated them as young men very early. Their mom thought of Jim & Tom as the guys that carried her through the day.

Tom wanted to be a Chicago policeman and began the Marines as MP – he took it serious and grew up immediately. For Tom the embassy duty was spit and polished duty. Tom matured quickly. Jim entered Marines Feb 1975 and remained in the Marines until November 1974. During

that period Jim saw Tom infrequently, almost never.  They were in opposite ends of the world.  Jim did visit Tom in Barstow, California with his sisters before Jim went to boot camp.

Tom met his wife Kathy in Luxemburg; she was Canadian.  Tom and Kathy had two children and it was like that little family thing.  Tom was very proud of his family.

Tom's son Adam and Tom were so close.  Tom was so proud of him.  Adam is handsome and was a poster baby.  Tom was home at that time and able to do everything with him.  Adam has many memories of Tom.  Tom's son Ryan was younger and Tom was away a lot after Ryan was born.  Tom spent quality time with his children when he was home but he did not have the same bond as with Adam.  Jim would have adopted them if there were a chance.  Jim's wife was very, very close to them.  When Kathy moved she and her children away it took away the last connection to Tom.

Tom's death affected Ryan very much.  The entire Thorstad family would say Ryan was the biggest victim of the bombing.  Ryan has no cognitive memories of Tom.  Even though Kathy remarried Kathy always referred to "Daddy Tom" and "Daddy Bob."  Ryan had no real knowledge of his own father.  Jim gave Ryan some stuff from Tom, a keychain, a wallet, and some old underwear.  Jim still has some things to give the boys later when they are old enough.  Ryan has disassociated himself from the memories of Tom.

Kathy described Tom as the love of her life.  Jim agrees with that description.  Kathy could have married anyone she wanted because she was a good person and very attractive.  Kathy's second husband Bob is always a gentleman and served with Tom in the same Marine unit.  Kathy was very in love with Tom and Tom was totally in love with Kathy.  They both lost a lot with Tom's death.  Kathy is lucky to have found Bob because he has stepped in and carried Tom's legacy in a manly and proud way.

Jim was working as a mechanical foreman at Inland Steel in East Chicago in October 1983. It was a Sunday morning and the phone rang at 6 A.M. and Jim's parents told him he should turn on CNN because the Barracks in Beirut had been bombed.  There was sketchy coverage at first. Saw the news and it was rubble and flames.  They could see there were still sirens and a lot of commotion going on.  The entire family went to church and sat in the same row, normally would be in different rows, for the first time in his life he heard his father cry.  His father was sitting next to him and just weeping.

So many bodies under the rubble it took days to uncover the bodies.  The Marines did not release information about the dead at the time instead they just said they were missing in action. Tom was normally away from the barracks a lot and the family hoped Tom was away that morning. Jim called a couple times and Marines were very consoling and said his brother was still missing and they could not confirm or deny if he was dead.  Over a week later the Marines called and said that Tom was dead.  It was confirmation of their worst fears but not as bad as first few days because each of the family knew deep down that if they had not heard from Tom within the first few days then he was killed.

Jim recalls that his mother was a wreck but he expected that from his mother; she and Tom were extremely close.  What Jim did not expect was how deeply affected his father was by Tom's death.  His father always said that men do not cry and yet he was crying.

When remains came home Tom's best friend Steve was his guard, the Marine send a Marine guard back with the body.   Steve stayed with Jim and his wife.  The wake was at the church.  It was the biggest wake you could have and it was on November 10th, the birthday of the Marine Corps.  All of the family members' friends came to the wake and many people the family did not know.  At funeral there was a twenty-one gun salute and full Marine Corps honors.  American flags

were presented to his Mother and his widow, Kathy.  The ceremony was as beautiful as could be yet solemn and tearful.

