**Table of Contents**

                                                                                                       **Page**

I.      INTRODUCTION…………………………………………………………2

II.    THE FORUM'S CHOICE-OF-LAW RULES REQUIRE
THE USE OF THE STATE COMMON LAW OF
THE PLAINTIFFS' DOMICILE AT THE TIME OF
      THE ATTACK……………………………………………………..….3

III.   THE WRONGFUL DEATH CAUSE OF ACTION FOR
THE UNITED STATES SERVICEMEN KILLED IN
THE IRANIAN BOMBING OF THE MARINE BARRACKS
IN BEIRUT IS PROVIDED BY THE STATE COMMON LAW OF
THE DECEDENT'S DOMICILE AT THE TIME OF
      THE ATTACK…………………………………………………………..4

      A.  THE WRONGFUL DEATH CAUSE OF ACTION
           FROM CALIFORNIA…………………………………………..5

      B.  THE WRONGFUL DEATH CAUSE OF ACTION
           FROM NORTH CAROLINA…………………………………...6

      C.  THE WRONGFUL DEATH CAUSE OF ACTION
           FROM OKLAHOMA…………………………………………..18

      D.  THE WRONGFUL DEATH CAUSE OF ACTION
           FROM PENSYLVANIA………………………………………..19

      E.  THE WRONGFUL DEATH CAUSE OF ACTION
           FROM SOUTH CAROLINA…………………………………..20

      F.  THE WRONGFUL DEATH CAUSE OF ACTION
           FROM TEXAS………………………………………………….22

IV.   THE CAUSES OF ACTION FOR THE SERVICEMEN
INJURED DURING THE BOMBING IN 1983 IS
PROVIDED BY THE STATE COMMON LAW OF
      NORTH CAROLINA AND CALIFORNIA…………………………..23

      A.     ASSAULT AND BATTERY……...………………………….23

           1.     NORTH CAROLINA LAW……………....…………23

           2.     CALIFORNIA LAW…………………….......…..…..26

    B.  INTENTIONAL INFLICTION OF EMOTIONAL
  DISTRESS……………………………………………………..27

        1.     NORTH CAROLINA LAW…………………..………27

        2.     CALIFORNIA LAW……………………….…………28

V.   THE CAUSES OF ACTION FOR THE FAMILY
MEMBERS OF THE SERVICEMEN KILLED AND
INJURED DURING THE BOMBING IN 1983 IS PROVIDED
BY THE STATE COMMON LAW OF THEIR DOMICILE
   AT THE TIME OF THE BOMBING………………………….…..29

   A.    ALABAMA LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS………………………………….29

   B.    CALIFORNIA LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS………………………………….33

   C.    COLORADO LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS…………………………….……34

   D.    CONNECTICUT LAW OF INTENTIONAL
       INFLICTION OF EMOTIONAL DISTRESS……………….35

   E.    DISTRICT OF COLUMBIA LAW OF
     INTENTIONAL INFLICTION OF EMOTIONAL
       DISTRESS………………………………………………...…….36

   F.    FLORIDA LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS…………………………....……37

   G.    GEORGIA LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS…………………………………37

   H.    ILLINOIS LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS………………………………….39

   I.    INDIANA LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS………………………………….39

   J.    KANSAS LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS…………………………………40

**K.   KENTUCKY LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS………………………………...…40**

**L.   LOUISIANA LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………42**

**M.   MARYLAND LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………43**

**N.   MASSACHUSETTS LAW OF INTENTIONAL
       INFLICTION OF EMOTIONAL DISTRESS……………………44**

**O.   MICHIGAN LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS…………………………………….44**

**P.   MINNESOTA LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………45**

**Q.   MISSISSIPPI LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………46**

**R.   MISSOURI LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………47**

**S.   NEBRASKA LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………48**

**T.   NEW MEXICO LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………48**

**U.   NEW YORK LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………49**

**V.   NEW JERSEY LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………50**

**W.   NORTH CAROLINA LAW OF INTENTIONAL
       INFLICTION OF EMOTIONAL DISTRESS…………………..51**

**X.   OHIO LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………52**

**Y.   OKLAHOMA LAW OF INTENTIONAL INFLICTION
       OF EMOTIONAL DISTRESS……………………………………52**

**Z.   PENNSYLVANIA LAW OF INTENTIONAL INFLICTION**

     OF EMOTIONAL DISTRESS…………………………………….53

  **AA.** **RHODE ISLAND LAW OF INTENTIONAL INFLICTION**
     **OF EMOTIONAL DISTRESS……………………………………..54**

  **BB.** **SOUTH CAROLINA LAW OF INTENTIONAL**
     **INFLICTION OF EMOTIONAL DISTRESS……………………55**

  **CC.** **SOUTH DAKOTA LAW OF INTENTIONAL INFLICTION**
     **OF EMOTIONAL DISTRESS……………………………………….56**

  **DD.** **TENNESSEE LAW OF INTENTIONAL INFLICTION**
     **OF EMOTIONAL DISTRESS……………………………………….56**

  **EE.** **TEXAS LAW OF INTENTIONAL INFLICTION**
     **OF EMOTIONAL DISTRESS……………………………………….57**

  **FF.** **WASHINGTON LAW OF INTENTIONAL INFLICTION**
     **OF EMOTIONAL DISTRESS……………………………………….57**

  **GG.** **WEST VIRGINIA LAW OF INTENTIONAL INFLICTION**
     **OF EMOTIONAL DISTRESS………………………………………..58**

  **HH.** **WISCONSIN LAW OF INTENTIONAL INFLICTION**
     **OF EMOTIONAL DISTRESS……………………………………….58**

**VI.** **DIOMEDES QUIRANTE WAS**
  **A U.S. NATIONAL, PURSUANT TO 8**
  **U.S.C. §1101(a)(22)(B)……………………...………………………59**

**VII.** **CONCLUSION………………………………………………………63**