**TABLE OF AUTHORITIES**

<u>**Cases**</u>                                                                                      <u>**Page**</u>

Adams v. Carlisle, 630 S.E. 2d 529 (Ga. Ct. App. 2006)……………………...…………...39

Adams v. U.S. Homecrafters, Inc., 744 So. 2d 736, 742 (Miss. 1999)………...………...46

Agis v. Howard Johnson Co., 355 N.E.2d 315 (Mass. 1976)……………...…………..…44

In re Air Crash Disaster at Charlotte, N.C., 982 F. Supp. 1101, 1111 (D.S.C. 1997)..…26

Alsteen v. Gehl, 21 Wis. 2d 349, 359-60, 124 N.W.2d 312, 318 (1963)…………..……59

American Road Serv. Co. v. Inmon, 394 So. 2d 361 (Ala. 1980)………………..………29

Austin v. Terhune, 367 F.3d 1167, 1172 (9th Cir. 2004)……………………………26, 27

Bain v. Wells, 936 S.W.2d 618, 622 (Tenn. 1997)……..………………………………...56

Barouh v. Haberman, 26 Cal. App. 4th 40, 45 (1994)…………………..……………..…27

Bernstein v. Fernandez, 649 A.2d 1064, 1075 (D.C. 1991)……………………..…….…36

Black v. City of Reading, 2006 U.S. Dist. LEXIS 19014 at *26
    (E.D. Pa. April 7, 2006)……………………………………………..….……..…19

Boulos v. Islamic Republic of Iran, 01-cv-2684-RCL…………………….………….....2,7

Brandon v. County of Richardson, 624 N.W.2d 604 (Neb. 2001)………………..…….…48

Breeden v. League Services Corp., 575 P.2d 1374 (Okla. 1978)....................................52

Bridges v. Winn-Dixie Atlanta, Inc., 335 S.E. 2d 445 (Ga. Ct. App. 1985)……….…..…38

Brooks v. United States, 29 F. Supp. 2d 613, 617 (N.D. Cal. 1998)…………….....26, 27

Buckley v. Trenton Sav. Fund Soc'y, 544 A.2d 857 (N.J. 1988)………………….…....50

Burnett v. Al Baraka Inv. and Dev. Corp., 274 F. Supp. 2d 86, 10[8] (D.D.C. 2003)…..31

Carreon-Hernandez v. Levi, 543 F.2d 637 (8th Cir. 1976)…………………..…..61, 62

Carrol v. Allstate Ins. Co., 262 Conn. 433, 443, 815 A.2d 119 (2003)…………………36

Cent. Mo. Elec. Coop. v. Balke, 119 S.W.3d 627 (Mo. Ct. App. 2003)……………...…47

Cervantes v. Maco Gas Co., 177 Cal. App. 2d 246, 251, 2 Cal. Rptr. 75 (1960)………...5

Christensen v. Superior Court, 54 Cal. 3d 868………………………...………..…28, 34

City of Anderson v. Weatherford, 1999 Ind. App. LEXIS 731 (Ind. Ct. App. 1999).39, 40

City of Greenville v. Haywood, 130 N.C. App. 271, 502 S.E.2d 430, 433 (1998)…...…26

Cliff v. Narragansett TV, L.P., 688 A.2d 805, 813 n.5 (R.I. 1996)…………………...55

Cole v. Doe, 387 F. Supp. 2d 1084, 1101 (N.D. Cal. 2005)………………….……27

Coors Brewing Co. v. Floyd, 978 P.2d 663 (Colo. 1999)………...………………….……35

Craft v. Rice, 671 S.W.2d 247 (Ky. 1984)……………………………………………....41

Cullison v. Medley, 570 N.E.2d 27, 31 (Ind. 1991). ……………………………..…….40

Culpepper v. Pearl St. Bldg., Inc., 877 P.2d 877 (Colo. 1994)….………………………35

Dammarell, 281 F. Supp. 2d at 109-113………………………..……………………..…31

Damarrell v. Islamic Republic of Iran, 2005 U.S. Dist. LEXIS 5343 at *57-67
   (D.D.C.   March 29, 2005)……………………………………………………….…3, 4

