# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7140**                                    **September Term, 2007**

01cv02094

**Filed On:**

Deborah D. Peterson, Personal Representative of the
Estate of James C. Knipple (Deceased), et al.,
    Appellees

Catherine Bonk, Personal Representative of the
Estate of John Bonk, Jr., et al.,
    Appellants

v.

Islamic Republic of Iran, Ministry of Foreign Affairs, et al.,
    Appellees

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED  FEB 2 2 2008
>
> CLERK

---

Consolidated with 07-7148

### O R D E R

    Upon consideration of appellants' motion for remand and for dismissal of appeal, it is

    **ORDERED** that the motion be granted, and these cases are hereby dismissed without prejudice to any further proceedings in the district court.

    The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _/s/ Mark Butler_
Mark Butler
Deputy Clerk

*A True Copy:*

United States Court of Appeals
for the District of Columbia Circuit

By: _/s/ Linda_ _____ Deputy Clerk