UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Consolidates Civil Actions 01-2094 (RCL) |
| vs. | ) ) | 01-2684 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) ) | |
| Defendants. | ) ) ) | |

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVERS UNDER F.R.C.P RULE 4.1(a)

Plaintiffs Deborah D. Peterson, et al., by counsel, move for an Order Of Appointment of Terrance Williams and B. Snesko as Special Process Servers. Both individuals are employees of SAME DAY PROCESS SERVICE, 1322 Maryland Avenue, N.E., Washington, DC 20002. This Motion is made in accordance with the provisions of Federal Civil Rule 4.1(a) and Federal Civil Rule 69(a)(1) for the following purposes:

    1. Plaintiffs seek to levy upon various potential garnishees all located in the District of Columbia herein, in which the garnishees may hold monies, funds and credits due to and for on the behalf of the Judgment Debtor, or obligated to pay the judgment debtor various sums of money, or are liable to the judgment debtor for any number of reason.

2. Plaintiffs are entitled to levy upon such credits due the judgment debtor, howsoever described, pursuant to District of Columbia Code Section 16-546 which provides as follows:

> "An attachment shall be levied upon credits of the defendants, in the hands of a garnishee, by serving the garnishee with a copy of the writ of attachment and of the interrogatories accompanying the writ, and a notice that any property or credits of the defendants in his hands are seized by virtue of the attachment."

3. Plaintiffs seek an order from this appointment SAME DAY PROCESS SERVICE pursuant to F.R.C.P. Rule 4.1(a) which provides as follows:

> "Rule 4.1. Service of Other Process
>
> **(a) In General**.
> Process – other than a summons under Rule 4 or a subpoena under Rule 45 – must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose.  It may be served anywhere within the territorial limits of the state where the district court is located and, if authorized by a federal statute, beyond those limits.  Proof of service must be made under Rule 4(1).

4. Plaintiffs represent that Same Date Process Service (Tony Snesko, President) is licensed as a Private Detective Agency by the Metropolitan Police Department, license number 2079, (expiration 10/31/09), that Terrance Williams and B. Snesko are not parties to this action nor a persons who may obtain any benefit from the suit  and that each is a resident of and has a regular place of business in the District of Columbia.

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Order submitted be entered.

DATED:  March 17, 2008          COOK COLLECTION ATTORNEYS
 By: *David J. Cook*_____
      DAVID J. COOK, ESQ.
 Attorneys for Plaintiffs
 165 Fell Street
 San Francisco, CA  94102
 Mailing Address:  P.O. Box 270
 San Francisco, CA  94104-0270
 davidcook@cookcollectionattorneys.com


 Respectfully submitted,
 FAY LAW, PA
  By: *Thomas Fortune Fay*_____
       THOMAS FORTUNE FAY, ESQ.
  Attorneys for Plaintiffs
  Unified Bar No. 23929
  700 Fifth Street, NW
  Suite 200
  Washington, DC  20001
  (202) 589-1300
  Fax:  589-1721
  ThomasFay@aol.com