

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

DEBORAH D. PETERSON, PERSONAL ETC. ET AL

V.

ISLAMIC REPUBLIC OF IRAN ETC.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:01 CV 02094 (RCL)

TO: OFFICE OF FOREIGN ASSET CONTROL, DEPARTMENT OF TREASURY TREASURY ANNEX
1500 Pennsylvania Ave.
Washington D.C. 20220

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
All of those certain books, records, papers and files which are listed on Exhibit "A" and which is attached hereto and incorporated by reference as though fully forth herein.

| PLACE   LAW OFFICES OF THOMAS FORTUNE FAY, Attn: THOMAS F. FAY, Esq. 700 Fifth Street, NW, Washington D.C. 20001 | DATE AND TIME 4/10/2008 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 3-10-08 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DAVID J. COOK, Esq., SBC: 060859 (Admitted Pro Hac Vice), Cook Collection Attorneys, PLC., 165 Fell Street, San Francisco, California 94102, P.O. Box 270, San Francisco, California 94102

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                              DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
 (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
 (2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
 (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.
 (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
  (i) fails to allow reasonable time for compliance;
  (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) If a subpoena
  (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
 (1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
 (B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
 (C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
 (D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
 (2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
 (B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

# EXHIBIT A

1. A list of all assets, including the name, address and telephone number of any custodian of record thereof, of all assets of the former Shah of Iran, held by his family, heirs, successors, surrogates, nominee, corporate or other enterprises, regardless of the actual location, in which the United States was obligated to freeze, sequester, hold or block under the Algiers Accord, dated January 19, 1981, and the subject matter of one or more claims through the Iran-U.S. Claims Tribunal, hereinafter "IUSCT."

2. A list of all assets, including the name, address and telephone number of any custodian of record thereof, of all assets of The Islamic Republic of Iran (hereinafter "Iran") under the control, possession or dominion of the United States, in which the United States is obligated to pay to Iran the reasonable value thereof, mandated by the IUSCT in any decision, award, full or partial award, order, judgment or decree.

3. All pleadings, papers, complaints, answers, rejoinders, lists, inventories, papers, catalogues, compendiums, summaries, histories and narratives of all assets, and the name, address and telephone number of the custodian of record thereof, which are the subject to the following proceedings and all proceedings which are generally or partially related to the case or case numbers, listed below:

    A. (28- I.US.CT.R. 112) THE ISLAMIC REPUBLIC OF IRAN, Claimant, v. THE UNITED STATES OF AMERICA, Respondent.
    CASE NO. A15 (II:A AND II:B) FULL TRIBUNAL AWARD NO. 529-A15 (II:A AND II:B)-FT Iran--United States Claims Tribunal Filed May 6, 1992.

    B. THE ISLAMIC REPUBLIC OF IRAN, Claimant, v. THE UNITED STATES OF AMERICA, Respondent. CASE NO. A11 FULL TRIBUNAL AWARD 597-A11-FT Iran-United States Claims Tribunal FILED April 7, 2000.

    C. (19 I.US.CT.R.273) THE ISLAMIC REPUBLIC OF IRAN, Claimant, v. THE UNITED STATES OF AMERICA, Respondent.
    CASE NO. B1 (CLAIM 4) FULL TRIBUNAL AWARD NO. 382-B1-FT IRAN--United States Claims Tribunal Filed August 31, 1988.

    D. Cases commonly described as follows:

        (1) Case A/11: Iran is suing the U.S. for $10 billion, its estimate of the amount of property belonging to the former Shah and his close family, which the U.S. had pledged to help locate and turn over to Iran as part of the Algiers Accords.

    (2)    Case B/1: Iran's claim to a blocked Defense Department account, used to finance foreign military sales to Iran in the 1970s. Dollar amounts vary from $400 million, the current U.S. estimate, to more than $2 billion.

    (3)    Case B/61: Iran is demanding $2 billion in compensation for weapons it claims the shah's government paid for in the late 1970s, but were never delivered.

    (4)    Case A 15 which obligates the US to restore Iran to its pre-November 14, 1979 financial condition.

