## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN** | ) | |
| **TERRORISM LITIGATION** | ) | |
| | ) | **Civil Action Nos.** |
| | ) | |
| | ) | 01-CV-2094, 01-CV-2684, 02-CV-1811, |
| | ) | 03-CV-1486, 03-CV-1708, 03-CV-1959, |
| | ) | 05-CV-2124, 06-CV-473, 06-CV-516, |
| | ) | 06-CV-596, 06-CV-690, 06-CV-750, |
| | ) | 06-CV-1116, 07-CV-1302, 08-CV-520, |
| | ) | 08-CV-531, 08-CV-1273, 08-CV-1615, |
| | ) | 08-CV-1807, 08-CV-1814 |

## **ORDER**

Consistent with the Memorandum Opinion issued today in the above-captioned matters, the motion [Dk. # 32] in *Kirschenbaum*, 03-CV-1708, for reconsideration and leave to file a § 1083(c)(2) motion *nunc pro tunc* is hereby DENIED without prejudice. Similarly, the motion [Dk. # 33] for a hearing is also DENIED.

In *Beer*, 06-CV-473, the motion [Dk. # 30] for reconsideration and leave to file a § 1083(c)(2) motion *nunc pro tunc* is hereby DENIED without prejudice. Similarly, the motion [Dk. # 31] for a hearing is also DENIED.

In *Brown*, 08-CV-531, at the completion of service process through diplomatic channels, counsel shall provide the Court with a list of the names of all plaintiffs in that action who also appear in either *Bland*, 05-CV-2124, or *Spencer*, 06-CV-750. Along with the list of names identifying these plaintiffs, counsel shall furnish the Court with a proposed order dismissing them from *Brown*. If these plaintiffs have any reason to oppose being dismissed, such opposition shall be filed with the Court at that time.

In *Davis*, 07-CV-1302, counsel shall file with this Court a list of plaintiffs in that case who were dismissed from *Peterson*, 01-CV-2094 and 01-CV-2684, and a list of the grounds for those dismissals. Additionally, counsel shall identify in like manner any other plaintiffs who have appeared in any other actions arising from the Marine Barracks Bombing.

In *Peterson*, 01-CV-2094 and 01-CV-2684, the motion [Dk. # 436] for payments to the special masters through the Peace Through Law Foundation, Inc., is hereby DENIED without prejudice.

      The United States is invited to file a brief within 60 days of this order in which the United States may express its views regarding any of the issues raised by the opinion issued in the above-captioned matters this date.  Filing a brief by invitation of this Court will not prejudice the United States with respect to any submissions it may wish to make in response to specific filings by plaintiffs in any of the civil actions addressed here.

      The clerk shall schedule status conferences with respect to the above-captioned cases. The status conferences in these matters shall be consolidated to the greatest extent feasible.

      The United States is invited to attend any of the status conferences in these actions.

**SO ORDERED,**

**ROYCE C. LAMBERTH**

**CHIEF JUDGE**
**U.S. DISTRICT COURT**
**WASHINGTON, D.C.**

**SEPTEMBER 30, 2009**