UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal ) <br> Representatives of the Estate of James C. ) <br> Knipple (Dec.), et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ISLAMIC REPUBLIC OF IRAN, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Consolidated Civil Actions: <br> 01-2094 (RCL) <br> 01-2684 (RCL) <br><br> Hon. Royce C. Lamberth |

**NOTICE OF ATTORNEY'S CHARGING LIEN FOR FEES**

TO THE PLAINTIFFS, AND TO EACH OF THE SAME, TO THEIR ATTORNEYS OF RECORD, AND EACH OF THE SAME, AND TO ALL OTHER PARTIES, AND EACH OF THE SAME, AND TO THEIR ATTORNEYS OF RECORD, AND EACH OF THE SAME:

PLEASE TAKE NOTICE that Cook Collection Attorneys, PLC and David J. Cook, Esq. dba Cook Collection Attorneys ("Cook") asserts an attorney charging lien allowed under the laws of this forum in and to the proceeds of any and all collection, recovery, judgment, claim, or collateral undertaking, to be received by the Plaintiffs, either in part or in whole, now or in the future, for the purposes of securing the fee claim of 10% of the gross proceeds guaranteed under that certain written contract dated April 5 and 6, 2008 by and between the Cook Law Firm, on the one hand, and the Plaintiffs, and each of the same, more specifically identified in the Judgement by this Court in these Consolidated Actions entered September 7, 2007 [Doc 228], on the other hand, c/o Thomas Fortune Fay, Esq.; The Fay Law Group, P.A., Steven R. Perles, Esq.; Perles Law

-1-

Firm, P.C., and Allen Rothenberg, Esq.; the Law Offices of Allen Louis Rothenberg and Anthony La Spada, Esq., their attorneys in fact.

Such lien attaches under this jurisdiction's rule that a charging lien arises when "there exist[s] between the client and his attorney an agreement from which the conclusion *may reasonably be reached* that they contracted with the understanding that the attorney's charges were to be paid out of the judgment recovered." *Wolf v. Sherman*, 682 A.2d 194, 197 (D.D.C. 1996) citing *Elam v. Monarch* 598 A.2d, 1167,1169 (D.D.C. 1991).

PLEASE TAKE FURTHER NOTICE that any and all collection, recovery, distribution, funds on hand, cash on hand, or any recovery due the Plaintiffs, or any one of the same, are subject to and being impressed by the charging lien and lien authorized by law in favor of Cook.

DATED:  May 19, 2016                     CYRON & MILLER, LLP

By: __/s/ Wayne F. Cyron_____
Wayne F. Cyron, Esq. (DCB 356048)
100 N. Pitt Street, Suite 200
Alexandria, VA 22314-3134
(703) 299-0600 (telephone)
(703) 299-0603 (facsimile)
wcyron@cyronmiller.com (e-mail)
Attorneys for Cook Collection Attorneys, PLC and
David Cook dba Cook Collection Attorneys

DATED:  May 19, 2016                     COOK COLLECTION ATTORNEYS, PLC

By: __/s/ David J. Cook_____
DAVID J. COOK, ESQ. (SB# 060859)
P.O. Box 270
San Francisco, CA 94104-0270
Telephone: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@Squeezebloodfromturnip.com
Attorneys for the Cook Law Firm

–2–

## CERTIFICATE OF SERVICE

I hereby certify that on this  19th  day of May, 2016, I served electronically via CM/ECF the foregoing **NOTICE OF ATTORNEY'S CHARGING LIEN FOR FEES** in the above named matter on all counsel of record.

DATED:  May 19, 2016           COOK COLLECTION ATTORNEYS, PLC

By: ___/s/ David J. Cook_____
DAVID J. COOK, ESQ. (SB# 060859)
P.O. Box 270
San Francisco, CA 94104-0270
Telephone: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@Squeezebloodfromturnip.com
Attorneys for the Cook Law Firm

–3–