**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), *et al.*, <br>              Plaintiffs, <br><br> - against - <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br>              Defendants. | Case No. 01-cv-2094 <br><br> Chief Judge Royce C. Lamberth |

## AMENDED NOTICE OF CHARGING LIEN

TO THE PLAINTIFFS, ALL OTHER PARTIES IN THIS ACTION, AND THEIR RESPECTIVE ATTORNEYS:

PLEASE TAKE NOTICE:

1.      Jay Glenn ("Glenn"), an attorney admitted to practice in the State of Illinois, hereby asserts an attorney charging lien in and to the proceeds of any and all collection, recovery, judgment, claim, or collateral undertaking (all such amounts, the "Proceeds") now or in the future to be received by each of the respective plaintiffs herein listed on the attached Exhibits 1 and 2 in full or partial satisfaction of their respective judgments in this action, to the extent specified below, including, without limitation, any such Proceeds paid directly to the following attorneys and firms:

   (a)   Fay & Perles ("F&P");
   
   (b)   Fay Law Group, P.A.;
   
   (c)   Fay Kaplan Law P.A.;
   
   (d)   Thomas Fay, Esq.;
   
   (e)   Perles Law Firm, P.C.;
   
   (f)   Steven R. Perles, Esq.;
   
   (g)   The Rothenberg Law Firm LLP;
   
   (h)   Allen L. Rothenberg, Esq.;

    (i)       Anthony J. LaSpada, P.A.; and

    (j)       Anthony J. Laspada, Esq.

2. Such charging lien is asserted for the purpose of securing Glenn's fee claim of: (a) 3% of the respective gross amounts collected on behalf of the 103 plaintiffs in this action listed on Exhibits 1 and 2, to which Glenn is entitled pursuant to an agreement between Glenn and F&P; and (b) 11.111% of the respective gross amounts collected on behalf of the 40 plaintiffs in this action listed on Exhibit 2, to which Glenn is entitled pursuant to agreements between Glenn, F&P, and the respective plaintiffs; plus (c) unreimbursed costs and expenses due Glenn of $15,288.56.

3. Any and all collection, recovery, distribution, funds on hand, cash on hand, or any recovery due to the respective plaintiffs listed on Exhibits 1 and 2 are subject to and being impressed by the charging lien in Glenn's favor to the extent specified above.

Dated: June 1, 2016                                                            STORCH AMINI & MUNVES PC

                                                                               /s/ Bijan Amini
                                                                               Bijan Amini
                                                                               2 Grand Central Tower
                                                                               140 East 45th Street, 25th Floor
                                                                               New York, New York 10017
                                                                               (212) 490-4100
                                                                               bamini@samlegal.com

                                                                               *Attorneys for Jay Glenn*

# EXHIBIT 1
## Plaintiffs Whom F&P Retained Glenn to Represent for the Purpose of Proving Damages in this Action

**Sommerhof Plaintiffs**
1. Estate of William Scott Sommerhof
2. William J. Sommerhof
3. Jocelyn J. Sommerhof
4. John Sommerhof

**Helms Plaintiffs**
5. Estate of Mark A. Helms
6. Mary Ann Turek
7. Marvin R. Helms
8. Christopher Todd Helms
9. Rebecca Gintonio

**Livingston Plaintiffs**
10. Estate of Joseph R. Livingston, III
11. Annette R. Livingston
12. Joseph R. Livingston IV

**Scott Plaintiffs**
13. Estate of Gary Randall Scott
14. Mary Ann Scott
15. Stephen Allen Scott
16. Jon Christopher Scott
17. Kevin James Scott
18. Susan Scott Jordan

**Belmer Plaintiffs**
19. Estate of Alvin Burton Belmer
20. Luddie Belmer
21. Alue Belmer
22. Clarence Belmer
23. Kenneth Belmer
24. Annette Belmer
25. Donna Belmer
26. Denise Belmer

**Sturghill Plaintiffs**
27. Estate of Eric D. Sturghill
28. Marcus L. Sturghill
29. Marcus D. Sturghill
30. NeKeisha Lynn Sturghill

