UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

DEBORAH D. PETERSON, Personal     :
Representative of the Estate of James C.
Knipple (Dec.), et al.     :

           Plaintiffs     : Consolidated Civil Actions:
                                   1:01-cv-02094 RCL
    vs.     : 1:01-cv-02684-RCL

ISLAMIC REPUBLIC, et al.     :

           Defendants     :

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

Please take notice that Annie Pennock Kaplan, Esquire hereby respectfully withdraws her

appearance as Special Master in this case; and respectfully requests to be removed from the Court's

mailing list and CM/ECF notifications.

November 30, 2017                                  Respectfully submitted,

                                            Annie Pennock Kaplan     #466932
                                          1740 N Street, NW – Suite One
                                          Washington, DC 20036
                                          Telephone: (301) 602-6624
                                          Facsimile: (202) 331-9306
                                          annie.kaplan@gmail.com