THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH D. PETERSON
PERSONAL REPRESENTATIVE
OF THE ESTATE OF JAMES C.
KNIPPLE (DECEASED), ET AL.,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
ET AL.,

    Defendants.

Consolidated Civil
01-2094 (RCL)
01-2684 (RCL)
Hon. Royce C. Lamberth

**MOTION FOR ORDER AFFIRMING A COMMON LAW EQUITABLE LIEN OVER PLAINTIFFS' ATTORNEYS' 1/3 SHARE OF THE RECOVERY AND FOR SEQUESTRATION OF THE DISPUTED PORTION**

Movant, David J. Cook, and Cook Collection Attorneys, P.L.C. (collectively "Cook"), move for an Order pursuant to Fed. R. Civ. P. 64 and District of Columbia Superior Court Rule 64, sequestering funds recovered on the judgment and payable from the QSF Trust to Plaintiffs' Attorneys Thomas Fay, Steven Perles, Allen Rothenberg and Anthony LaSpada to cover the Disputed Portion payable to Cook pursuant to an equitable based on Cook's Retainer Agreement with Plaintiffs' Attorneys.

Cook submits with this Motion a Memorandum of Law in Support of Motion, a Declaration of Eric D. Miller, a Declaration of David J. Cook and a

proposed Order. Oral argument is requested.

                                                          Respectfully submitted,

DATED: April 4, 2018            CYRON & MILLER, LLP

                                                By:   */s/ Wayne F. Cyron*
                                                Wayne F. Cyron, Esq. (DCB 356048)
                                                100 N. Pitt Street, Suite 200
                                                Alexandria, VA 22314-3134
                                                (703) 299-0600 (telephone)
                                                (703) 299-0603 (facsimile)
                                                wcyron@cyronmiller.com (e-mail)
                                                Attorneys for Cook Collection
                                                Attorneys, PLC and David Cook dba Cook
                                                Collection Attorneys

DATED: April 4, 2018            MILLERHAUSER LAW GROUP, LLP

                                                By:   */s/ Jerry R. Hauser*
                                                Jerry R. Hauser (CA SB 111568)
                                                790 Mission Avenue
                                                San Rafael, CA 94901
                                                (415) 485-2200 (telephone)
                                                jhauser@millerhauser.com (e-mail)
                                                Attorneys for Cook Collection
                                                Attorneys, PLC and David Cook dba Cook
                                                Collection Attorneys

DATED: April 4, 2018            MILLERHAUSER LAW GROUP, LLP

                                                By:   */s/ Eric D. Miller*
                                                Eric D. Miller (CA SB 106956)
                                                790 Mission Avenue
                                                San Rafael, CA 94901
                                                (415) 485-2200 (telephone)
                                                emiller@millerhauser.com (e-mail)
                                                Attorneys for Cook Collection
                                                Attorneys, PLC and David Cook dba Cook
                                                Collection Attorneys

DATED:  April 4, 2018               FOLKENFLIK & MCGERITY, LLC

By:   */s/ Max Folkenflik*
Max Folkenflik
Margaret McGerity
1500 Broadway, Ste 812
New York, NY 10036
212-747-0400
Attorneys for Cook Collection Attorneys, PLC and David Cook dba Cook Collection Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **MOTION FOR ORDER AFFIRMING A COMMON LAW EQUITABLE LIEN OVER PLAINTIFFS' ATTORNEYS' 1/3 SHARE OF THE RECOVERY AND FOR SEQUESTRATION OF THE DISPUTED PORTION** were filed electronically via the Court's ECF system on April 4, 2018 and were served electronically at the time on all counsel of record, all of whom are registered to receiving filings via the Court's ECF system.

By:  */s/ Eric D. Miller*
    Eric D. Miller