UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH D. PETERSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | Case No.: 1:01-cv-02094<br>(RCL), consolidated with<br>01-2684 (RCL) |

**PLAINTIFFS' MOTION TO REVIVE SEPTEMBER 7, 2007 JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Plaintiffs hereby move the Court for a Revival of their Judgment, which was issued on September 7, 2007, *see* Exhibit 1, pursuant to Fed. R. Civ. P. 69(a), and within the twelve-year time frame prescribed by D.C. Code § 15-101. *See Flatow v. Islamic Republic of Iran*, ORDER GRANTING MOTION FOR RENEWAL OF JUDGMENT, CA 97-396, Docket Number 187 (filed March 3, 2010) (RCL). The twelve-year period for the judgment mandated by D.C. Code § 15-101 is set to expire on September 7, 2019, at the earliest.

In support of said Motion, Plaintiffs respectfully submit the following Memorandum of Points and Authorities, with exhibits appended thereto.

**ARGUMENT**

Pursuant to District of Columbia Code Ann. § 15-101, every final judgment before the United States District Court for the District of Columbia is enforceable for a period of twelve years from the date of the judgment or "from the date when an execution might first be issued

1

thereon". There is no question that this Judgment is a Final Judgment, pursuant to the Court's Order under 28 U.S.C. § 1610(c), *see* Docket Number 364 (filed June 25, 2008), and Defendants' subsequent failure to appeal the judgment.

Pursuant to DC Code Ann. § 15-103, an order of revival during the twelve-year period extends the effect and operation of the judgement and all remedies of enforcement for a period of twelve years from the date of the order. Plaintiffs have recorded the judgment with the D.C. Office of the Recorder and vigorously sought to enforce the judgment both in the United States and abroad during the nearly twelve years since the judgment issued. Plaintiffs intend to continue their enforcement activities upon the Court's granting of this Motion.

Pursuant to 28 U.S.C. § 1961, the judgment has been accumulating interest, equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of judgment, which was 4.3 percent. *See* Exhibit 2. The original judgment included only compensatory damages, with no punitive damages, in the amount of $2,656,944,877.00 which have been partially satisfied. Beginning on October 19, 2016, payments totaling $965,160,937.25 have been received by Plaintiffs. *See Bank Markazi v. Peterson*, 136 S. Ct. 1310 (2016) (Plaintiffs' Supreme Court victory permitting turnover of Iranian assets). The September 7, 2007 final judgment less these payments constitutes the outstanding portion of the compensatory damages owed to Plaintiffs by Defendants, and equals $1,691,783,939.75. Exhibit 3.

Post-judgment interest has accumulated on the entire original final judgment from September 7, 2007 to October 19, 2016, and continues to accumulate at the statutorily prescribed post-judgment interest rate of 4.3 percent on $1,691,783,939.75, which is the outstanding portion of the judgment. $1,655,136,809 of post-judgment interest has accumulated thus far. *Id.*

As a result Plaintiffs respectfully request that the Court note the accumulation of post-judgment interest in the amount of $1,655,136,809.58 and revive the Plaintiffs' original judgment plus accumulated post-judgment interest, minus any payments made against that judgement, for a total outstanding judgment in the amount of $3,346,920,749.33. *Id.*

Plaintiffs respectfully request that this Court grant the Motion to Revive the Judgment prior to the September 7, 2019 deadline.

June 3, 2019

>   */s/ Caragh Fay*
>   Caragh Fay (No.  993191)
>   Fay Law Group, P.A.
>   777 Sixth Street, NW #410
>   Washington, DC 20001
>   Telephone: 202-589-1300
>   Caragh.fay@FayLawGroup.com
>
>   */s/ Steven R. Perles*
>   Steven R. Perles (No. 326975)
>   PERLES LAW FIRM, PC
>   1050 Connecticut Avenue, N.W.
>   Suite 500
>   Washington, DC 20036
>   Telephone: 202-955-9055
>   Facsimile:  202-772-3101
>   sperles@perleslaw.com