During the first year after Tom's death the pain stayed with Jim constantly.  For those who live in that small town the pain is always there because Tom's absence is obvious.  Tom is buried right at the flagpole in the town that the American Legion erected in his honor.  Jim passes it every day and salutes him.  They toast him all the time.  They buy Tom's brand of beer and leave the cans for his mother to find with the explanation that they were saluting a fallen brother and toasting him.  Now their mother would wonder if the beer cans were not there on significant dates and anniversaries.  Jim was pretty well grounded.  No nightmares since able to talk about it and cry about it.  Tom lives with Jim and is with him everyday.  Jim named his son after Tom.

Sister Susan, deceased, was the oldest and raised the Thorstad children.  She was the sibling guiding light, a tremendous person.  Susan suffered greatly when Tom died.  Jim thinks of many things he wished he had said to his brother Tom and many things he wishes he had done with his brother.  Susan passed away in 1995.  All the Thorstad siblings talked a lot about their loss.  Jim internalized his feelings for a year or two until he was comfortable and a reverent time to talk about it.  After he was finally able to talk about the loss of Tom the hurt and pain eased a bit, then you pray to him, and then you speak to him.  When parents could talk and laugh about the fun stuff it became all right for the children to feel a bit more at ease.  Jim cannot usually talk about Tom without crying.

Jim is not member of any Marine Corps group for the Beirut bombing but gets together with Marine buddies and handles it that way.

Jim would want to see this litigation bring world peace, more government disclosure, and more diplomacy throughout the world.  People that did this should be brought to justice but he is

not sure if can point to one person there.  Things are not always fair; we need to look at the other side of things, like the sovereignty over there.  His mother said if the leaders were women they would not go to battle until it is the last option.  In Beirut we were the peacekeepers and became the military target.  Jim believes that we should not send our military to be peacekeepers, that is not what they are made for; they should not go in without combat orders.

Jim's message to Iran and people involved was different because Jim was foreign exchange student in Iran.  He believes the Iranian people are beautiful people.  They emulated everything Jim did and that the U.S. did.  Two types of people in Iran, the fundamentalists that use God's name to do injustice and the ones that want to enjoy life.  As soon as they take religion out of government, like we did, the sooner the problems will end.  The separation we did here hundreds of years ago was very wise.  Seventy-five percent of people in Iran do not like their representation in government.  People do not want to give up the daily social freedoms and go back to some ancient lifestyle that has no validity in today's world.

## CONCLUSIONS OF LAW

(1) Wrongful Death.

The Plaintiffs produced comprehensive testimony from Dr. Jerome Paige detailing the loss of accretions to the estate of each person. These  calculations are conservative and the amounts set forth in the report have been established without question. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the Estate of Thomas Paul Thorstad in the amount of $1,921,086.

(2) Survival Action – Pain And Suffering.

There is no evidence from which it could be concluded that the decedent endured bodily pain and suffering after the attack and prior to his death.

(3) Solatium.

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the decedent by the actions of the defendants and/or their agents. As the Court noted in the Flatow case, id., this is an item of damages which belongs to the individual heir personally for injury to the feelings and loss of decedent's comfort and society. The unexpected quality of a death may be taken into consideration in gauging the emotional impact to those left behind. In this case the impact upon the parents and siblings was devastating. The Special Master concludes as a matter of law that the following amounts are appropriate compensation for this element of damages: Kathleen Elizabeth Thorstad Hedge (Widow) – 15,000,000.00; Ryan Thorstad (Son) - $15,000.000.00; Adam Thorstad (Son) - $15,000,000.00; James Thorstad, Sr. (Father) - $15,000,000.00; Barbara Thorstad (mother) - $15,000,000.00; Estate of Susan Thorstad Hugis (Deceased, Sister) – $10,000,00.00; James Thorstad, Jr. (Brother) - $10,000,000.00; Janice Thorstad Edquist (Sister) - $10,000,000.00; Kathryn Thorstad Wallace (Sister) - $10,000,000.00; Barbara Thorstad Warwick (Sister) - $10,000,000.00; Patricia Thorstad Zozzo (Sister) - $10,000,000.00; John Thorstad (Brother) - $10,000,000.00.

Date: June 20, 2006

_____
**Loraine A. Ray,**
**Special Master**