DeLaurentis v. New Haven, 597 A.2d 807 (Colo. 1991)………………………………..…35

Destefano v. Grabrian, 763 P.2d 275, 286 (Colo. 1988)…………………..….…….…35

Dickens v. Puryear, 302 N.C. 437, 446, 276 S.E.2d 325 (1981)……………..…25, 27

District of Columbia v. Coleman, 667 A.2d 811, 816 (D.C. 1995)……………………….3

Drejza v. Vaccaro, 650 A.2d 1308, 1312 (D.C. 1994)……………………………....…37

Dunn v. Western Union Tel. Co., 59 S.E. 189 (Ga. Ct. App. 1907)…………………….38

Freihofer v Hearst Corp., 480 N.E.2d 349 (N.Y. 1985)…………….……………..…50

Fischer v Maloney, 373 N.E.2d 1215 (N.Y. 1978)……………….…………….49, 50

Fiumara v. AT&T Technologies, Inc., 1993 U.S. Dist. LEXIS 21274
   (M.D.N.C. 1993)……………………………………………………………….…28

Fluharty v. Fluharty, 59 Cal. App. 4th 484 (1997)…………………….…………..….……27

Ford v. Hutson, 276 S.E.2d 776, 778-779 (S.C. 1981)…………………………………..55

Gaylord Entertainment Co. v. Thompson, 958 P.2d 128, 149 (Okla. 1998).....................53

Georgia Power Co. v. Johnson, 274 S.E. 2d 17 (Ga. Ct. App. 1980)……………....…….38

Green v. Chicago Tribune Co., 286 Ill. App. 3d 1, 675 N.E.2d 249, 257-58,
     221 Ill. Dec. 342 (Ill. 1st Dist. 1996)…………………………………………….30, 31

Grant v. McAuliffe, 41 Cal.2d 859, 864, 264 P.2d 944 (1953)…………………….……..5

Gray v. Sage Telecom, Inc., 2006 U.S. Dist. LEXIS 73752 at *46 (N.D. Tex. 2006)…..57

Grimsby v. Samson, 85 Wash.2d 52, 59, 530 P.2d 291, 295 (1975)………………....57,58

Guthrie v. Conroy, 567 S.E.2d 403, 408-09 (N.C. Ct. App. 2002)……………………...51

Haagenson v. National Farmers Union Property and Casualty Co., 277 N.W.2d 648
     (Minn. 1979)……………………………………………………………………...…46

Haim v. Islamic Republic of Iran, 425 F. Supp. 2d 56, 69 (D.D.C. 2006)……………...3

Hakkila v. Hakkila, 812 P.2d 1320, 1330 (N.M. Ct. App. 1991)………………………..49

Hall v. Ashe Mem'l. Hosp., 2000 U.S. Dist. LEXIS 6454 at *31 (W.D.N.C. 2000)…25, 26

Hamilton v. Ford Motor Credit Co., 502 A.2d 105(Md. Ct. Spec. App.1986)…………..43

Hansen v. McLeod United States Publ. Co., 2006 U.S. Dist. LEXIS 24131
     (S.D.S.D. 2006)………………………….………………………………………..56

Harrelson v. R.J., 882 So. 2d 317, 322 (Ala. 2003)……………………………..………30

Harris v. Jones, 380 A.2d 611 (Md. 1977)……………………………………….………43

Heitzman v. Thompson, 705 N.W.2d 426 (Neb. 2005)…………………………………..48

Hercules & Co. v. Shama Rest. Corp., 566 A.2d 31, 41 (D.C. 1989))……………………3

Hogan v. Forsyth Country Club Co., 340 S.E.2d 116, 121………………………….…..51

Homan v. Goyal, 711 A.2d 812, 818 (D.C. 1998)……………………………….………37

Howard Univ. v. Best, 484 A.2d 958, 985 (D.C. 1984)…………………………..........…36

Hubbard v. United Press Int'l, Inc., 330 N.W.2d 428 (Minn. 1983)………………....45, 46

Hughes v. Ashcroft, 255 F.3d 752 (9th Cir. 2001)………………………………………62

Hurd v. United States, 134 F. Supp. 2d 745, 774 (D.S.C. 2001)……………………21, 22

Jenco v. Islamic Republic of Iran, 154 F. Supp. 2d 27, 35 (D.D.C. 2001)……………....31