4. A list of all bank accounts, securities accounts, accounts held by any person with any financial institution in which the U.S. claims, or contends, are the property of Iran, which lists includes the name of the account holder, the name, address and telephone of the financial institution, and account number thereof which are part of, or calculated, in any Terrorist Asset Report provided by the Office of Foreign Asset Control of the Department of the Treasury.

5. Any accounting, which includes the history of debits and credits, history or list of payments and receipts, and all statements thereof, of the Foreign Military Sales Account maintained by the United States by and between on hand, the United States and the other hand, Iran from 1981 to date hereof, along with the name, address, telephone number and account number of any bank, financial institution, or third party, who has control, custody or dominion over the account thereof.

6. All filings, papers, pleadings, and writings either in part or in whole which lists, identifies, catalogues, indicates, or evidences, either in part or in whole, any of the actual assets, owned, claimed or subject to any interest, either in part or in whole by Iran in the hands, possession or control of the Office of Foreign Asset Control of the Department of the Treasury, whether listed on the Terrorist Asset Report or otherwise.

7. Any and all lists, inventories, catalogues, narratives or other papers which list, either in part or in whole, Iran, (and the names, address and telephone number of the custodian of record thereof) or any person who is holding the asset for Iran which pertains and relates more specifically as follows:

    A.    All property of Iran which Iran claims that the United States has control, possession or dominion thereof, and which is the subject of any claims, counterclaims, proceeding, award, judgment, pending in the Iran-U.S. Claims Tribunal.

    B.    All property held in Victory Van Warehouse, Sterling Virginia (near Dulles Airport).

    C.     All property of former Shah of Iran and his family members.

    D.     All property of Iran consisting of military and duel use property arising from Foreign Military Sales Accounts.

    E.     Any and all properties of Iran which have not been previously provide herein.

8. Any and all lists, narratives, histories, catalogues, inventories, along with the name, address and telephone number thereof, of all assets of Iran. Iran includes, but is not limited to, any agency instrumentality, division, subdivision, nominee, surrogate, third party, government official, corporation, partnership, limited partnership, limited liability company, governmental entity, ministry, or other entity. This includes any interest in any business, either in part or in whole. Specifically, Iran includes, but is not limited to, all entities which are listed on ***Exhibit "B"*** and which is attached hereto and incorporated herein.

EXHIBIT "A"

## EXHIBIT A

1. A list of all assets, including the name, address and telephone number of any custodian of record thereof, of all assets of the former Shah of Iran, held by his family, heirs, successors, surrogates, nominee, corporate or other enterprises, regardless of the actual location, in which the United States was obligated to freeze, sequester, hold or block under the Algiers Accord, dated January 19, 1981, and the subject matter of one or more claims through the Iran-U.S. Claims Tribunal, hereinafter "IUSCT."

2. A list of all assets, including the name, address and telephone number of any custodian of record thereof, of all assets of The Islamic Republic of Iran (hereinafter "Iran") under the control, possession or dominion of the United States, in which the United States is obligated to pay to Iran the reasonable value thereof, mandated by the IUSCT in any decision, award, full or partial award, order, judgment or decree.

3. All pleadings, papers, complaints, answers, rejoinders, lists, inventories, papers, catalogues, compendiums, summaries, histories and narratives of all assets, and the name, address and telephone number of the custodian of record thereof, which are the subject to the following proceedings and all proceedings which are generally or partially related to the case or case numbers, listed below:

    A. (28- I.US.CT.R. 112) THE ISLAMIC REPUBLIC OF IRAN, Claimant, v. THE UNITED STATES OF AMERICA, Respondent.
    CASE NO. A15 (II:A AND II:B) FULL TRIBUNAL AWARD NO. 529-A15 (II:A AND II:B)-FT Iran--United States Claims Tribunal Filed May 6, 1992.

    B. THE ISLAMIC REPUBLIC OF IRAN, Claimant, v. THE UNITED STATES OF AMERICA, Respondent. CASE NO. A11 FULL TRIBUNAL AWARD 597-A11-FT Iran-United States Claims Tribunal FILED April 7, 2000.

    C. (19 I.US.CT.R.273) THE ISLAMIC REPUBLIC OF IRAN, Claimant, v. THE UNITED STATES OF AMERICA, Respondent.
    CASE NO. B1 (CLAIM 4) FULL TRIBUNAL AWARD NO. 382-B1-FT IRAN--United States Claims Tribunal Filed August 31, 1988.