**Woollett Plaintiffs**
31. Estate of Donald Elberan Woollett
32. Beverly Woollett
33. Paul Woollett
34. Lilla Woollett Abbey
35. Lyda Woollett Guz

**Phillips Plaintiffs**
36. Estate of John Arthur Phillips, Jr.
37. Nancy Brocksbank Fox

**Young Plaintiffs**
38. Thomas D. Young

**Swinson Plaintiffs**
39. Craig Swinson

**Moore Plaintiffs**
40. Lovelle "Darrell" Moore
41. Allie Mae Moore

**Wheeler Plaintiffs**
42. Danny Gordon Wheeler
43. Brenda June Wheeler
44. Andrew Wheeler
45. Jonathan Wheeler
46. Benjamin Wheeler
47. Kerry Wheeler
48. Estate of Marlis "Molly" Wheeler
49. Jill Wold

**Thorstad Plaintiffs**
50. Estate of Thomas Paul Thorstad
51. James Thorstad, Sr.
52. Barbara Thorstad
53. Estate of Susan Thorstad Hugis

**Olson Plaintiffs**
54. Estate of John Arne Olson
55. Julia A. McFarlin
56. Mary E. Baumgartner
57. Susan J. Sinsicoco
58. Karen L. Olson
59. Jana M. Christian
60. Wendy L. Lange
61. Ronald J. Olson
62. Roger S. Olson
63. Randall D. Olson

## EXHIBIT 2
### Plaintiffs Referred to F&P by Glenn and Represented by Him in this Action for the Purpose of Proving Damages

**Livingston Plaintiffs**
1. Tia Fox
2. Estate of Joseph R. Livingston, Jr.

**Scott Plaintiffs**
3. Estate of Larry Scott

**Belmer Plaintiffs**
4. Faye Belmer
5. Colby Keith Belmer

**Phillips Plaintiffs**
6. John Phillips, Sr.
7. Victoria Jacobus
8. Elizabeth Phillips Moy
9. Harold Phillips

**Young Plaintiffs**
10. Estate of Robert Young
11. Estate of Nora Young
12. James Young
13. Mary Stilpen

**Swinson Plaintiffs**
14. Dawn Swinson
15. Teresa Swinson
16. Cydia Shaver
17. William Swinson
18. Daniel Swinson
19. Estate of Kenneth J. Swinson
20. Estate of Ingrid M. Swinson

**Moore Plaintiffs**
21. Deborah Crawford
22. Audrey Webb
23. Alice Warren Franklin
24. Jonnie Mae Moore-Jones
25. Marvin S. Moore
26. Jamaal Muata Ali
27. Estate of Johnney S. Moore
28. Bronzell Warren
29. Estate of James Otis Moore

**Thorstad Plaintiffs**
30. Kathleen Elizabeth Thorstad Hedge
31. Ryan Thorstad
32. Adam Thorstad
33. Janice Thorstad Edquist
34. Kathryn Thorstad Wallace
35. Barbara Thorstad Warwick
36. Patricia Thorstad Zosso
37. James Thorstad, Jr.
38. John Thorstad

**Olson Plaintiffs**
39. Estate of Sigurd Olson
40. Estate of Bertha Olson

## CERTIFICATE OF SERVICE

    I hereby certify that on this June 1, 2016, I served the foregoing Amended Notice of Attorney's Charging Lien on all counsel of record via CM/ECF, and on the attorneys listed below via U.S. mail at the following addresses:

        Thomas Fay, Esq.
        FAY LAW GROUP, P.A.
        777 Sixth Street, NW, Suite 410
        Washington, D.C. 20001

        Steven R. Perles, Esq.
        PERLES LAW FIRM, PC
        1050 Connecticut Avenue, NW, Suite 500
        Washington, D.C. 20036

        Allen L. Rothenberg, Esq.
        LAW FIRM OF ALLEN L. ROTHENBERG
        1420 Walnut Street, 2nd Floor
        Philadelphia, PA 19102

        Anthony J. Laspada, Esq.,
        ANTHONY J. LASPADA, P.A.
        1802 North Morgan Street
        Tampa, FL 33602

        /s/ Bijan Amini
        Bijan Amini