John Doe 1 ex rel. Jane Doe 1 v. Roman Catholic Diocese, 154 S.W.3d 22, 31
    (Tenn. 2005)…………………………………………………………………...…56

Johnson v. Colonial Life & Accident Ins. Co., 618 S.E.2d 867 (N.C. Ct. App. 2005)….51

Jordan v. City of Philadelphia, 66 F. Supp. 2d 638 (E.D.Pa. 1999)……………….....…53

Josefson v. AMR Corp., 1998 U.S. Dist. LEXIS 12525 at *19 (M.D.N.C. 1998)………17

Kazatsky v. King David Memorial Park, 527 A.2d 988, 991 (Pa. 1987)……………….54

Kennen v. Wheeling Hosp., Inc., 2006 U.S. Dist. LEXIS 2351 at *14
    (N.D. W. Va. 2006)………………………………………………………….…….58

Kerrigan v. Britches of Georgetowne, 705 A.2d 624 (D.C.1997)……..……….....…..36, 37

King v. Britt, 148 S.E.2d 594, 597 (N.C. 1966)………………………………..….…..26

Knierim v. Izzo,174 N.E.2d 157 (Ill. 1961)………………………………..……..…39

Kroger Co. v. Willgruber, 920 S.W.2d 61(Ky. 1996)……………………………..…41

Krouse v. Graham, 19 Cal. 3d 59, 67, 137 Cal. Rptr. 863, 562 P.2d 1022 (1977)……....6

Langeslag v. KYMN Inc., 664 N.W.2d 860 (Minn. 2003)……………………………46

Larijani v. Georgetown Univ., 791 A.2d 41 (D.C. 2002)………………………………37

Ledbetter v. Ross, 725 N.E.2d 120 (Ind. Ct. App. 2000)………………………………40

Ledger v. Tippitt, 164 Cal. App. 3d 625, 631-32, 210 Cal. Rptr. 814 (1985)………...…..6

Lynch v. Knight, 9 H. L. 557 at 598, 11 Eng. Rep. 854 (1861)………………………....41

MacArthur v. University of Texas Health Center at Tyler, 45 F.3d 890, 898
    (5th Cir. 1995)…………………………………………………………………57

Malia v. RCA Corporation, 690 F. Supp. 334, 336 (M.D.Pa. 1988)…………..…….……54

Martin v. Little Brown and Co., 450 A.2d 984, 988 (Pa. Super. Ct. 1988)……………54

Maryott v. First Nat'l Bank, 624 N.W.2d 96, 104 (S.D. 2001)…………………….……56

McCahill v. Commercial Ins. Co., 446 N.W.2d 579 (Mich. Ct. App. 1989)……..……45

McInnis v. Provident Life & Accident Ins. Co., 21 F.3d 586, 589 (4th Cir. 1994)…..…18

Mellaly v. Eastman Kodak Co., 597 A.2d 846 (Conn. 1991)……………………….…..36

Metropolitan Life Ins. Co. v. McCarson, 467 So. 2d 277 (Fla. 1985)………………...38

Miller v. Miller, 956 P.2d 887(Okla. 1998)……………………………………….…..53

Moore v. County of Kern, 2006 U.S. Dist. LEXIS 56428 at *19 (E.D. Cal. 2006)……...5

Morgan v. Greenwaldt, 786 So. 2d 1037 (Miss. 2001)……………………….…..46, 47

Morrison, 680 So. 2d at 806……………………………………………….………..…47

Murphy v. American Home Products Corp., 448 N.E.2d 86 (N.Y. 1983)……………49

Nazeri v. Missouri Valley College, 860 S.W.2d 303, 316 (Mo. 1993)……………..……47

Nicholas v. Allstate Ins. Co., 765 So.2d 1017 (La. 2000)………………………………42

Oliver v. United States Dept. of Justice, 517 F.2d 426 (2nd Cir. 1975)…………………61

Osborne v. Payne, 31 S.W.3d 911 (Ky. 2000)………………………………………...41

Padwa v. Hadley, 981 P.2d 1234 (N.M. Ct. App. 1999)………………………………...48

Patten v. General Motors Corp., Chevrolet Motor Div., 699 F. Supp. 1500, 1505
    (W.D. Okla. 1987)…………………………………………………………….…18