    D. Cases commonly described as follows:

        (1) Case A/11: Iran is suing the U.S. for $10 billion, its estimate of the amount of property belonging to the former Shah and his close family, which the U.S. had pledged to help locate and turn over to Iran as part of the Algiers Accords.



  (2) Case B/1: Iran's claim to a blocked Defense Department account, used to finance foreign military sales to Iran in the 1970s. Dollar amounts vary from $400 million, the current U.S. estimate, to more than $2 billion.

  (3) Case B/61: Iran is demanding $2 billion in compensation for weapons it claims the shah's government paid for in the late 1970s, but were never delivered.

  (4) Case A 15 which obligates the US to restore Iran to its pre-November 14, 1979 financial condition.

4. A list of all bank accounts, securities accounts, accounts held by any person with any financial institution in which the U.S. claims, or contends, are the property of Iran, which lists includes the name of the account holder, the name, address and telephone of the financial institution, and account number thereof which are part of, or calculated, in any Terrorist Asset Report provided by the Office of Foreign Asset Control of the Department of the Treasury.

5. Any accounting, which includes the history of debits and credits, history or list of payments and receipts, and all statements thereof, of the Foreign Military Sales Account maintained by the United States by and between on hand, the United States and the other hand, Iran from 1981 to date hereof, along with the name, address, telephone number and account number of any bank, financial institution, or third party, who has control, custody or dominion over the account thereof.

6. All filings, papers, pleadings, and writings either in part or in whole which lists, identifies, catalogues, indicates, or evidences, either in part or in whole, any of the actual assets, owned, claimed or subject to any interest, either in part or in whole by Iran in the hands, possession or control of the Office of Foreign Asset Control of the Department of the Treasury, whether listed on the Terrorist Asset Report or otherwise.

7. Any and all lists, inventories, catalogues, narratives or other papers which list, either in part or in whole, Iran, (and the names, address and telephone number of the custodian of record thereof) or any person who is holding the asset for Iran which pertains and relates more specifically as follows:

  A. All property of Iran which Iran claims that the United States has control, possession or dominion thereof, and which is the subject of any claims, counterclaims, proceeding, award, judgment, pending in the Iran-U.S. Claims Tribunal.