Payton v. Abbott Labs, 437 N.E.2d 171 (Mass. 1982)………………………………44

Petersen v. Sioux Valley Hosp. Ass'n, 486 N.W.2d 516, 518 (S.D. 1992)……………..56

Peterson v. Islamic Republic of Iran, 264 F. Supp. 2d 46 (D.D.C. 2003)….2, 5, 30, 32, 33

Peterson v. Islamic Republic of Iran, 01-cv-2094-RCL…………………….…...……..2

Phung v. Waste Management, 644 N.E.2d 286 (Ohio 1994)………….…..………….52

Pierce v. Board of Education, 358 N.E.2d 67 (Ill. App. Ct. 1976)……….……….…..39

Potter v. Firestone Tire & Rubber Co., 6 Cal. 4th 965……………………….……...28, 34

Priest v. Rotary, 634 F. Supp. 571, 584 (N.D. Cal. 1986)………………………..…..…27

Prevatt v. Islamic Republic of Iran, 421 F. Supp. 2d 152, 156 (D.D.C. 2006)…..……….2

Rabang v. INS, 35 F.3d 1449, 1452 (9th Cir. 1994)…………………….……………….61

Reamsnyder v. Jaskolski, 462 N.E.2d 392 (Ohio 1984)………………….……………..….52

Reese v. Meritor Auto., Inc., 2000 U.S. Dist. LEXIS 21254 at *47 (W.D.N.C. 2000)….26

Rittenhouse Regency Affiliates v. Passen, 482 A.2d 1042, 1043 (Pa. Super. Ct. 1984)...54

Roth v. Wiese, 716 N.W.2d 419 (Neb. 2006)……………………………………………48

Rugg v. McCarty, 476 P.2d 753 (Colo. 1970)……………….....………..………….34,35

Russ v. TRW, Inc., 570 N.E.2d 1076 (Ohio 1991)………...………………………….52

Salazar v. Islamic Republic of Iran, 370 F. Supp. 2d 105, 115 (D.D.C. 2005)……...…..31

Sena v. Commonwealth, 629 N.E.2d 986 (Mass. 1994)………………………………44

Shekoyan v. Sibley Int'l Corp., 217 F. Supp. 2d 59 (2002)……………………….…..60

Shiftlet v. Allstate Ins. Co., 2006 U.S. Dist. LEXIS 68072 at *25 (D.S.C. 2006)………55

Singleton v. St. Charles Parish, 833 So. 2d 486 (La. Ct. App. 2002)……………...….43

Smallwood v. American Trading & Transp. Co., 839 F. Supp. 1377, 1388

    (D.Cal.1993)…………………………………………………………………...5,6

Sossenko v. Michelin Tire Corp., 324 S.E. 2d 593 (Ga. Ct. App. 1984)……..……..38

Stanback v. Stanback, 297 N.C. 181, 196, 254 S.E.2d 611, 622 (1979)………….…27, 51

Stanford v. McLean Trucking Co., 506 F. Supp. 1252, 1255 (D. Tex. 1981)…….…22, 23

Stieber v. Journal Publ'g Co., 901 P.2d 201, 205 (N.M. Ct. App. 1995)………………..49

Stouch v. Brothers of Order, 836 F. Supp. 1134, 1144-1145 (E.D.Pa. 1993)..............54

Sustman v. Wisconsin, 2006 U.S. Dist. LEXIS 38858 at *15 (W.D. Wis. 2006)...........59

Sutherland v. Islamic Republic of Iran, 151 F. Supp. 2d 27, 50 (D.D.C. 2001)...........31

Taiwo v. Vu, 822 P.2d 1024 (Kan. 1991)............................................................40

Taylor v. Metzger, 706 A.2d 685 (N.J. 1998)..............................................50,51

Tetrault v. Mahoney, Hawkes & Goldings, 681 N.E.2d 1189 (Mass. 1997)...............44

Thomas v. BSE Indus. Contractors, Inc., 624 So. 2d 1041, 1043 (Ala. 1993)...........30

Thomas v. Ronald A. Edwards Constr. Co., 293 S.E. 2d 383 (Ga. Ct. App. 1982)........38