  B. All property held in Victory Van Warehouse, Sterling Virginia (near Dulles Airport).

| | | |
|---|---|---|
| Agricultural Cooperative Bank of Iran<br>No. 129 Patrice Lumumba Street<br>Jalal-Al-Ahmad Expressway<br>Tehran, Iran | Agricultural Cooperative Bank of Iran<br>P.O. Box 14155/6395<br>Tehran, Iran | Agricultural Development Bank of Iran<br>Farahzad Expressway<br>Tehran, Iran |
| Bank Josiaiyi Keshahvarzi<br>Farahzad Expressway<br>Tehran, Iran | Bank Taavon Keshavarzi Iran<br>P.O. Box 14155/6395<br>Tehran, Iran | Bank Markazi Jomhouri Islami Iran<br>Ferdowsi Avenue<br>P O Box 11365-8551<br>Tehran, Iran |
| The Central Bank of Iran<br>Ferdowsi Avenue<br>P O Box 11365-8551<br>Tehran, Iran | Bank Maskan<br>Ferdowsi Street<br>Tehran, Iran | Housing Bank Of Iran<br>Ferdowski Street<br>Tehran, Iran |
| Bank Mellat<br>Park Shahr, Varzesh Avenue<br>P.O. Box 11365/5964<br>Tehran, Iran | Bank Mellat<br>Ziya Gokaip Bulvari No. 12<br>Kizikay, Ankara, Turkey | Bank Mellat<br>Binbir Cicek Sokak<br>Buyukdere Caddesi<br>P O Box 67<br>Levant, Istanbul, Turkey |
| Bank Mellat<br>48 Gresham Street<br>London EC2V 7AX<br>England | Bank Melli<br>P O Box 11365-171<br>Ferdowsi Avenue<br>Tehran, Iran | Bank Melli<br>4 Moorgate,<br>London, EX2V 7AX<br>England |
| Bank Melli<br>Schadowplatz 12<br>4000 Dusseldorf 1,<br>Germany | Bank Melli<br>Friedenstrasse 4<br>P O Box 160 154<br>6000 Frankfurt am Main<br>Germany | Bank Melli<br>P O Box 112129<br>Holzbruecke 2<br>2000 Hamburg 11<br>Germany |
| Bank Melli<br>Odeonsplatz 18<br>8000 Munich 22<br>Germany | Bank Melli<br>43 Avenue Montaigne<br>75008 Paris, France | Bank Melli<br>601 Gloucester Tower<br>The Landmark, 11 Pedder Street<br>P O Box 720<br>Hong Kong |
| Bank Melli<br>333 New Tokyo Building<br>3-1 Marunouchi, 3-chrome,<br>Chiyoda-ku, Tokyo<br>Japan | Bank Melli<br>818 Wilshire Boulevard<br>Los Angeles, California 90017 | Bank Melli<br>767 Fifth Avenue, 44th Floor<br>New York, NY 10153 |
| Bank Melli<br>Smolensky Boulevard 22/14<br>Kv. S., Moscow, Russia | Bank Melli<br>Flat No. 1, First Floor<br>8 Al Sad El-Aaly, Dokki<br>P O Box 2654<br>Cairo, Egypt | Bank Melli<br>Ben Yas Street<br>P O Box 1894<br>Riga Deira, Dubai<br>U.A.E. |
| Bank Melli<br>P O Box 2656<br>Shaikha Maryann Building, Liwa Street<br>Abu, Dubai, U.A.E. | Bank Melli<br>P O Box 1888, Clock Tower<br>Industrial Road, Al-Ain Club Building in from Emertel Al Ain,<br>Al Ain, Abu, Dubai, U.A.E. | Bank Melli<br>P O Box 1894<br>Riqa, Ban Yas Street<br>Deira, Dubai, U.A.E. |

| | | |
|---|---|---|
| ank Melli<br>Iohd-Habib Building,<br>1 Fahidi Street, P O Box 3093<br>ur Dubai, Dubai,<br>.A.E. | Bank Melli<br>P O Box 248<br>Fujairah, U.A.E. | Bank Melli<br>Sam Sagar Building Oman Street<br>Al-Nakheel<br>P O Box 5270<br>Ras-Al Khaimah, U.A.E. |
| ank Melli<br>O Box 459<br>l Bory Street<br>harjah, U.A.E. | Bank Melli<br>P O Box 785, Government Road,<br>Shaikh Mubarak Building<br>Manama, Bahrain | Bank Melli<br>P O Box 23309, Shaikh Salman Street<br>Road No. 1129<br>Muharraq 211, Bahrain |
| ank Melli<br>O Box 5643<br>Iossa Abdul Rehman Hassan Bldng<br>38 Al Burj Street, Ruwi<br>Muscat, Oman | Bank of Industry and Mine of Iran<br>Hafez Avenue<br>P O Box 11365/4978<br>Tehran, Iran | Bank Sanat Va Madan<br>Hafez Avenue<br>P O Box 11365/4978<br>Tehran, Iran |
| Bank Refah Kargaran<br>Moffetah No. 125<br>P O Box 15815 1866<br>Tehran, Iran | Workers Welfare Bank of Iran<br>Moffetah No. 125<br>P O Box 15815 1866<br>Tehran, Iran | Bank Saderat Iran<br>Bank Saderat Tower<br>P O Box 15745-631<br>Somayeh Street<br>Tehran, Iran |
| Bank Saderat Iran<br>Hamdam Street, Airport Road<br>Intersection,<br>P O Box 700<br>Abu Dhabi, U.A.E. | Bank Saderat Iran<br>Al-Am Road,<br>P O Box 1140<br>Al Ein, Abu Dhabi, U.A.E. | Bank Saderat Iran<br>Liwara Street<br>P O Box 16<br>Ajman, U.A.E. |
| Bank Saderat Iran<br>3rd Floor Dom Dasaf Building<br>Mejloka Street 7A<br>Ashkhabad, Turkmenistan | Bank Saderat Iran<br>25-29 Panepistimiou Street<br>P O Box 4308, GR 10210<br>Athens, 10672, Greece | Bank Saderat Iran<br>Imam Ali Street, Sahat Yaghi<br>Ras Elain-Alektisad Building<br>2nd Floor<br>Baalbeck, Lebanon |
| Bank Saderat Iran<br>106 Government Road<br>P O Box 825<br>Manama Town 316, Bahrain | Bank Saderat Iran<br>Hamra Pavillion Street<br>Sawagh and Daaboul Building, 1st Fl.<br>P O Box 113-6717<br>Beirut, Lenanon | Bank Saderat Iran<br>Alghobairi Boulevard<br>Beirut, Lebanon |
| Bank Saderat Iran<br>28 Sherif Street<br>P O Box 462<br>Cairo, Egypt | Bank Saderat Iran<br>Old Ben-Ghanem Street<br>P O Box 2256<br>Doha, Qatar | Bank Saderat Iran<br>Almaktoum Road<br>P O Box 4182<br>Deira, Dubai, U.A.E. |
| Bank Saderat Iran<br>Bazar Murshid<br>P O Box 4182<br>Deira, Dubai, U.A.E. | Bank Saderat Iran<br>Alfahid Road<br>P O Box 4182<br>Bur Dubai, Dubai<br>U.A.E. | Bank Saderat Iran<br>Sherea Shekikh Zayad Street<br>P O Box 55<br>Fujairah, U.A.E. |
| Bank Saderat Iran<br>Wilheim Leuschner Strasse 41<br>P O Box 160151,<br>W-6000 Frankfurt am Main<br>Germany | Bank Saderat Iran<br>P O Box 112227, Hopfenhof Passage<br>Kleiner Bustah 6-10<br>W-2000 Hamburg 11, Germany | Bank Saderat Iran<br>Lothbury, London<br>EC2R 7HD<br>England |