Thomas v. Special Olympics Mo., Inc., 31 S.W.3d 442, 446 (Mo. Ct. App. 2000)........47

Travis v. Alcon Laboratories. Inc., 202 W. Va. 369, 504 S.E.2d 419, 425
    (W. Va.  1998)........................................................................................58

Trujillo v. Northern Rio Arriba Elec. Coop., 41 P.3d 333 (N.M. 2001)...............48, 49

Waddle v. Sparks, 331 N.C. 73, 82, 414 S.E.2d 22, 27 (1992)...................27, 51

Walsh v. Strenz, 63 F. Supp. 2d 548, 550 (M.D. Pa. 1999)...............................20

Welch v. Epstein, 536 S.E.2d 408, 421 (S.C. Ct. App. 2000)..........................21, 22

Wellborn v. Sears, Roebuck & Co., 970 F.2d 1420, 1428 (5th Cir. 1992)..............22, 23

White v. Monsanto Co., 585 So.2d 1205, 1209 (La. 1991)...........................42, 43

Wilkerson v. Nelson, 395 F. Supp. 2d 281, 288 (M.D.N.C. 2005)......................16

Woodard v. Morgan Tire & Auto, Inc., 2006 U.S. Dist. LEXIS 71479 at *20-21
    (M.D. Tenn. 2006)................................................................................ 56

Wood v. Gonzaga Univ., 2006 U.S. Dist. LEXIS 30541 at *21 (E.D. Wash. 2006).......57

Yarbray v. Southern Bell Tel. & Tel. Co., 409 S.E. 2d 835 (Ga. 1991)...............38

Yeager v. Local Union 20, 453 N.E. 2d 666 (Ohio 1983)...............................52

U.S.A. v. Morin, 80 F.3d 124 (4th Cir. 1996).  ...................................62

**United States Statutes**

28 U.S.C. § 1606…………………………………………….……………………………………3

28 U.S.C. § 1605(a)(7)…………………………………………………………....…3, 59

8 U.S.C. § 1101 (a)(22)………………...……………………….…………59, 60, 61, 62

**State Statutes and Other Sources**

12 Okl. Stat. § 1053……………………………………………………………......18, 19

24th MAU- A Marine Remembers, Glenn Dolphin, Publish America, LLLP (2006)……60

42 Pa.C.S.A. § 8301………………………………………………………………19, 20

42 Pa.C.S.A. § 8302……………………………………..…………………………20

Cal. Code Civ. Pro. § 377.61………………………...……………………………5

Cal. Code Civ. Pro. § 377.34…………………………..…………………………6

CNN transcript of interview with Phil Hirschkorn regarding Ali Mohamed's guilty plea in Manhattan federal court, aired October 20, 2000, http://transcripts.cnn.com/TRANSCRIPTS/0010/20/bn.01.html (last visited October 25, 2006)…………………………………………………………………..32

F. P. Hubbard & R.L. Felix, The South Carolina Law of Torts 610 (2d ed. 1997)….....…21

http://www.beirut-memorial.org/ (last visited October 25, 2006)………………....……2

N.C. Gen. Stat. § 28A-18-2………………………………………………16, 17, 18

N.C. Gen. Stat. § 24-5 (1996)…………….………………………..……………17

N.C. Gen. Stat. § 28A-18-1…………………………………...……………………17

Prosser, The Law of Torts, § 12, p. 56 (4th Ed. 1971)…………………………………..51

Restatement (Second) of
Torts § 46...27, 31, 34, 37, 38, 40, 41, 42, 44, 45, 46, 47, 48, 49, 52, 53, 54, 54, 55, 56, 57

S.C. Code Ann. § 15-51-10…………….………………………………………………...21

S.C. Code Ann. § 15-51-20………………………………………………………………21

S.C. Code Ann. § 15-51-40………………………………………………………………21

S.C. Code Ann. § 15-5-100………………..……………………………………………..21

S.C. Code Ann. § 15-5-90 (Law. Co-op. 2000)…………………………………………22

Tex. Civ. Prac. & Rem. Code Ann. § 71.002(b)………...……………………………22

Tex. Civ. Prac. & Rem. Code Ann. § 71.004(a)………..……………………………..22

The Gettysburg Address, Abraham Lincoln…………..…………………………………63