| | | |
|---|---|---|
| Bank Saderat Iran<br>07 Wilshire Boulevard, Suite 4880<br>Los Angeles, California 90017 | Bank Saderat Iran<br>55 East 59th Street, 16th Floor<br>New York, NY 10022 | Bank Saderat Iran<br>P O Box 4269<br>Mutrah, Muscat, Oman |
| Bank Saderat Iran<br>6 rue de la Paix, Paris 2eme<br>75002 Paris, France | Bank Saderat Iran<br>Alaroba Road<br>P O Box 316<br>Sharjah, U.A.E. | Bank Sepah<br>Eman Khomeini Square<br>P O Box 11364<br>Tehran, Iran |
| Bank Sepah<br>Muenchener Strasse 49<br>P O Box 10 03 47<br>W-6000 Frankfurt am Main1<br>Germany | Bank Sepah<br>5/7 Eastcheap<br>EC3M 1JT<br>London, England | Bank Sepah<br>650 Fifth Avenue<br>New York, NY 10019 |
| Bank Sepah<br>17 Place Vendome<br>75001 Paris, France | Bank Sepah<br>Via Barberini 50<br>00187 Rome, Italy | Bank Sepah<br>Ufficio di Rappresentan Za,<br>Via Ugo Foscolo 1,<br>20121 Milan Italy |
| Bank Tejarat<br>130 Taleghani Avenue, Nejatoullahie<br>P O Box 11365-5416<br>Tehran, Iran | Bank Tejarat<br>6/8 Clements Lane, London<br>EC4N 7AP<br>England | Bank Tejarat<br>44 Avenue des Champs Elysses<br>75008 Paris, France |
| Deutsch-Iranische Handelsbank AG<br>Depenau 2, W-2000 Hamburg 1<br>Germany | Europaeisch-Iranische Handelsbank AG<br>Depenau 2, W-2000 Hamburg 1<br>Germany | Deutsch-Iranische Handelsbank AG<br>23 Argentine Square, Beihaghi Bulvard<br>P O Box 15815/1787<br>Tehran 15148, Iran |
| Europaeisch-Iranische Handelsbank AG<br>23 Argentine Square, Beihaghi Bulvard, P O Box 15815/1787<br>Tehran 15148, Iran | Housing Bank of Iran<br>Ferdowsi St<br>Tehran, Iran | Bank Maskan<br>Ferdowsi St<br>Tehran, Iran |
| Iran Overseas Investment Bank Limited<br>120 Moorgate, London<br>EC2M 6TS,<br>England | Iran Overseas Investment Corporation Limited<br>120 Moorgate, London<br>EC2M 6TS,<br>England | Iran Overseas Investment Bank Limited<br>1137 Avenue Vali Asr off Park-e-SAll<br>P O Box 15115/531<br>Tehran, Iran |
| Iran Overseas Investment Bank Limited<br>Suite 3c Olympia House<br>61/63 Dame Street<br>Dublin 2, Ireland | Iran Overseas Investment Bank Limited<br>Improgetti, Via Germanico 24<br>00192 Rome, Italy | Iran Overseas Trading Company Limited<br>120 Moorgate, London<br>EC2M 6TS, England |
| The Central Bank of Iran<br>Ferdowsi Avenue<br>P O Box 11365-8551<br>Tehran, Iran | Bank Markazi Jomhouri Islami Iran<br>Ferdowsi Avenue<br>P O Box 11365-8551<br>Tehran, Iran | National Iranian Oil Company<br>Hafez Crossing – Taleghani Avenue –<br>Tehran Iran |

National Iranian Gas Export Company
No. 218, Khoramshahr St., Sohravardi Ave., Tehran, IRAN

National Iranian South Oil Company
Fadaeyane Islam St. - Panj Tabagheh Bldg. - Block 2 - NISOC Central Building.,
Tehran, Iran

National Iranian Offshore Oil Company
Khakzad Bldg. - Khakzad Alley - Parkway Crossroads - Vali-e-asr Ave.
Tehran, Iran

National Iranian Central Oil Fields Co.
Po Box:1968656193 - No.22 - Esfandyar Alley - Vali-e-asr Ave
Tehran, Iran

Khazar Exploration & Production Co.
No.19 – 11th Alley - Vozara Ave. - Arjantin sq.
Tehran, Iran

Petroleum Engineering &Development Co.
No.21 - Shahid Kalantari Alley - Ostad Nejatollahi Ave. Karimkhane Zand Ave.
Tehran, Iran

Pars Oil and Gas Company
No.133 - Side of Parvin Etesami Alley - Opposite of Sazman Ab - Dr. Fatemi Ave.
Tehran, Iran

Pars Special Economic Energy Zone Co.
No.35 - Negar Alley - Cross Vanak sq. - Vali-e-asr Ave.
Tehran, Iran

National Iranian Oil Terminals Company
No. 88 - Hodjat Soori Alley - 7th Misaq - Pasdaran Ave.
Tehran, Iran

National Iranian Drilling Company
Tasco Bldg. - Yaghma Alley - Side of Aluminium Bldg. - Jomhouri Ave.
Tehran, Iran

North Drilling Company
Floor 1 No.17 Beihaghi Blv. Arjantin Sq.
Tehran, Iran

PetroIran Development Company
No.22 - 7th Street - Khaled Eslamboli Street
Tehran, Iran

Ahwaz Pipe Mills Company
5th Floor, Sepahan Building, Ahmad Ghasir Street, Shahid Beheshti Avenue
Tehran, Iran

Petropars
No. 35, Farhang Blvd., Saadat Abad, Tehran, Iran

Fuel Consumption Optimization Co.
#16.1 , East Daneshvar St. , North Shiraz Blvd. , Molasadra Ave. , Vanak Sqr. , Tehran-Iran

National Iranian Tanker Company
No.65, Shahid Atefi Street, Africa Expressway
Tehran, Iran

Exploration Service Company
No. 197, Taleqani Ave., Tehran, Iran

Kala Naft London Ltd.
KALA LIMITED,
NIOC House,
4, Victoria Street,
LONDON. SW1H 0NE

Kala Naft Canada Ltd.
1102 Dome Tower
333- 7th Avenue S.W.
Calgary, Alberta, Canada
T2p 2z1

Arvandan Oil and Gas Company
Khamenei Ave. -
Khoramshahr - Iran

Ministry of Petroluem (Oil)
Tehran, Iran